# Financial Disclosure Report
## For Calendar Year 2015

Report Required by the Ethics in government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Orginizaiton | 3. Date of Report |
|---|---|---|
| Barry, Maryanne T. | US Court of Appeals 3rd Curicut | 1/16/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 1/1/2015 to 12/31/2015 |
| | 5b. ☑ Amended report | |

**7. Chambers or Office Address**

USPO & Courthouse Bldg
Newark, NJ 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

I. POSITIONS. (Reporting indivudual only; see pp. 9-13 of filing instructions.)
☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Family Trust #1 |
| 2. | Co-Trustee | Family Trust #2 |
| 3. | Co-Trustee | Family Trust #3 |
| 4. | Co-Trustee | Family Trust #6 |
| 5. | Co-Trustee | Family Trust #7 |
| 6. | Trustee | Family Trust #30 |
| 7. | Trustee | Family Trust #31 |
| 8. | Trustee | Family Trust #32 |
| 9. | Trustee | Family Trust #34 |
| 10. | Trustee | Family Trust #35 |
| 11. | Co-Trustee | Family Trust #37 |
| 12. | Co-Trustee | Family Trust #38 |
| 13. | Co-Trustee | Family Trust #39 |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## II. Agreements. *(Reporting indivudual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements)*

| Date | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barry, Maryanne T.** | 1/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting indivudual only; see pp. 17-24 of filing instructions.)*

**A. Filer's Non-Investment Income**

✓ NONE *(No reportable non-investment income.)*

| Date | SOURCE AND TYPE | INCOME (yours, not spouces) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**B. Spouse's Non-Investment Income -** *If you were married during any portion of the reporting year, complete this section.*
(Dollar amount not required except for honoraria.)

✓ NONE *(No reportable non-intestment income.)*

| Date | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## IV. Reimbursements -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.,*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those to spouse and dependent children; see pp 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 1 RENTAL PROPERTY #2 BROOKLYN, NY | F | Rent | J | U | | | | | |
| 2 RENTAL PROPERTY #22 BROOKLYN, NY | G | Rent | J | U | | | | | |
| 3 RENTAL PROPERTY #11 BROOKLYN, NY | A | Rent | L | U | | | | | |
| 4 RENTAL PROPERTY #10 BROOKLYN, NY | A | Rent | J | U | | | | | |
| 5 RENTAL PROPERTY #14 NORFOLK, VA | E | Rent | M | U | | | | | |
| 6 RENTAL PROPERTY #15 NORFOLK, VA | E | Rent | N | U | | | | | |
| 7 RENTAL PROPERTY #24 BROOKLYN, NY | F | Rent | J | U | | | | | |
| 8 TRUMP MANAGEMENT INC. | E | Int./Div. | M | U | | | | | |
| 9 AMERICAN FUNDS IRA - LIST OF ASSETS | | | | | | | | | |
| 10 - EUROPACIFIC GROWTH | A | Int./Div. | L | T | | | | | |
| 11 - THE GROWTH FUND OF AMERICA | D | Int./Div. | M | T | | | | | |
| 12 - CAPITAL INCOME BUILDER | C | Int./Div. | L | T | | | | | |
| 13 CASH JP MORGAN CHASE | D | Interest | O | T | | | | | |
| 14 Family Trust #1 - List of assets: | | | | | | | | | |
| 15 - CAPITAL GROUP CORE BOND FUND | D | Int./Div. | N | T | Sold(part) | 1/29/2015 | J | | |
| 16 | | | | | Sold(part) | 4/15/2015 | J | | |
| 17 | | | | | Sold(part) | 4/30/2015 | J | | |
| 18 | | | | | Sold(part) | 7/30/2015 | J | | |
| 19 | | | | | Sold(part) | 10/29/2015 | J | | |
| 20 | | | | | Sold(part) | 12/31/2015 | J | A | |
| 21 - SSGA US Gov Money Market Fund | | NONE | J | T | | | | | |
| 22 Family Trust #2 - List of assets: | | | | | | | | | |
| 23 - CAPITAL GROUP CORE BOND FUND | D | Int./Div. | O | T | Sold(part) | 4/15/2015 | J | | |
| 24 | | | | | Sold(part) | 4/30/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 25 | | | | | Sold(part) | 7/30/2015 | J | | |
| 26 | | | | | Sold(part) | 7/30/2015 | J | | |
| 27 - SSGA US GOV MONEY MARKET FUND | | NONE | J | T | | | | | |
| 28 Family Trust #3 - List of assets: | | | | | | | | | |
| 29 - CASH JP MORGAN CHASE | A | Interest | K | T | | | | | |
| 30 Family Trust #6 - List of Assets | | | | | | | | | |
| 31 - CAPITAL INCOME BUILDER CL F2 | F | Int./Div. | P1 | T | Sold(part) | 1/29/2015 | J | | |
| 32 | | | | | Sold(part) | 4/30/2015 | J | A | |
| 33 | | | | | Sold(part) | 7/30/2015 | J | | |
| 34 | | | | | Sold(part) | 10/29/2015 | J | | |
| 35 - SSGA US GOV MONEY MARKET FUND | | None | J | T | | | | | |
| 36 Family Trust #7 - List of assets: | | | | | | | | | |
| 37 - CASH JP MORGAN CHASE | B | Interest | P1 | T | | | | | |
| 38 Family Trust #15 - List of assets: | | | | | | | | | |
| 39 - ABERDEEN ASIA PACIFIC EX JAPAN | A | Int./Div. | | | Buy Additional | 2/4/2015 | J | | |
| 40 | | | | | Sold (Part) | 8/4/2015 | J | | |
| 41 | | | | | Sold | 9/3/2015 | J | | |
| 42 - ARTISAN INTL VALUE FUND- INV | | NONE | K | T | Sold (Part) | 11/23/2015 | J | | |
| 43 | | | | | Sold (Part) | 5/6/2015 | J | A | |
| 44 - ASTON RIVER RD DIV ALL CAP VAL FD | A | Int./Div. | | | Sold | 12/17/2015 | K | B | |
| 45 - BROWN ADV JAPAN ALPHA OPP | A | Int./Div. | J | T | Sold (Part) | 5/6/2015 | J | A | |
| 46 | | | | | Buy Additional | 8/4/2015 | J | | |
| 47 | | | | | Sold (Part) | 12/23/2015 | J | | |
| 48 - CASH - JPMORGAN TAX FREE INSTL SWEEP FD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 49 - DEUTSCHE XTRAC MSCI EAFE HEDGE FD | A | Int./Div. | K | T | Buy | 3/31/2015 | J | | |
| 50 | | | | | Buy Additional | 3/31/2015 | J | | |
| 51 | | | | | Buy Additional | 8/4/2015 | J | | |
| 52 | | | | | Buy Additional | 8/4/2015 | J | | |
| 53 | | | | | Sold (Part) | 12/29/2015 | J | | |
| 54 - DODGE & COX INT'L STOCK | A | Int./Div. | K | T | Sold (Part) | 2/3/2015 | J | B | |
| 55 | | | | | Sold (Part) | 5/6/2015 | J | A | |
| 56 - DOUBLELINE FDS TR TTL RTN BD | A | Int./Div. | K | T | | | | | |
| 57 - EATON VANCE MUT FDS FLT RT | | NONE | J | T | | | | | |
| 58 - FMI LARGE CAP FUND | A | Int./Div. | K | T | Sold (Part) | 12/22/2015 | J | | |
| 59 | | | | | Sold (Part) | 5/6/2015 | J | A | |
| 60 - GATEWAY FUND | A | Int./Div. | | | Sold | 8/4/2015 | J | | |
| 61 - GOLDMAN SACHS TR STRG INCM INST | | NONE | J | T | Sold (Part) | 8/4/2015 | J | | |
| 62 - GOTHAM ABSOLUTE RETURN FUND | | NONE | J | T | Sold (Part) | 12/18/2015 | J | | |
| 63 - ISHARES MSCI EAFE INDEX FUND | A | Int./Div. | J | T | Sold (Part) | 3/31/2015 | J | | |
| 64 | | | | | Sold (Part) | 3/31/2015 | J | | |
| 65 - ISHARES RUSSELL MIDCAP INDEX FUND | A | Int./Div. | K | T | Buy | 12/17/2015 | K | | |
| 66 - JPM CHINA REGION FD | A | Int./Div. | | | Sold (Part) | 7/31/2015 | J | | |
| 67 | | | | | Sold | 8/3/2015 | J | | |
| 68 - JPM GLBL BD OPP FD | | NONE | J | T | Buy | 8/4/2015 | J | | |
| 69 - JPM GLBL RES ENH INDEX FD | A | Int./Div. | K | T | Sold (Part) | 8/25/2015 | J | | |
| 70 - JPMORGAN MID CAP VALUE FUND | A | Int./Div. | K | T | Sold (Part) | 12/14/2015 | J | | |
| 71 - JPM SH INT MUNI BD FD | A | Int./Div. | K | T | | | | | |
| 72 - JPMORGAN SMALL CAP CORE FUND | A | Int./Div. | J | T | Sold (Part) | 12/14/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 73 - JPM US LARGE CAP CORE PLUS FD | A | Int./Div. | K | T | Sold (Part) | 12/14/2015 | J | | |
| 74 - MATTHEWS PACIFIC TIGER FUND | | NONE | | | Sold | 9/4/2015 | J | | |
| 75 - NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | A | Int./Div. | K | T | Sold (Part) | 12/21/2015 | J | | |
| 76 - PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD | A | Int./Div. | K | T | Sold (Part) | 12/18/2015 | J | | |
| 77 - PRUDENTIAL TOTAL RETURN | A | Int./Div. | K | T | Sold (Part) | 12/11/2015 | J | | |
| 78 - SPDR S&P 500 ETF TRUST | A | Int./Div. | K | T | Buy Additional | 2/3/2015 | J | | |
| 79 - VANGUARD FTSE EUROPE ETF | A | Int./Div. | J | T | Buy | 8/4/2015 | J | | |
| 80 Family Trust #16 - List of assets: | | | | | | | | | |
| 81 - ABERDEEN ASIA PACIFIC EX JAPAN | A | Int./Div. | | | Buy Additional | 2/4/2015 | J | | |
| 82 | | | | | Sold (Part) | 8/4/2015 | J | | |
| 83 | | | | | Sold | 9/3/2015 | J | | |
| 84 - ARTISAN INTL VALUE FUND- INV | B | Int./Div. | J | T | Sold (Part) | 5/6/2015 | J | A | |
| 85 | | | | | Sold (Part) | 11/23/2015 | J | | |
| 86 - ASTON RIVER RD DIV ALL CAP | A | Int./Div. | | | Sold | 12/17/2015 | K | B | |
| 87 - BROWN ADV JAPAN ALPHA OPP | A | Int./Div. | J | T | Sold (Part) | 5/6/2015 | J | A | |
| 88 | | | | | Buy Additional | 8/4/2015 | J | | |
| 89 | | | | | Sold (Part) | 12/23/2015 | J | | |
| 90 - JPMORGAN TAX FREE INSTL SWEEP FD | A | INTEREST | K | T | | | | | |
| 91 - DEUTSCHE XTRAC MSCI EAFE HEDGE FD | A | Int./Div. | J | T | Buy | 3/31/2015 | J | | |
| 92 | | | | | Buy Additional | 3/31/2015 | J | | |
| 93 | | | | | Buy Additional | 8/4/2015 | J | | |
| 94 | | | | | Buy Additional | 8/4/2015 | J | | |
| 95 | | | | | Sold (Part) | 12/29/2015 | J | | |
| 96 - DODGE & COX INTL STOCK FUND | A | Int./Div. | J | T | Sold (Part) | 2/3/2015 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 97 | | | | | Sold (Part) | 5/6/2015 | J | A | |
| 98 - DOUBLELINE FDS TR TTL RTN BD I | A | Int./Div. | J | T | | | | | |
| 99 - EATON VANCE MUT FDS- GLOBAL MACRO | | NONE | J | T | | | | | |
| 100 - FMI LARGE CAP FUND | A | Int./Div. | J | T | Sold (Part) | 5/6/2015 | J | A | |
| 101 | | | | | Sold (Part) | 12/22/2015 | J | | |
| 102 - GATEWAY FUND | A | Int./Div. | | | Sold | 8/4/2015 | J | | |
| 103 - GOLDMAN SACHS TR STRG INCM INST | | NONE | J | T | Sold (Part) | 8/4/2015 | J | | |
| 104 - GOTHAM ABSOLUTE RETURN | | NONE | J | T | Sold (Part) | 12/18/2015 | J | | |
| 105 - ISHARES MSCI EAFE INDEX FUND | A | Int./Div. | J | T | Sold (Part) | 3/31/2015 | J | | |
| 106 | | | | | Sold (Part) | 3/31/2015 | J | | |
| 107 - ISHARES RUSSELL MIDCAP INDEX FUND | A | Int./Div. | K | T | Buy | 12/17/2015 | K | | |
| 108 - JPM CHINA REGION FD | A | Int./Div. | J | T | Sold (Part) | 7/31/2015 | J | | |
| 109 | | | | | Sold | 8/3/2015 | J | | |
| 110 - JPM GLBL BD OPP FD | | NONE | J | T | Buy | 8/4/2015 | J | | |
| 111 - JPM GLBL RES ENH INDEX FD | A | Int./Div. | K | T | Sold (Part) | 8/25/2015 | J | | |
| 112 - JPM MID CAP VALUE FD | A | Int./Div. | K | T | Sold (Part) | 12/14/2015 | J | | |
| 113 - JPM SH INT MUNI BD FD | A | Int./Div. | K | T | | | | | |
| 114 - JPM SM CAP CORE FD | A | Int./Div. | J | T | Sold (Part) | 12/14/2015 | J | | |
| 115 - JPM US LARGE CAP CORE PLUS FUND | A | Int./Div. | K | T | Sold (Part) | 12/14/2015 | J | | |
| 116 - MATTHEWS PACIFIC TIGER FD | | NONE | | | Sold | 9/4/2015 | J | | |
| 117 - NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | A | Int./Div. | K | T | Sold (Part) | 12/21/2015 | J | | |
| 118 - PRIMECAP ODYSSEY FUNDS | A | Int./Div. | K | T | Sold (Part) | 12/18/2015 | J | | |
| 119 - PRUDENTIAL TOTAL RETURN BD-Z | A | Int./Div. | J | T | Sold (Part) | 12/11/2015 | J | | |
| 120 - SPDR S&P 500 ETF TRUST | A | Int./Div. | K | T | Buy | 2/3/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 121 - VANGUARD FTSE EUROPE ETF | A | Int./Div. | J | T | Buy | 8/4/2015 | J | | |
| 122 Family Trust #17 - List of assets: | | | | | | | | | |
| 123 -ABERDEEN ASIA PACIFIC EX JAPAN | A | Int./Div. | | | Buy Additional | 1/30/2015 | K | | |
| 124 | | | | | Sale (Part) | 8/4/2015 | K | | |
| 125 | | | | | Sold | 9/3/2015 | L | A | |
| 126 -ARTISAN INTL VALUE FUND | | NONE | L | T | Sale (Part) | 5/6/2015 | J | C | |
| 127 -ASTON RIVER RD DIV ALL CAP VALUE FD | A | Int./Div. | | | Sold | 12/17/2015 | M | D | |
| 128 - BARC EAFE REN MAT 02/18/16 | | NONE | K | T | Buy | 1/30/2015 | K | | |
| 129 - BROWN ADV JAPAN ALPHA OPP-IS | C | Int./Div. | K | T | Buy Additional | 8/4/2015 | K | | |
| 130 | | | | | Sale (Part) | 5/6/2015 | J | A | |
| 131 - CASH - JPMORGAN TAX FREE INSTL SWEEP FD | A | INTEREST | M | T | | | | | |
| 132 - CS CYCLICAL SECT REL PERF NT 2/25/15 1.09 XLEV BASKET UPSIDE- UNCAPPED 1:1 SPX DOWNSIDE 2/7/14 | | NONE | | | Sold | 2/25/2015 | K | C | |
| 133 - DEUTSCHE XTRAC MSCI EAFE HEDGE FD | B | Int./Div. | K | T | Buy | 8/4/2015 | J | | |
| 134 | | | | | Buy Additional | 8/4/2015 | K | | |
| 135 -DODGE & COX INTERNATIONAL STOCK | B | Int./Div. | L | T | Sale (Part) | 1/30/2015 | K | | |
| 136 | | | | | Sale (Part) | 5/6/2015 | J | B | |
| 137 - DOUBLELINE FDS TR TTL RTN | C | Int./Div. | L | T | | | | | |
| 138 - EATON VANCE MUT FDS- GLOBAL MACRO | | NONE | K | T | | | | | |
| 139 -FMI LARGE CAP FUND | A | Int./Div. | L | T | | | | | |
| 140 -GOTHAM ABSOLUTE RETURN FUND | | NONE | J | T | | | | | |
| 141 -GATEWAY FUND | A | Int./Div. | | | Sold | 8/4/2015 | K | B | |
| 142 - GOLDMAN SACHS TR STRG INCM INST | | NONE | K | T | Sale (Part) | 8/4/2015 | J | | |
| 143 -ISHARES MSCI EAFE INDEX FUND | C | Int./Div. | L | T | Sale (Part) | 1/30/2015 | J | | |
| 144 | | | | | Sale (Part) | 1/30/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 145 | | | | | Sale (Part) | 1/30/2015 | J | | |
| 146 | | | | | Sale (Part) | 2/2/2015 | J | | |
| 147 - ISHARES RUSSELL MIDCAP INDEX FUND | B | Int./Div. | M | T | Buy | 12/17/2015 | M | | |
| 148 - JPM CHINA REGION FD | A | Int./Div. | | | Sold | 7/31/2015 | K | | |
| 149 - JPM GLBL BD OPP FD | | NONE | K | T | Buy Additional | 8/4/2015 | K | | |
| 150 - JPM GLBL RES ENH INDEX FD | C | Int./Div. | M | T | Sale (Part) | 8/25/2015 | K | | |
| 151 - JPM INTREPID EUROPEAN FD (Y) | | NONE | | | | | | | |
| 152 - JPM MID CAP VALUE FD | B | Int./Div. | M | T | | | | | |
| 153 - JPM SH INT MUNI BD FD - INSTL FUND | C | Int./Div. | N | T | | | | | |
| 154 - JPMORGAN US LARGE CAP CORE | B | Int./Div. | M | T | | | | | |
| 155 - MATTHEWS PACIFIC TIGER FUND | | NONE | | | Sold | 9/4/2015 | K | D | |
| 156 - NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | B | Int./Div. | M | T | | | | | |
| 157 - PRIMECAP ODYSSEY FUNDS | B | Int./Div. | M | T | | | | | |
| 158 - PRUDENTIAL TOTAL RETURN BD | B | Int./Div. | L | T | | | | | |
| 159 - SPDR S&P 500 ETF TRUST | D | Int./Div. | N | T | Buy Additional | 1/30/2015 | K | | |
| 160 | | | | | Buy Additional | 2/20/2015 | K | | |
| 161 - VANGUARD FTSE EUROPE ETF | A | Int./Div. | K | T | Buy | 8/4/2015 | K | | |
| 162 Family Trust #30 - List of Assets | | | | | | | | | |
| 163 - SSGA US GOV MONEY MARKET FUND | | NONE | | | CLOSED | 2/28/2015 | J | | |
| 164 Family Trust #31- List of Assets | | | | | | | | | |
| 165 - 3M COMPANY | A | DIVIDEND | J | T | | | | | |
| 166 - AA LIMITED PLC SUB RTS EXP | | NONE | | | Sold | 4/23/2015 | J | A | |
| 167 - AA PLC | A | DIVIDEND | J | T | | | | | |
| 168 - ABBVIE INC | A | DIVIDEND | J | T | Sold(part) | 10/14/2015 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (eg., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (eg., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of Buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 169 | | | | | Sold(part) | 10/15/2015 | J | A | |
| 170 - ABERDEEN ASSET MGMT PLC | A | DIVIDEND | J | T | Buy additional | 2/11/2015 | J | | |
| 171 | | | | | Buy additional | 2/12/2015 | J | | |
| 172 | | | | | Buy additional | 2/13/2015 | J | | |
| 173 | | | | | Sold(part) | 7/31/2015 | J | | |
| 174 | | | | | Sold(part) | 8/7/2015 | J | | |
| 175 - ACCENTURE PLC US$ | A | DIVIDEND | J | T | | | | | |
| 176 - ACE LTD | A | DIVIDEND | K | T | | | | | |
| 177 - AGIOS PHARMACEUTICALS INC | | NONE | | | Buy additional | 2/17/2015 | J | | |
| 178 | | | | | Buy additional | 5/4/2015 | J | | |
| 179 | | | | | Sold (Part) | 9/8/2015 | J | | |
| 180 | | | | | Sold | 9/9/2015 | J | | |
| 181 - AIA GROUP | A | DIVIDEND | L | T | | | | | |
| 182 - AIR PRODUCTS & CHEMICALS INC | A | DIVIDEND | | | Sold (Part) | 4/14/2015 | K | D | |
| 183 | | | | | Sold | 4/15/2015 | J | B | |
| 184 - AIRBUS GROUP SE | A | DIVIDEND | J | T | Buy | 10/23/2015 | J | | |
| 185 | | | | | Buy additional | 10/27/2015 | J | | |
| 186 - AJINOMOTO | A | DIVIDEND | K | T | | | | | |
| 187 - ALPHABET INC CL A | A | DIVIDEND | K | T | | | | | |
| 188 - ALPHABET INC CL C | A | DIVIDEND | K | T | | | | | |
| 189 - AMADEUS IT HOLDING SA A (BEARER) | A | DIVIDEND | J | T | Buy | 10/16/2015 | J | | |
| 190 | | | | | Buy additional | 10/22/2015 | J | | |
| 191 | | | | | Buy additional | 10/30/2015 | J | | |
| 192 - AMCOR LIMITED | A | DIVIDEND | | | Sold (Part) | 4/7/2015 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 193 | | | | | Sold (Part) | 4/8/2015 | J | A | |
| 194 | | | | | Sold (Part) | 6/18/2015 | J | A | |
| 195 | | | | | Sold (Part) | 6/19/2015 | J | A | |
| 196 | | | | | Sold | 6/22/2015 | J | A | |
| 197   - AMERICAN TOWER CORP | A | DIVIDEND | K | T | Sold(part) | 1/28/2015 | J | C | |
| 198 | | | | | Sold(part) | 1/29/2015 | J | B | |
| 199   - AMERISOURCEBERGEN CORP | A | DIVIDEND | K | T | | | | | |
| 200   - AON PLC | A | DIVIDEND | J | T | | | | | |
| 201   - APPLE INC | A | DIVIDEND | K | T | Buy additional | 5/26/2015 | K | | |
| 202   - ASML HOLDING NV | A | DIVIDEND | K | T | Buy additional | 2/11/2015 | J | | |
| 203 | | | | | Buy additional | 5/27/2015 | K | | |
| 204   - ASSA ABLOY | A | DIVIDEND | K | T | | | | | |
| 205   - ASTRAZENECA PLC (GBP) | B | DIVIDEND | L | T | Buy additional | 1/27/2015 | J | | |
| 206 | | | | | Buy additional | 1/30/2015 | J | | |
| 207 | | | | | Buy additional | 2/12/2015 | J | | |
| 208 | | | | | Buy additional | 2/25/2015 | J | | |
| 209 | | | | | Buy additional | 10/19/2015 | K | | |
| 210 | | | | | Sold(part) | 12/16/2015 | J | | |
| 211 | | | | | Sold(part) | 12/21/2015 | J | | |
| 212 | | | | | Sold(part) | 12/21/2015 | J | | |
| 213 | | | | | Sold(part) | 12/22/2015 | J | | |
| 214   - AUTOMATIC DATA PROCESSING INC | A | DIVIDEND | K | T | Sold(part) | 2/11/2015 | J | B | |
| 215   - AVAGO TECHNOLOGIES LTD | A | DIVIDEND | K | T | Sold(part) | 2/9/2015 | J | C | |
| 216 | | | | | Sold(part) | 2/9/2015 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 217  - B/E AEROSPACE INC | | NONE | | | Sold | 2/13/2015 | J | C | |
| 218  - BAE SYSTEMS PLC | A | DIVIDEND | K | T | Buy | 4/15/2015 | J | | |
| 219 | | | | | Buy additional | 4/16/2015 | J | | |
| 220 | | | | | Buy additional | 4/17/2015 | J | | |
| 221 | | | | | Buy additional | 4/29/2015 | J | | |
| 222  - BANK OF CHINA LTD H | A | DIVIDEND | | | Buy additional | 2/9/2015 | J | | |
| 223 | | | | | Sold (Part) | 8/28/2015 | J | | |
| 224 | | | | | Sold (Part) | 8/31/2015 | J | | |
| 225 | | | | | Sold (Part) | 8/31/2015 | J | A | |
| 226 | | | | | Sold (Part) | 9/1/2015 | J | A | |
| 227 | | | | | Sold | 9/1/2015 | J | A | |
| 228  - BAYER AG | A | DIVIDEND | J | T | Sold(part) | 1/27/2015 | J | B | |
| 229 | | | | | Sold(part) | 1/27/2015 | J | B | |
| 230 | | | | | Sold(part) | 1/28/2015 | J | D | |
| 231 | | | | | Sold(part) | 3/5/2015 | J | B | |
| 232 | | | | | Sold(part) | 7/28/2015 | J | B | |
| 233 | | | | | Sold(part) | 7/29/2015 | J | B | |
| 234  - BHP BILLITON LTD (AUD) | A | DIVIDEND | | | Sold | 7/14/2015 | J | | |
| 235  - BMW AG | A | DIVIDEND | J | T | Sold(part) | 7/31/2015 | J | A | |
| 236  - BNP PARIBAS | A | DIVIDEND | J | T | | | | | |
| 237  - BOC HONG KONG HOLDINGS LTD | | NONE | | | Sold | 2/5/2015 | J | C | |
| 238  - BOEING CO | A | DIVIDEND | K | T | Sold(part) | 2/6/2015 | J | C | |
| 239  - BRISTOL-MYERS SQUIBB CO | A | DIVIDEND | J | T | Buy additional | 2/17/2015 | J | | |
| 240 | | | | | Sold(part) | 6/3/2015 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 241 | | | | | Sold(part) | 8/7/2015 | J | C | |
| 242 | | | | | Sold(part) | 8/10/2015 | J | C | |
| 243 | | | | | Sold(part) | 8/11/2015 | J | C | |
| 244 | | | | | Sold(part) | 8/12/2015 | K | D | |
| 245 | | | | | Sold(part) | 9/3/2015 | J | | |
| 246 | | | | | Sold(part) | 9/4/2015 | J | | |
| 247 | | | | | Sold(part) | 9/4/2015 | J | A | |
| 248 | - BRITISH AMERICAN TOBACCO PLC | A | DIVIDEND | J | T | Buy | 8/13/2015 | J | | |
| 249 | - BROADCOM CORP | A | DIVIDEND | K | T | | | | |
| 250 | - CAIXABANK SA | A | DIVIDEND | J | T | Buy additional | 2/11/2015 | J | | |
| 251 | | | | | Sold(part) | 4/8/2015 | J | | |
| 252 | | | | | Buy additional | 8/18/2015 | J | | |
| 253 | | | | | Buy additional | 8/19/2015 | J | | |
| 254 | | | | | Buy additional | 8/19/2015 | J | | |
| 255 | | | | | Buy additional | 8/20/2015 | J | | |
| 256 | | | | | Sold(part) | 10/9/2015 | J | | |
| 257 | | | | | Sold(part) | 10/15/2015 | J | | |
| 258 | | | | | Sold(part) | 10/16/2015 | J | | |
| 259 | | | | | Sold(part) | 10/16/2015 | J | | |
| 260 | | | | | Sold(part) | 10/16/2015 | J | | |
| 261 | - CAPITAL GROUP SHORT-TERM Municipal Fund | E | INT./DIV. | | | Sold (Part) | 8/11/2015 | K | | |
| 262 | | | | | Sold | 8/11/2015 | P1 | | |
| 263 | - CARNIVAL CORP COMMON PAIRED (FORMERLY CARNIVAL CORP COMMON STOCK) | | NONE | | | Sold | 2/11/2015 | J | B | |
| 264 | - CATERPILLAR INC | A | DIVIDEND | J | T | Sold(part) | 2/5/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 265 - CENOVUS ENERGY INC C$ | B | DIVIDEND | K | T | Buy | 2/4/2015 | J | | |
| 266 | | | | | Buy additional | 2/5/2015 | K | | |
| 267 | | | | | Buy additional | 2/6/2015 | K | | |
| 268 | | | | | Buy additional | 2/9/2015 | J | | |
| 269 | | | | | Buy additional | 2/25/2015 | J | | |
| 270 | | | | | Sold (Part) | 7/10/2015 | J | | |
| 271 | | | | | Sold (Part) | 7/13/2015 | J | | |
| 272 | | | | | Sold (Part) | 7/14/2015 | J | | |
| 273 | | | | | Sold (Part) | 7/14/2015 | J | | |
| 274 | | | | | Sold (Part) | 8/25/2015 | J | | |
| 275 | | | | | Sold | 8/26/2015 | J | | |
| 276 - CENTURYTEL INC | A | DIVIDEND | | | Buy | 2/11/2015 | J | | |
| 277 | | | | | Buy additional | 2/11/2015 | J | | |
| 278 | | | | | Buy additional | 2/12/2015 | J | | |
| 279 | | | | | Sold (Part) | 9/24/2015 | J | | |
| 280 | | | | | Sold | 9/24/2015 | J | | |
| 281 - CERNER CORP | A | DIVIDEND | K | T | Sold(part) | 2/17/2015 | J | D | |
| 282 - CHARTER COMMUNICATIONS INC CL A | A | DIVIDEND | J | T | Buy | 4/27/2015 | J | | |
| 283 - CHEVRON CORP | B | DIVIDEND | K | T | Buy additional | 2/2/2015 | J | | |
| 284 | | | | | Sold(part) | 8/17/2015 | J | | |
| 285 | | | | | Sold(part) | 8/18/2015 | J | | |
| 286 | | | | | Sold(part) | 8/18/2015 | J | | |
| 287 | | | | | Buy additional | 9/30/2015 | J | | |
| 288 - CHINA EVERBRIGHT INTERNATIONAL LIMITED | A | DIVIDEND | K | T | Buy additional | 1/28/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 289 | | | | | Buy additional | 2/4/2015 | J | | |
| 290 | | | | | Buy additional | 2/5/2015 | J | | |
| 291  - CME GROUP INC | A | DIVIDEND | K | T | Buy additional | 2/17/2015 | J | | |
| 292  - COCA-COLA CO | A | DIVIDEND | K | T | Buy | 10/9/2015 | J | | |
| 293 | | | | | Buy additional | 10/20/2015 | J | | |
| 294  - COMCAST CORP | A | DIVIDEND | K | T | Sold(part) | 1/29/2015 | J | D | |
| 295 | | | | | Sold(part) | 1/29/2015 | K | D | |
| 296 | | | | | Sold(part) | 5/5/2015 | J | C | |
| 297 | | | | | Sold(part) | 5/6/2015 | J | B | |
| 298 | | | | | Buy additional | 5/26/2015 | J | | |
| 299  - COMPAGNIE FINANCIERE RICHMONT | A | DIVIDEND | K | T | Buy additional | 5/27/2015 | J | | |
| 300  - CONOCOPHILLIPS | A | DIVIDEND | J | T | Buy additional | 2/3/2015 | K | | |
| 301 | | | | | Buy additional | 2/4/2015 | J | | |
| 302 | | | | | Buy additional | 2/24/2015 | J | | |
| 303 | | | | | Buy additional | 8/14/2015 | J | | |
| 304 | | | | | Buy additional | 8/17/2015 | J | | |
| 305 | | | | | Sold(part) | 9/24/2015 | J | | |
| 306 | | | | | Sold(part) | 9/24/2015 | J | | |
| 307 | | | | | Sold(part) | 9/25/2015 | K | | |
| 308 | | | | | Sold(part) | 9/25/2015 | J | | |
| 309 | | | | | Sold(part) | 9/28/2015 | J | | |
| 310  - CREDIT SUISSE GROUP REG | A | DIVIDEND | J | T | Buy | 5/4/2015 | J | | |
| 311  - CREDIT SUISSE GROUP RTS EXP  (X) | | NONE | | | Sold | 11/25/2015 | J | A | |
| 312  - CRESCENT POINT ENERGY CORP | B | DIVIDEND | | | Buy | 2/11/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 1/16/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 313 | | | | | Buy additional | 2/11/2015 | J | | |
| 314 | | | | | Buy additional | 2/12/2015 | J | | |
| 315 | | | | | Buy additional | 2/12/2015 | J | | |
| 316 | | | | | Sold (Part) | 8/13/2015 | J | | |
| 317 | | | | | Sold | 8/28/2015 | J | | |
| 318 - CROWN CASTLE INTERNATIONAL CORP | A | DIVIDEND | J | T | Buy | 2/10/2015 | K | | |
| 319 - CVS HEALTH CORPORATION | A | DIVIDEND | J | T | Buy | 10/19/2015 | J | | |
| 320 - DAIMLER AG | A | DIVIDEND | | | Buy additional | 2/9/2015 | J | | |
| 321 | | | | | Sold(part) | 8/10/2015 | J | | |
| 322 | | | | | Sold(part) | 8/11/2015 | J | | |
| 323 | | | | | Sold(part) | 8/11/2015 | J | | |
| 324 | | | | | Sold(part) | 8/11/2015 | J | | |
| 325 | | | | | Sold(part) | 8/12/2015 | J | A | |
| 326 | | | | | Sold(part) | 8/13/2015 | J | A | |
| 327 | | | | | Sold | 11/10/2015 | J | A | |
| 328 - DANAHER CORP | A | DIVIDEND | K | T | Sold(part) | 1/29/2015 | J | B | |
| 329 - DANONE | A | DIVIDEND | J | T | Buy additional | 2/9/2015 | J | | |
| 330 | | | | | Sold(part) | 6/18/2015 | J | A | |
| 331 | | | | | Sold(part) | 11/10/2015 | J | A | |
| 332 | | | | | Sold(part) | 11/11/2015 | J | A | |
| 333 - DANONE SA COUPON RIGHTS EXP (X) | | NONE | | | Sold (Part) | 5/21/2015 | J | A | |
| 334 | | | | | Sold | 5/21/2015 | J | A | |
| 335 - DAVITA | A | DIVIDEND | J | T | Sold | 2/12/2015 | J | C | |
| 336 | | | | | Buy | 6/1/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (eg., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (eg., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of Buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 337 | | | | | Buy additional | 6/2/2015 | J | | |
| 338 - DBS GROUP HOLDINGS LTD | A | DIVIDEND | J | T | | | | | |
| 339 - DELPHI AUTOMOTIVE PLC | A | DIVIDEND | J | T | Sold(part) | 2/12/2015 | J | C | |
| 340 - DENSO CORP | A | DIVIDEND | J | T | Sold(part) | 2/9/2015 | J | B | |
| 341 - DEUTSCHE WOHNEN AG (BEARER) | A | DIVIDEND | K | T | | | | | |
| 342 - DEUTSCHE WOHNEN AG RTS EXP (X) | | NONE | | | Sold (Part) | 5/29/2015 | J | A | |
| 343 | | | | | Sold | 5/29/2015 | J | A | |
| 344 - DIAGEO PLC | A | DIVIDEND | J | T | Sold(part) | 2/3/2015 | J | C | |
| 345 | | | | | Sold | 4/16/2015 | J | C | |
| 346 | | | | | Buy | 7/21/2015 | J | | |
| 347 - DISCOVER FINANCIAL SERVICES | A | DIVIDEND | | | Buy | 3/19/2015 | J | | |
| 348 | | | | | Buy additional | 3/20/2015 | J | | |
| 349 | | | | | Buy additional | 3/23/2015 | J | | |
| 350 | | | | | Buy additional | 3/24/2015 | J | | |
| 351 | | | | | Sold | 8/31/2015 | J | | |
| 352 - DKSH HOLDING LTD | A | DIVIDEND | J | T | | | | | |
| 353 - DNB ASA | A | DIVIDEND | J | T | Buy | 3/30/2015 | J | | |
| 354 - DOW CHEMICAL CO | A | DIVIDEND | J | T | | | | | |
| 355 - EATON CORP PLC | A | DIVIDEND | K | | Sold(part) | 1/30/2015 | J | | |
| 356 - ECOLAB INC | | NONE | | | Sold | 2/11/2015 | J | D | |
| 357 - ELECTROLUX AB SER B | A | DIVIDEND | J | T | Buy | 2/3/2015 | J | | |
| 358 | | | | | Buy additional | 2/4/2015 | J | | |
| 359 | | | | | Buy additional | 2/16/2015 | J | | |
| 360 | | | | | Buy additional | 2/17/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 361 | | | | | Buy additional | 2/17/2015 | J | | |
| 362 - ELRINGKLINGER AG | A | DIVIDEND | J | T | Sold(part) | 10/5/2015 | J | | |
| 363 | | | | | Sold(part) | 10/7/2015 | J | | |
| 364 | | | | | Buy additional | 12/7/2015 | J | | |
| 365 | | | | | Buy additional | 12/22/2015 | J | | |
| 366 - ENBRIDGE INC C$ | A | DIVIDEND | K | T | Buy additional | 4/22/2015 | J | | |
| 367 | | | | | Buy additional | 10/19/2015 | J | | |
| 368 | | | | | Buy additional | 10/20/2015 | J | | |
| 369 - EOG RESOURCES INC | A | DIVIDEND | J | T | Buy | 4/27/2015 | J | | |
| 370 | | | | | Buy additional | 9/25/2015 | J | | |
| 371 | | | | | Buy additional | 11/6/2015 | J | | |
| 372 - ESSILOR INTL | A | DIVIDEND | K | T | Buy additional | 2/16/2015 | J | | |
| 373 - EXPRESS SCRIPTS HOLDING CO | A | DIVIDEND | K | T | Sold(part) | 1/27/2015 | J | C | |
| 374 | | | | | Sold(part) | 1/28/2015 | J | C | |
| 375 | | | | | Sold(part) | 1/29/2015 | K | D | |
| 376 - EXXON MOBIL CORP | A | DIVIDEND | K | T | Buy | 8/25/2015 | J | | |
| 377 | | | | | Buy additional | 9/25/2015 | J | | |
| 378 - FANUC CO | A | DIVIDEND | K | T | | | | | |
| 379 - FEDEX CORP | A | DIVIDEND | J | T | Buy additional | 2/12/2015 | J | | |
| 380 - FIRST QUANTUM MINERALS LTD C$ | | NONE | | | Sold | 2/3/2015 | J | | |
| 381 - GEMALTO NV | A | DIVIDEND | J | T | Buy additional | 2/10/2015 | J | | |
| 382 | | | | | Buy additional | 2/10/2015 | J | | |
| 383 | | | | | Sold(part) | 12/15/2015 | J | | |
| 384 | | | | | Sold(part) | 12/22/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 385 | | | | | Sold(part) | 12/24/2015 | J | | |
| 386 | | | | | Sold(part) | 12/28/2015 | J | | |
| 387 | | | | | Sold(part) | 12/28/2015 | J | | |
| 388  - GILEAD SCIENCES INC | A | DIVIDEND | K | T | Sold(part) | 1/27/2015 | K | E | |
| 389 | | | | | Sold(part) | 1/28/2015 | J | D | |
| 390 | | | | | Sold(part) | 1/29/2015 | K | E | |
| 391 | | | | | Buy additional | 7/1/2015 | K | | |
| 392  - GIVAUDAN | A | DIVIDEND | J | T | Buy | 10/14/2015 | J | | |
| 393 | | | | | Buy additional | 10/21/2015 | J | | |
| 394  - GOLDMAN SACHS GROUP INC | A | DIVIDEND | K | T | Sold(part) | 2/9/2015 | J | C | |
| 395  - GOOGLE INC CL          (Y) | | NONE | | | | | | | |
| 396  - GOOGLE INC CL A        (Y) | | NONE | | | Sold(part) | 1/29/2015 | K | D | |
| 397  - GOOGLE INC CL C        (Y) | | NONE | | | Sold(part) | 1/29/2015 | J | C | |
| 398 | | | | | Sold(part) | 5/4/2015 | J | A | |
| 399  - GREENE KING PLC | A | DIVIDEND | K | T | Buy | 2/2/2015 | J | | |
| 400 | | | | | Buy additional | 2/3/2015 | J | | |
| 401 | | | | | Buy additional | 2/4/2015 | J | | |
| 402 | | | | | Buy additional | 2/5/2015 | J | | |
| 403 | | | | | Buy additional | 2/5/2015 | J | | |
| 404 | | | | | Buy additional | 3/2/2015 | J | | |
| 405 | | | | | Buy additional | 3/2/2015 | J | | |
| 406  - HAMAMATSU PHOTONIC KK | A | DIVIDEND | K | T | | | | | |
| 407  - HDFC BANK LTD | A | DIVIDEND | J | T | | | | | |
| 408  - HEXCEL CORP | A | DIVIDEND | K | T | Buy additional | 6/19/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 409  - HITACHI | A | DIVIDEND | | | Sold | 9/30/2015 | J | | |
| 410  - HOME DEPOT INC | A | DIVIDEND | J | T | Sold(part) | 2/17/2015 | J | C | |
| 411 | | | | | Sold(part) | 5/1/2015 | J | D | |
| 412 | | | | | Sold(part) | 5/4/2015 | J | D | |
| 413  - HOME RETAIL GROUP | A | DIVIDEND | | | Sold (Part) | 10/5/2015 | J | | |
| 414 | | | | | Sold | 10/7/2015 | J | | |
| 415  - HSBC HOLDINGS PLC UKP | A | DIVIDEND | | | Sold(part) | 5/20/2015 | J | A | |
| 416 | | | | | Sold | 10/16/2015 | J | A | |
| 417  - IDEX CORP | A | DIVIDEND | J | T | Sold(part) | 2/17/2015 | J | B | |
| 418  - ILLINOIS TOOL WORKS INC | | NONE | | | Sold | 2/12/2015 | J | C | |
| 419  - ILLUMINA INC | A | DIVIDEND | K | T | Buy | 8/25/2015 | J | | |
| 420 | | | | | Buy additional | 9/2/2015 | J | | |
| 421 | | | | | Buy additional | 9/18/2015 | J | | |
| 422 | | | | | Buy additional | 11/25/2015 | J | | |
| 423  - IMPERIAL TOBACCO | B | DIVIDEND | K | T | Buy additional | 1/21/2015 | J | | |
| 424 | | | | | Buy additional | 1/27/2015 | J | | |
| 425 | | | | | Buy additional | 1/30/2015 | K | | |
| 426  - INCYTE CORP | | NONE | K | T | Buy additional | 1/8/2015 | J | | |
| 427  - INDITEX                    (Y) | | NONE | | | | | | | |
| 428  - INDUSTRIA DE DISENO TEXTIL S A | | NONE | | | Sold (Part) | 1/28/2015 | J | A | |
| 429 | | | | | Sold (Part) | 1/29/2015 | J | A | |
| 430 | | | | | Sold | 1/29/2015 | J | A | |
| 431  - INFOSYS TECHNOLOGIES ADR | A | DIVIDEND | | | Buy additional | 2/20/2015 | J | | |
| 432 | | | | | Sold (Part) | 4/1/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 433 | | | | | Sold (Part) | 4/2/2015 | J | A | |
| 434 | | | | | Sold (Part) | 4/7/2015 | J | A | |
| 435 | | | | | Sold | 4/7/2015 | J | A | |
| 436 - INTERNATIONAL BUSINESS MACHINES CORP | A | DIVIDEND | J | T | Buy | 11/27/2015 | J | | |
| 437 - IRON MOUNTAIN INCORPORATED | B | DIVIDEND | K | T | Sold(part) | 3/31/2015 | J | A | |
| 438 | | | | | Sold(part) | 4/1/2015 | J | A | |
| 439 - JABIL CIRCUIT INC | A | DIVIDEND | J | T | | | | | |
| 440 - JACK HENRY & ASSOCIATES | A | DIVIDEND | K | T | Sold(part) | 2/10/2015 | J | C | |
| 441 - JARDINE MATHESON HLD (SINGAPORE) | A | DIVIDEND | J | T | | | | | |
| 442 - JPMORGAN CHASE & CO | A | DIVIDEND | K | T | | | | | |
| 443 - JULIUS BAER GROUP LTD | A | DIVIDEND | | | Sold | 10/16/2015 | J | A | |
| 444 - KEYENCE CORP | A | DIVIDEND | L | T | Sold(part) | 2/4/2015 | K | E | |
| 445 | | | | | Buy additional | 5/27/2015 | L | | |
| 446 - KINDER MORGAN INC | B | DIVIDEND | | | Buy | 4/28/2015 | J | | |
| 447 | | | | | Buy additional | 4/28/2015 | J | | |
| 448 | | | | | Buy additional | 7/30/2015 | J | | |
| 449 | | | | | Buy additional | 8/10/2015 | J | | |
| 450 | | | | | Buy additional | 8/11/2015 | J | | |
| 451 | | | | | Sold (Part) | 10/16/2015 | J | | |
| 452 | | | | | Sold (Part) | 10/19/2015 | J | | |
| 453 | | | | | Sold (Part) | 11/19/2015 | J | | |
| 454 | | | | | Sold | 11/20/2015 | J | | |
| 455 - KLA-TENCOR CORP | | NONE | | | Sold | 2/20/2015 | J | B | |
| 456 - KLX INC | | NONE | | | Sold (Part) | 2/12/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 457 | | | | | Sold | 2/13/2015 | J | A | |
| 458 - KONINKLIJKE DSM NV | | NONE | | | Sold | 2/11/2015 | J | | |
| 459 - L'AIR LIQUIDE (L) | A | DIVIDEND | J | T | Sold(part) | 1/30/2015 | J | B | |
| 460 - LAS VEGAS SANDS CORP | B | DIVIDEND | K | T | Buy | 4/15/2015 | J | | |
| 461 | | | | | Buy additional | 4/16/2015 | J | | |
| 462 | | | | | Buy additional | 4/16/2015 | J | | |
| 463 | | | | | Buy additional | 4/17/2015 | J | | |
| 464 | | | | | Buy additional | 10/20/2015 | J | | |
| 465 | | | | | Sold(part) | 12/31/2015 | J | | |
| 466 - LIBERTY GLOBAL PLC CL A | | NONE | K | T | | | | | |
| 467 - LIBERTY GLOBAL PLC CL C | | NONE | J | T | | | | | |
| 468 - LIBERTY LILAC GROUP CL A (Y) | | | | | Sold (Part) | 7/2/2015 | J | A | |
| 469 | | | | | Sold (Part) | 7/29/2015 | J | A | |
| 470 - LIBERTY LILAC GROUP CL C (Y) | | | | | Sold (Part) | 7/21/2015 | J | A | |
| 471 - LILLY ELI & CO | A | DIVIDEND | K | T | Buy | 7/2/2015 | J | | |
| 472 | | | | | Buy additional | 7/6/2015 | J | | |
| 473 | | | | | Buy additional | 7/7/2015 | J | | |
| 474 | | | | | Buy additional | 7/16/2015 | J | | |
| 475 | | | | | Buy additional | 10/15/2015 | J | | |
| 476 - LLOYDS TSB GROUP PLC | A | DIVIDEND | K | T | | | | | |
| 477 - L'OREAL | A | DIVIDEND | K | T | Buy additional | 2/9/2015 | J | | |
| 478 - LYONDELLBASELL INDUSTRIES NV | A | DIVIDEND | K | T | Buy | 2/9/2015 | K | | |
| 479 | | | | | Buy additional | 2/9/2015 | J | | |
| 480 - MARKS & SPENCER GROUP PLC | A | DIVIDEND | J | T | Buy | 2/4/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 481 | | | | | Buy additional | 2/5/2015 | J | | |
| 482 | | | | | Buy additional | 2/9/2015 | J | | |
| 483 - MARSH & MCLENNAN COS INC | A | DIVIDEND | K | T | Buy | 2/13/2015 | J | | |
| 484 - MEDTRONIC PLC | A | DIVIDEND | J | T | Buy | 6/18/2015 | J | | |
| 485 | | | | | Buy additional | 6/19/2015 | J | | |
| 486 - MEGGITT PLC | A | DIVIDEND | J | T | Buy additional | 2/2/2015 | J | | |
| 487 | | | | | Buy additional | 2/4/2015 | J | | |
| 488 | | | | | Sold(part) | 12/14/2015 | J | | |
| 489 | | | | | Sold(part) | 12/21/2015 | J | | |
| 490 | | | | | Sold(part) | 12/21/2015 | J | | |
| 491 | | | | | Sold(part) | 12/23/2015 | J | | |
| 492 - MERCURY GENERAL CORP | A | DIVIDEND | J | T | Buy | 1/30/2015 | J | | |
| 493 | | | | | Buy additional | 2/9/2015 | J | | |
| 494 - MICROSOFT CORP | A | DIVIDEND | K | T | Buy additional | 8/27/2015 | J | | |
| 495 - MONSANTO CO NEW COM | A | DIVIDEND | J | T | Sold(part) | 2/6/2015 | J | C | |
| 496 | | | | | Sold(part) | 2/9/2015 | J | C | |
| 497 - MOODYS CORP | A | DIVIDEND | K | T | Buy | 3/19/2015 | J | | |
| 498 | | | | | Buy additional | 3/25/2015 | J | | |
| 499 | | | | | Buy additional | 3/30/2015 | J | | |
| 500 | | | | | Buy additional | 5/15/2015 | J | | |
| 501 | | | | | Buy additional | 5/15/2015 | J | | |
| 502 - MOSAIC CO/THE | A | DIVIDEND | | | Buy | 3/2/2015 | J | | |
| 503 | | | | | Buy additional | 3/3/2015 | J | | |
| 504 | | | | | Sold | 9/24/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 505 - MURATA MANUFACTURING CO LTD | A | DIVIDEND | K | T | Buy | 2/9/2015 | J | | |
| 506 | | | | | Buy additional | 5/27/2015 | K | | |
| 507 - NATIONAL GRID PLC | B | DIVIDEND | K | T | Buy | 2/5/2015 | K | | |
| 508 | | | | | Sold(part) | 7/1/2015 | J | | |
| 509 - NESTLE SA REG | B | DIVIDEND | K | T | Buy | 4/29/2015 | J | | |
| 510 | | | | | Buy additional | 9/11/2015 | J | | |
| 511 | | | | | Buy additional | 10/14/2015 | J | | |
| 512 - NEWELL RUBBERMAID INC | A | DIVIDEND | K | T | Sold(part) | 2/9/2015 | J | B | |
| 513 | | | | | Sold(part) | 2/10/2015 | J | B | |
| 514 | | | | | Sold(part) | 4/29/2015 | J | B | |
| 515 | | | | | Sold(part) | 5/1/2015 | J | B | |
| 516 | | | | | Sold(part) | 5/1/2015 | J | B | |
| 517 | | | | | Sold(part) | 5/4/2015 | J | C | |
| 518 - NIELSEN HOLDINGS (FORMERLY NIELSEN NV US$) | A | DIVIDEND | K | T | Sold(part) | 2/12/2015 | J | | |
| 519 | | | | | Sold(part) | 2/12/2015 | J | B | |
| 520 - NOBLE ENERGY INC | A | DIVIDEND | | | Sold(part) | 2/5/2015 | J | B | |
| 521 | | | | | Sold(part) | 2/6/2015 | J | A | |
| 522 | | | | | Sold(part) | 5/14/2015 | J | A | |
| 523 | | | | | Sold(part) | 5/14/2015 | J | A | |
| 524 | | | | | Sold | 8/27/2015 | J | | |
| 525 - NORDSTROM INC | | NONE | | | Sold | 2/10/2015 | J | D | |
| 526 - NORFOLK SOUTHERN CORP | A | DIVIDEND | K | T | Sold (part) | 2/6/2015 | J | C | |
| 527 | | | | | Buy additional | 7/1/2015 | J | | |
| 528 | | | | | Sold(part) | 10/6/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 529 | | | | | Sold(part) | 10/6/2015 | J | A | |
| 530 | | | | | Sold(part) | 10/7/2015 | J | A | |
| 531 - NOVARTIS AG | B | DIVIDEND | K | T | Buy additional | 2/3/2015 | K | | |
| 532 - NOVO NORDISK A/S CL B | A | DIVIDEND | L | T | Buy | 5/27/2015 | K | | |
| 533 - NTT DOCOMO | A | DIVIDEND | J | T | Buy | 7/28/2015 | J | | |
| 534 | | | | | Buy additional | 7/29/2015 | J | | |
| 535 - NUCOR CORP | A | DIVIDEND | J | T | Buy | 2/11/2015 | J | | |
| 536 - OCCIDENTAL PETROLEUM CORP | A | DIVIDEND | K | T | Buy | 9/25/2015 | J | | |
| 537 | | | | | Buy additional | 9/28/2015 | J | | |
| 538 | | | | | Buy additional | 12/3/2015 | J | | |
| 539 - ORACLE CORP | A | DIVIDEND | J | T | Sold(part) | 8/28/2015 | J | B | |
| 540 - ORACLE CORP JAPAN | A | DIVIDEND | J | T | | | | | |
| 541 - PACWEST BANCORP | A | DIVIDEND | K | T | Buy additional | 2/9/2015 | J | | |
| 542 | | | | | Buy additional | 2/11/2015 | J | | |
| 543 | | | | | Buy additional | 2/25/2015 | J | | |
| 544 - PANERA BREAD CO CL A | A | DIVIDEND | J | T | Buy | 12/4/2015 | J | | |
| 545 - PAYCHEX INC | A | DIVIDEND | K | T | Buy | 2/5/2015 | J | | |
| 546 | | | | | Buy additional | 2/6/2015 | J | | |
| 547 | | | | | Buy additional | 2/25/2015 | J | | |
| 548 - PAYCHEXINC | A | DIVIDEND | K | T | Buy | 2/9/2015 | J | | |
| 549 - PERNOD RICARD SA | A | DIVIDEND | K | T | Buy additional | 2/9/2015 | J | | |
| 550 | | | | | Buy additional | 2/11/2015 | J | | |
| 551 | | | | | Buy additional | 2/12/2015 | J | | |
| 552 | | | | | Buy additional | 5/27/2015 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 553 - PFIZER INC | A | DIVIDEND | K | T | Buy | 2/4/2015 | K | | |
| 554 | | | | | Buy additional | 2/5/2015 | J | | |
| 555 - PHILIP MORRIS INTERNATIONAL INC | A | DIVIDEND | K | T | Buy additional | 2/13/2015 | J | | |
| 556 - PNC FINANCIAL SERVICES GROUP INC | A | DIVIDEND | K | T | Buy additional | 2/17/2015 | J | | |
| 557 | | | | | Buy additional | 3/19/2015 | J | | |
| 558 | | | | | Buy additional | 3/23/2015 | J | | |
| 559 - PRAXAIR INC | A | DIVIDEND | J | T | Sold(part) | 8/18/2015 | J | | |
| 560 | | | | | Buy additional | 9/30/2015 | J | | |
| 561 - PRECISION CASTPARTS CORP | | NONE | | | Buy | 5/21/2015 | J | | |
| 562 | | | | | Sold | 8/28/2015 | J | A | |
| 563 - PROCTER & GAMBLE CO | B | DIVIDEND | K | T | Buy | 8/11/2015 | J | | |
| 564 | | | | | Buy additional | 9/25/2015 | J | | |
| 565 - PROGRESSIVE CORP OHIO | | NONE | | | Sold | 2/12/2015 | J | B | |
| 566 - PRUDENTIAL PLC | A | DIVIDEND | J | T | | | | | |
| 567 - QUALCOMM INC | | NONE | | | Sold (Part) | 1/27/2015 | J | C | |
| 568 | | | | | Sold (Part) | 3/19/2015 | J | C | |
| 569 | | | | | Sold | 3/20/2015 | J | B | |
| 570 - RIO TINTO | A | DIVIDEND | J | T | Sold(part) | 9/2/2015 | J | | |
| 571 - ROCHE HOLDING | A | DIVIDEND | K | T | | | | | |
| 572 - ROYAL CARIBBEAN CRUISES | A | DIVIDEND | K | T | | | | | |
| 573 - SAFRAN SA | A | DIVIDEND | K | T | Buy additional | 1/27/2015 | K | | |
| 574 | | | | | Buy additional | 1/28/2015 | J | | |
| 575 | | | | | Buy additional | 1/30/2015 | J | | |
| 576 | | | | | Buy additional | 1/30/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 577 | | | | | Buy additional | 5/4/2015 | J | | |
| 578 - SAMPO OYJ A SHS | B | DIVIDEND | K | T | Buy | 2/9/2015 | J | | |
| 579 - SAMSONITE INTERNATIONAL SA | A | DIVIDEND | J | T | Buy | 10/5/2015 | J | | |
| 580 | | | | | Buy additional | 10/7/2015 | J | | |
| 581 - SAMSUNG ELEC GDS NN PF | A | DIVIDEND | | | Sold(part) | 1/28/2015 | J | C | |
| 582 | | | | | Sold | 6/10/2015 | K | D | |
| 583 - SCHLUMBERGER LTD | A | DIVIDEND | K | T | Sold(part) | 2/4/2015 | K | D | |
| 584 - SCHNEIDER ELECTRIC SA | A | DIVIDEND | | | Sold(part) | 7/16/2015 | J | A | |
| 585 | | | | | Sold(part) | 9/9/2015 | J | A | |
| 586 | | | | | Sold (Part) | 11/4/2015 | J | A | |
| 587 | | | | | Sold (Part) | 12/14/2015 | J | A | |
| 588 | | | | | Sold | 12/16/2015 | J | A | |
| 589 - SCHWAB CHARLES NEW | | NONE | | | Sold | 2/11/2015 | J | C | |
| 590 - SCOTTISH & SOUTHERN ENERGY | B | DIVIDEND | K | T | Buy | 1/30/2015 | J | | |
| 591 | | | | | Buy additional | 2/4/2015 | J | | |
| 592 | | | | | Buy additional | 2/5/2015 | J | | |
| 593 | | | | | Buy additional | 2/9/2015 | J | | |
| 594 - SCRIPPS NETWORKS INTERACTIVE CL A | A | DIVIDEND | K | T | Buy | 8/11/2015 | J | | |
| 595 - SEATTLE GENETICS INC | | NONE | | | Sold (Part) | 1/27/2015 | J | B | |
| 596 | | | | | Sold (Part) | 2/3/2015 | J | B | |
| 597 | | | | | Sold (Part) | 2/4/2015 | J | B | |
| 598 | | | | | Sold (Part) | 2/5/2015 | J | C | |
| 599 | | | | | Sold | 2/6/2015 | J | B | |
| 600 - SEMPRA ENERGY | A | DIVIDEND | J | T | Buy | 9/11/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 601 | | | | | Buy additional | 12/3/2015 | J | | |
| 602 - SES FDR CL A (PARIS) | A | DIVIDEND | J | T | Sold(part) | 1/29/2015 | J | A | |
| 603 | | | | | Sold(part) | 1/30/2015 | J | B | |
| 604 | | | | | Sold(part) | 1/30/2015 | J | A | |
| 605 | | | | | Sold(part) | 9/11/2015 | J | A | |
| 606 - SIEMENS AG NAMEN | A | DIVIDEND | J | T | Sold(part) | 7/10/2015 | K | | |
| 607 - SIGNET JEWELERS LTD | | NONE | | | Sold | 2/10/2015 | J | D | |
| 608 - SINGAPORE TELECOMM | B | DIVIDEND | K | T | Buy additional | 4/29/2015 | K | | |
| 609 - SIRIUS XM HOLDINGS INC | A | DIVIDEND | J | T | Sold(part) | 2/9/2015 | J | A | |
| 610 | | | | | Sold(part) | 2/9/2015 | J | A | |
| 611 - SMC CORP | A | DIVIDEND | K | T | | | | | |
| 612 - SOFTBANK CORP | A | DIVIDEND | K | T | Buy additional | 2/9/2015 | J | | |
| 613 - SSGA US GOV MONEY MARKET FUND | | NONE | M | T | | | | | |
| 614 - ST JUDE MEDICAL | A | DIVIDEND | J | T | Sold(part) | 3/3/2015 | J | | |
| 615 | | | | | Sold(part) | 3/4/2015 | J | A | |
| 616 - STARBUCKS CORP | A | DIVIDEND | K | T | Buy additional | 1/28/2015 | J | | |
| 617 - SUN HUNG KAI PROP (X) | | | | | Sold | 2/9/2015 | J | C | |
| 618 - SVENSKA HANDELSBKEN A | A | DIVIDEND | J | T | Buy additional | 2/9/2015 | J | | |
| 619 - SYDNEY AIRPORT STAPLED SECURITY | A | DIVIDEND | J | T | Buy | 10/20/2015 | J | | |
| 620 | | | | | Buy additional | 10/28/2015 | J | | |
| 621 | | | | | Buy additional | 11/4/2015 | J | | |
| 622 - SYSMEX | A | DIVIDEND | J | T | | | | | |
| 623 - TAIWAN SEMICONDUCTOR SPONS ADR | A | DIVIDEND | K | T | Buy additional | 2/5/2015 | J | | |
| 624 | | | | | Buy additional | 2/6/2015 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2) U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 625 | | | | | Buy additional | 8/12/2015 | J | | |
| 626 | | | | | Buy additional | 8/12/2015 | J | | |
| 627    - TATE & LYLE PLC | A | DIVIDEND | J | T | Buy | 1/30/2015 | J | | |
| 628 | | | | | Buy additional | 2/2/2015 | J | | |
| 629 | | | | | Buy additional | 2/3/2015 | J | | |
| 630 | | | | | Buy additional | 3/2/2015 | J | | |
| 631 | | | | | Buy additional | 3/3/2015 | J | | |
| 632    - TEXAS INSTRUMENTS INC | A | DIVIDEND | K | T | | | | | |
| 633    - THE WALT DISNEY CO | | NONE | | | Sold | 2/11/2015 | J | D | |
| 634    - TOTAL SA (FR) | B | DIVIDEND | K | T | Buy additional | 10/12/2015 | J | | |
| 635 | | | | | Buy additional | 10/13/2015 | J | | |
| 636 | | | | | Buy additional | 10/14/2015 | J | | |
| 637 | | | | | Sold(part) | 11/10/2015 | J | | |
| 638    - TOTAL SA COUPON ISSUE RTS EXP        (X) | | NONE | | | Sold | 6/22/2015 | J | A | |
| 639    - TOTAL SA SCRIP COUPON LINE        (X) | | NONE | | | Sold | 10/12/2015 | J | A | |
| 640    - TOWERS WATSON & COMPANY CL A | A | DIVIDEND | J | T | Sold(part) | 2/3/2015 | J | A | |
| 641    - TREND MICRO | A | DIVIDEND | J | T | | | | | |
| 642    - UBS GROUP AG | A | DIVIDEND | J | T | | | | | |
| 643    - UNILEVER PLC | B | DIVIDEND | K | T | Buy additional | 2/11/2015 | J | | |
| 644    - UNITED TECHNOLOGIES CORP | A | DIVIDEND | J | T | Sold(part) | 2/13/2015 | K | E | |
| 645    - UNITEDHEALTH GROUP INC | | | | | Sold | 2/4/2015 | K | E | |
| 646    - VERISIGN INC | | NONE | K | T | Sold(part) | 2/3/2015 | J | B | |
| 647 | | | | | Sold(part) | 2/3/2015 | J | B | |
| 648 | | | | | Sold(part) | 2/4/2015 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 649 | | | | | Sold(part) | 2/5/2015 | J | | |
| 650 | | | | | Sold(part) | 2/6/2015 | J | A | |
| 651 | | | | | Sold(part) | 4/20/2015 | J | B | |
| 652 - VERIZON COMMUNICATIONS | A | DIVIDEND | K | T | Buy additional | 2/12/2015 | J | | |
| 653 - VIACOM INC CLASS B | A | DIVIDEND | K | T | Buy | 8/11/2015 | J | | |
| 654 | | | | | Buy additional | 8/12/2015 | J | | |
| 655 | | | | | Buy additional | 8/13/2015 | J | | |
| 656 - VISA INC CL A | A | DIVIDEND | K | T | Buy | 5/26/2015 | K | | |
| 657 - VODAFONE GROUP PLC | A | DIVIDEND | K | T | Buy additional | 9/2/2015 | J | | |
| 658 - VTECH HOLDINGS LTD | A | DIVIDEND | J | T | Buy | 2/9/2015 | J | | |
| 659 | | | | | Buy additional | 2/10/2015 | J | | |
| 660 | | | | | Buy additional | 2/10/2015 | J | | |
| 661 | | | | | Buy additional | 2/11/2015 | J | | |
| 662 - WASTE CONNECTIONS INC | | NONE | | | Sold (Part) | 2/6/2015 | J | A | |
| 663 | | | | | Sold | 2/9/2015 | J | A | |
| 664 - WASTE MANAGEMENT INC | A | DIVIDEND | J | T | Buy | 10/21/2015 | J | | |
| 665 - WELLS FARGO & CO (NEW) | A | DIVIDEND | K | T | Buy additional | 2/2/2015 | J | | |
| 666 - WYNN MACAU LTD | A | DIVIDEND | J | T | Buy additional | 2/6/2015 | J | | |
| 667 - WYNN RESORTS LTD | A | DIVIDEND | | | Buy | 5/11/2015 | J | | |
| 668 | | | | | Sold | 9/22/2015 | J | | |
| 669 - XILINX INC | A | DIVIDEND | K | T | Buy additional | 2/12/2015 | J | | |
| 670 | | | | | Buy additional | 2/13/2015 | J | | |
| 671 | | | | | Buy additional | 2/17/2015 | J | | |
| 672 | | | | | Buy additional | 12/4/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 673   - YUM BRANDS INC | A | DIVIDEND | J | T | Buy | 9/17/2015 | J | | |
| 674 | | | | | Buy additional | 10/6/2015 | J | | |
| 675 | | | | | Buy additional | 10/20/2015 | J | | |
| 676 | | | | | Buy additional | 10/20/2015 | J | | |
| 677   - ZODIAC AEROSPACE | A | DIVIDEND | K | T | Sold(part) | 5/22/2015 | J | A | |
| 678 | | | | | Sold(part) | 5/27/2015 | J | A | |
| 679 | | | | | Sold(part) | 6/3/2015 | J | A | |
| 680 | | | | | Sold(part) | 6/4/2015 | J | A | |
| 681 | | | | | Sold(part) | 6/18/2015 | J | | |
| 682 | | | | | Sold(part) | 6/19/2015 | J | | |
| 683 | | | | | Sold(part) | 10/1/2015 | J | | |
| 684 | | | | | Sold(part) | 10/1/2015 | J | | |
| 685 | | | | | Buy additional | 11/9/2015 | J | | |
| 686 | | | | | Buy additional | 11/10/2015 | J | | |
| 687 | | | | | Buy additional | 11/10/2015 | J | | |
| 688 | | | | | Buy additional | 11/12/2015 | J | | |
| 689 | | | | | Buy additional | 11/16/2015 | J | | |
| 690   Family Trust #32- List of Assets | | | | | | | | | |
| 691   - 3M COMPANY | A | DIVIDEND | J | T | | | | | |
| 692   - AA LIMITED PLC SUB RTS EXP          (X) | | | | | Sold | 04/23/2015 | J | A | |
| 693   - AA PLC | | NONE | J | T | | | | | |
| 694   - ABBVIE INC | A | DIVIDEND | J | T | Sold(part) | 10/13/2015 | J | A | |
| 695 | | | | | Sold(part) | 10/14/2015 | J | A | |
| 696 | | | | | Sold(part) | 10/14/2015 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 697 - ABERDEEN ASSET MGMT PLC | B | DIVIDEND | K | T | Buy | 02/10/2015 | J | | |
| 698 | | | | | Buy additional | 02/11/2015 | J | | |
| 699 | | | | | Buy additional | 02/12/2015 | J | | |
| 700 | | | | | Buy additional | 02/13/2015 | J | | |
| 701 | | | | | Sold(part) | 07/31/2015 | J | | |
| 702 | | | | | Sold(part) | 08/7/2015 | J | | |
| 703 - ACCENTURE PLC US$ | A | DIVIDEND | J | T | | | | | |
| 704 - ACE LTD | A | DIVIDEND | K | T | | | | | |
| 705 - AGIOS PHARMACEUTICALS INC | | NONE | | | Buy | 02/17/2015 | J | | |
| 706 | | | | | Buy additional | 05/4/2015 | J | | |
| 707 | | | | | Buy additional | 05/5/2015 | J | | |
| 708 | | | | | Sold (Part) | 09/4/2015 | J | | |
| 709 | | | | | Sold (Part) | 09/9/2015 | J | | |
| 710 | | | | | Sold | 09/10/2015 | J | | |
| 711 - AIA GROUP LTD | A | DIVIDEND | L | T | | | | | |
| 712 - AIR PRODUCTS & CHEMICALS INC | A | DIVIDEND | | | Sold (Part) | 04/14/2015 | K | D | |
| 713 | | | | | Sold | 04/15/2015 | J | C | |
| 714 - AIRBUS GROUP SE | A | DIVIDEND | J | T | Buy | 10/23/2015 | J | | |
| 715 | | | | | Buy additional | 10/26/2015 | J | | |
| 716 | | | | | Buy additional | 10/27/2015 | J | | |
| 717 - AJINOMOTO CO INC | A | DIVIDEND | J | T | | | | | |
| 718 - ALPHABET INC CL A (X) | | NONE | K | T | | | | | |
| 719 - ALPHABET INC CL C (X) | | NONE | K | T | | | | | |
| 720 - AMADEUS IT HOLDING SA A (BEARER) | A | DIVIDEND | J | T | Buy | 10/14/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 721 | | | | | Buy additional | 10/21/2015 | J | | |
| 722 | | | | | Buy additional | 10/30/2015 | J | | |
| 723 - AMCOR LIMITED | A | DIVIDEND | | | Sold (Part) | 04/7/2015 | J | A | |
| 724 | | | | | Sold (Part) | 04/8/2015 | J | A | |
| 725 | | | | | Sold (Part) | 06/18/2015 | J | A | |
| 726 | | | | | Sold (Part) | 06/19/2015 | J | A | |
| 727 | | | | | Sold | 06/22/2015 | J | A | |
| 728 - AMERICAN TOWER CORP | A | DIVIDEND | K | T | Sold(part) | 01/29/2015 | J | | |
| 729 - AMERISOURCEBERGEN CORP | A | DIVIDEND | K | T | | | | | |
| 730 - AON PLC | A | DIVIDEND | J | T | | | | | |
| 731 - APPLE INC | A | DIVIDEND | K | T | Buy | 05/27/2015 | K | | |
| 732 - ASML HOLDING NV | A | DIVIDEND | K | T | Buy additional | 02/11/2015 | J | | |
| 733 - ASSA ABLOY AB | A | DIVIDEND | K | T | | | | | |
| 734 - ASTRAZENECA PLC (GBP) | C | DIVIDEND | L | T | Buy | 01/27/2015 | J | | |
| 735 | | | | | Buy additional | 01/28/2015 | J | | |
| 736 | | | | | Buy additional | 01/30/2015 | J | | |
| 737 | | | | | Buy additional | 02/25/2015 | J | | |
| 738 | | | | | Buy additional | 10/19/2015 | K | | |
| 739 | | | | | Sold(part) | 12/21/2015 | J | | |
| 740 - AUTOMATIC DATA PROCESSING INC | A | DIVIDEND | K | T | Sold (part) | 02/11/2015 | J | B | |
| 741 - AVAGO TECHNOLOGIES LTD | A | DIVIDEND | K | T | Sold(part) | 02/9/2015 | J | D | |
| 742 | | | | | Sold(part) | 02/9/2015 | J | D | |
| 743 - B/E AEROSPACE INC | | NONE | | | Sold (Part) | 02/12/2015 | J | B | |
| 744 | | | | | Sold (Part) | 02/12/2015 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 745 | | | | | Sold | 02/13/2015 | J | B | |
| 746   - BAE SYSTEMS PLC | A | DIVIDEND | K | T | Buy | 04/15/2015 | J | | |
| 747 | | | | | Buy additional | 04/16/2015 | J | | |
| 748 | | | | | Buy additional | 04/17/2015 | J | | |
| 749 | | | | | Buy additional | 04/29/2015 | J | | |
| 750   - BANK OF CHINA LTD H | A | DIVIDEND | | | Buy | 02/9/2015 | J | | |
| 751 | | | | | Sold (Part) | 08/28/2015 | J | | |
| 752 | | | | | Sold (Part) | 08/31/2015 | J | A | |
| 753 | | | | | Sold (Part) | 08/31/2015 | J | | |
| 754 | | | | | Sold (Part) | 09/1/2015 | J | A | |
| 755 | | | | | Sold | 09/1/2015 | J | A | |
| 756   - BAYER AG | A | DIVIDEND | J | T | Sold(part) | 03/5/2015 | J | C | |
| 757 | | | | | Sold(part) | 07/28/2015 | J | | |
| 758 | | | | | Sold(part) | 07/29/2015 | J | B | |
| 759   - BCA MARKETPLACE PLC | | NONE | J | T | Buy | 08/24/2015 | J | | |
| 760 | | | | | Buy additional | 08/27/2015 | J | | |
| 761 | | | | | Buy additional | 09/23/2015 | J | | |
| 762 | | | | | Buy additional | 10/7/2015 | J | | |
| 763   - BHP BILLITON LTD (AUD) | A | DIVIDEND | | | Sold | 07/14/2015 | J | | |
| 764   - BMW AG | A | DIVIDEND | J | T | Sold(part) | 07/31/2015 | J | B | |
| 765   - BNP PARIBAS | A | DIVIDEND | J | T | | | | | |
| 766   - BOC HONG KONG HOLDINGS LTD | | NONE | | | Sold | 02/5/2015 | J | B | |
| 767   - BOEING CO | B | DIVIDEND | K | T | Sold(part) | 02/6/2015 | J | C | |
| 768   - BRISTOL-MYERS SQUIBB CO | A | DIVIDEND | J | T | Buy | 02/17/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 769 | | | | | Sold(part) | 06/2/2015 | J | C | |
| 770 | | | | | Sold(part) | 08/7/2015 | J | C | |
| 771 | | | | | Sold(part) | 08/10/2015 | J | C | |
| 772 | | | | | Sold(part) | 08/11/2015 | J | D | |
| 773 | | | | | Sold(part) | 08/12/2015 | K | D | |
| 774 | | | | | Sold(part) | 08/12/2015 | J | C | |
| 775 | | | | | Sold(part) | 09/2/2015 | J | | |
| 776 | | | | | Sold(part) | 09/3/2015 | J | C | |
| 777 | | | | | Sold(part) | 09/3/2015 | J | | |
| 778 | | | | | Sold(part) | 09/4/2015 | J | C | |
| 779    - BRITISH AMERICAN TOBACCO PLC | A | DIVIDEND | J | T | Buy | 08/13/2015 | J | | |
| 780 | | | | | Buy additional | 08/13/2015 | J | | |
| 781    - BROADCOM | A | DIVIDEND | K | T | | | | | |
| 782    - CAIXABANK SA | A | DIVIDEND | K | T | Buy | 02/11/2015 | J | | |
| 783 | | | | | Sold(part) | 04/8/2015 | J | | |
| 784 | | | | | Buy | 08/18/2015 | J | | |
| 785 | | | | | Buy additional | 08/19/2015 | J | | |
| 786 | | | | | Buy additional | 08/19/2015 | J | | |
| 787 | | | | | Buy additional | 08/20/2015 | J | | |
| 788 | | | | | Sold(part) | 10/9/2015 | J | | |
| 789 | | | | | Sold(part) | 10/16/2015 | J | | |
| 790 | | | | | Sold(part) | 10/16/2015 | J | | |
| 791 | | | | | Sold(part) | 10/16/2015 | J | | |
| 792    - CARNIVAL CORP COMMON PAIRED | | NONE | | | Sold | 02/11/2015 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 793 - CATERPILLAR INC | A | DIVIDEND | J | T | Sold(part) | 02/5/2015 | K | | |
| 794 - CENOVUS ENERGY INC C$ | B | DIVIDEND | | | Buy | 02/4/2015 | J | | |
| 795 | | | | | Buy additional | 02/5/2015 | K | | |
| 796 | | | | | Buy additional | 02/6/2015 | K | | |
| 797 | | | | | Buy additional | 02/25/2015 | J | | |
| 798 | | | | | Sold (Part) | 07/10/2015 | J | | |
| 799 | | | | | Sold (Part) | 07/13/2015 | J | | |
| 800 | | | | | Sold (Part) | 07/14/2015 | J | | |
| 801 | | | | | Sold (Part) | 07/14/2015 | J | | |
| 802 | | | | | Sold (Part) | 08/25/2015 | J | | |
| 803 | | | | | Sold | 08/26/2015 | J | | |
| 804 - CENTURYTEL INC | A | DIVIDEND | | | Buy | 02/11/2015 | J | | |
| 805 | | | | | Buy additional | 02/11/2015 | J | | |
| 806 | | | | | Buy additional | 02/11/2015 | J | | |
| 807 | | | | | Buy additional | 02/12/2015 | J | | |
| 808 | | | | | Sold (Part) | 09/24/2015 | J | | |
| 809 | | | | | Sold | 09/24/2015 | J | | |
| 810 - CERNER CORP | | NONE | K | T | Sold(part) | 02/17/2015 | J | C | |
| 811 | | | | | Buy additional | 05/27/2015 | K | | |
| 812 - CHARTER COMMUNICATIONS INC CL A | | NONE | J | T | Buy | 04/27/2015 | J | | |
| 813 - CHEVRON CORP | B | DIVIDEND | K | T | Buy | 02/2/2015 | J | | |
| 814 | | | | | Sold(part) | 08/14/2015 | J | | |
| 815 | | | | | Sold(part) | 08/17/2015 | J | | |
| 816 | | | | | Sold(part) | 08/18/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 817 | | | | | Sold(part) | 08/18/2015 | J | | |
| 818 | | | | | Buy additional | 09/30/2015 | K | | |
| 819   - CHINA EVERBRIGHT INTERNATIONAL LIMITED | A | DIVIDEND | K | T | Buy | 01/28/2015 | J | | |
| 820 | | | | | Buy additional | 02/3/2015 | J | | |
| 821 | | | | | Buy additional | 02/5/2015 | J | | |
| 822   - CME GROUP INC | A | DIVIDEND | K | T | | | | | |
| 823   - COCA-COLA CO | A | DIVIDEND | K | T | Buy | 10/9/2015 | K | | |
| 824 | | | | | Buy additional | 10/20/2015 | J | | |
| 825   - COMCAST CORP CL A | A | DIVIDEND | K | T | Sold(part) | 01/29/2015 | J | D | |
| 826 | | | | | Sold(part) | 01/29/2015 | K | D | |
| 827 | | | | | Sold(part) | 04/27/2015 | J | C | |
| 828 | | | | | Sold(part) | 05/6/2015 | J | C | |
| 829   - COMPAGNIE FINANCIERE RICHEMONT SA REG | A | DIVIDEND | K | T | Buy additional | 05/28/2015 | K | | |
| 830   - CONOCOPHILLIPS | A | DIVIDEND | J | T | Buy | 02/3/2015 | K | | |
| 831 | | | | | Buy additional | 02/4/2015 | J | | |
| 832 | | | | | Buy additional | 02/24/2015 | J | | |
| 833 | | | | | Buy additional | 08/14/2015 | J | | |
| 834 | | | | | Buy additional | 08/17/2015 | K | | |
| 835 | | | | | Sold(part) | 09/23/2015 | J | | |
| 836 | | | | | Sold(part) | 09/24/2015 | J | | |
| 837 | | | | | Sold(part) | 09/24/2015 | J | | |
| 838 | | | | | Sold(part) | 09/25/2015 | K | | |
| 839 | | | | | Sold(part) | 09/28/2015 | J | | |
| 840 | | | | | Sold(part) | 09/28/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 841 | | | | | Sold(part) | 09/29/2015 | J | | |
| 842 - CREDIT SUISSE GROUP REG | A | DIVIDEND | J | T | Buy | 05/4/2015 | J | | |
| 843 - CREDIT SUISSE GROUP RTS EXP (X) | | NONE | | | Sold | 11/25/2015 | J | A | |
| 844 - CRESCENT POINT ENERGY CORP | B | DIVIDEND | | | Buy | 02/11/2015 | J | | |
| 845 | | | | | Buy additional | 02/11/2015 | J | | |
| 846 | | | | | Buy additional | 02/12/2015 | J | | |
| 847 | | | | | Buy additional | 02/12/2015 | J | | |
| 848 | | | | | Sold (Part) | 08/12/2015 | J | | |
| 849 | | | | | Sold | 08/28/2015 | J | | |
| 850 - CROWN CASTLE INTERNATIONAL CORP | A | DIVIDEND | J | T | Buy | 02/10/2015 | K | | |
| 851 - CVS HEALTH CORPORATION | A | DIVIDEND | J | T | Buy | 10/19/2015 | J | | |
| 852 - DAIMLER AG | A | DIVIDEND | | | Buy | 02/9/2015 | J | | |
| 853 | | | | | Sold (Part) | 08/10/2015 | J | | |
| 854 | | | | | Sold (Part) | 08/11/2015 | J | | |
| 855 | | | | | Sold (Part) | 08/11/2015 | J | | |
| 856 | | | | | Sold (Part) | 08/11/2015 | J | | |
| 857 | | | | | Sold (Part) | 08/12/2015 | J | A | |
| 858 | | | | | Sold (Part) | 08/13/2015 | J | B | |
| 859 | | | | | Sold (Part) | 08/14/2015 | J | A | |
| 860 | | | | | Sold | 08/14/2015 | J | A | |
| 861 - DANAHER CORP | A | DIVIDEND | K | T | Sold(part) | 01/28/2015 | J | B | |
| 862 | | | | | Sold(part) | 01/29/2015 | J | B | |
| 863 - DANONE | A | DIVIDEND | K | T | Buy | 02/9/2015 | J | | |
| 864 | | | | | Sold(part) | 06/18/2015 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 865 | | | | | Sold(part) | 11/10/2015 | J | A | |
| 866 | | | | | Sold(part) | 11/11/2015 | J | A | |
| 867 - DANONE SA COUPON RIGHTS EXP (X) | | NONE | | | Sold (Part) | 05/21/2015 | J | A | |
| 868 | | | | | Sold | 05/21/2015 | J | A | |
| 869 - DAVITA HEALTHCARE PARTNERS | | NONE | J | T | Sold | 02/12/2015 | J | C | |
| 870 | | | | | Buy | 05/29/2015 | J | | |
| 871 | | | | | Buy additional | 06/2/2015 | J | | |
| 872 - DBS GROUP HOLDINGS LTD | A | DIVIDEND | K | T | Sold(part) | 02/3/2015 | J | C | |
| 873 - DELPHI AUTOMOTIVE PLC | A | DIVIDEND | J | T | Sold(part) | 02/12/2015 | K | C | |
| 874 - DENSO CORP | A | DIVIDEND | K | T | Sold(part) | 02/9/2015 | J | C | |
| 875 - DEUTSCHE WOHNEN AG (BEARER) | A | DIVIDEND | K | T | | | | | |
| 876 - DEUTSCHE WOHNEN AG RTS EXP (X) | A | DIVIDEND | K | T | Sold (Part) | 05/29/2015 | J | A | |
| 877 | | | | | Sold | 05/29/2015 | J | A | |
| 878 - DIAGEO PLC | A | DIVIDEND | J | T | Sold(part) | 02/3/2015 | J | C | |
| 879 | | | | | Sold | 04/16/2015 | J | C | |
| 880 | | | | | Buy | 07/21/2015 | J | | |
| 881 - DISCOVER FINANCIAL SERVICES | A | DIVIDEND | | | Buy | 03/19/2015 | J | | |
| 882 | | | | | Buy additional | 03/19/2015 | J | | |
| 883 | | | | | Buy additional | 03/20/2015 | J | | |
| 884 | | | | | Buy additional | 03/24/2015 | J | | |
| 885 | | | | | Sold (Part) | 08/28/2015 | J | | |
| 886 | | | | | Sold | 08/31/2015 | K | | |
| 887 - DKSH HOLDING LTD | A | DIVIDEND | J | T | | | | | |
| 888 - DNB ASA | A | DIVIDEND | J | T | Buy | 03/30/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS –income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 889 - DOW CHEMICAL CO | A | DIVIDEND | J | T | | | | | |
| 890 - EATON CORP PLC | B | DIVIDEND | K | T | Sold(part) | 01/30/2015 | J | B | |
| 891 - ECOLAB INC | | NONE | | | Sold | 02/11/2015 | J | D | |
| 892 - ELECTROLUX AB SER B | A | DIVIDEND | J | T | Buy | 02/3/2015 | J | | |
| 893 | | | | | Buy additional | 02/4/2015 | J | | |
| 894 | | | | | Buy additional | 02/6/2015 | J | | |
| 895 | | | | | Buy additional | 02/16/2015 | J | | |
| 896 | | | | | Buy additional | 02/17/2015 | J | | |
| 897 | | | | | Buy additional | 02/17/2015 | J | | |
| 898 - ELRINGKLINGER AG | A | DIVIDEND | | | Sold(part) | 09/30/2015 | J | | |
| 899 | | | | | Sold (Part) | 10/5/2015 | J | | |
| 900 | | | | | Sold | 10/7/2015 | J | | |
| 901 - ENBRIDGE INC C$ | B | DIVIDEND | K | T | Buy | 04/22/2015 | J | | |
| 902 | | | | | Buy | 10/19/2015 | J | | |
| 903 | | | | | Buy additional | 10/20/2015 | J | | |
| 904 - EOG RESOURCES INC | A | DIVIDEND | K | T | Buy | 04/27/2015 | J | | |
| 905 | | | | | Buy additional | 09/24/2015 | J | | |
| 906 | | | | | Buy additional | 09/25/2015 | J | | |
| 907 | | | | | Buy additional | 11/6/2015 | J | | |
| 908 - ESSILOR INTL | A | DIVIDEND | K | T | Buy | 02/10/2015 | J | | |
| 909 | | | | | Buy additional | 02/13/2015 | J | | |
| 910 | | | | | Buy additional | 02/16/2015 | J | | |
| 911 - EXPRESS SCRIPTS INC | | NONE | K | T | Sold(part) | 01/27/2015 | J | C | |
| 912 | | | | | Sold(part) | 01/28/2015 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 913 | | | | | Sold(part) | 01/29/2015 | K | D | |
| 914   - EXXON MOBIL CORP | A | DIVIDEND | K | T | Buy | 08/25/2015 | J | | |
| 915 | | | | | Buy additional | 09/25/2015 | K | | |
| 916   - FANUC CO | A | DIVIDEND | K | T | | | | | |
| 917   - FEDEX CORP | A | DIVIDEND | J | T | Buy | 02/12/2015 | J | | |
| 918   - FIRST QUANTUM MINERALS LTD C$ | | NONE | | | Sold | 02/3/2015 | J | | |
| 919   - GEMALTO NV | A | DIVIDEND | J | T | Buy | 02/10/2015 | J | | |
| 920 | | | | | Buy additional | 02/10/2015 | J | | |
| 921 | | | | | Sold(part) | 09/30/2015 | J | | |
| 922 | | | | | Sold(part) | 10/2/2015 | J | | |
| 923 | | | | | Sold(part) | 12/15/2015 | J | | |
| 924 | | | | | Sold(part) | 12/15/2015 | J | | |
| 925 | | | | | Sold(part) | 12/22/2015 | J | | |
| 926 | | | | | Sold(part) | 12/23/2015 | J | | |
| 927 | | | | | Sold(part) | 12/28/2015 | J | | |
| 928   - GILEAD SCIENCES INC | A | DIVIDEND | K | T | Sold(part) | 01/27/2015 | J | D | |
| 929 | | | | | Sold(part) | 01/29/2015 | K | D | |
| 930 | | | | | Buy additional | 07/1/2015 | L | | |
| 931   - GIVAUDAN | A | DIVIDEND | J | T | Buy | 10/13/2015 | J | | |
| 932 | | | | | Buy additional | 10/20/2015 | J | | |
| 933 | | | | | Buy additional | 10/21/2015 | J | | |
| 934   - GOGGLE INC CL A | | NONE | | | Sold | 01/29/2015 | K | D | |
| 935   - GOLDMAN SACHS GROUP INC | A | DIVIDEND | K | T | Sold(part) | 02/9/2015 | J | C | |
| 936   - GOOGLE INC CL C | | NONE | | | Sold(part) | 01/29/2015 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 937 | | | | | Sold | 05/4/2015 | J | A | |
| 938 - GREENE KING PLC | A | DIVIDEND | K | T | Buy | 02/2/2015 | J | | |
| 939 | | | | | Buy additional | 02/3/2015 | J | | |
| 940 | | | | | Buy additional | 02/4/2015 | J | | |
| 941 | | | | | Buy additional | 02/5/2015 | J | | |
| 942 | | | | | Buy additional | 02/5/2015 | J | | |
| 943 | | | | | Buy additional | 02/5/2015 | J | | |
| 944 | | | | | Buy additional | 02/26/2015 | J | | |
| 945 | | | | | Buy additional | 03/2/2015 | J | | |
| 946 - HAMAMATSU PHOTONIC KK | A | DIVIDEND | K | T | | | | | |
| 947 - HDFC BANK LTD | A | DIVIDEND | K | T | | | | | |
| 948 - HEXCEL CORP | A | DIVIDEND | K | T | Buy | 06/19/2015 | J | | |
| 949 | | | | | Buy additional | 06/19/2015 | J | | |
| 950 - HITACHI | A | DIVIDEND | | | Sold | 09/30/2015 | J | | |
| 951 - HOME DEPOT INC | A | DIVIDEND | J | T | Sold(part) | 02/17/2015 | J | C | |
| 952 | | | | | Sold(part) | 05/1/2015 | J | D | |
| 953 | | | | | Sold(part) | 05/4/2015 | J | D | |
| 954 - HOME RETAIL GROUP | A | DIVIDEND | | | Sold (Part) | 10/1/2015 | J | | |
| 955 | | | | | Sold | 10/7/2015 | J | | |
| 956 - HSBC HOLDINGS PLC | A | DIVIDEND | | | Sold(part) | 05/20/2015 | J | A | |
| 957 | | | | | Sold (Part) | 10/16/2015 | J | | |
| 958 | | | | | Sold | 10/16/2015 | J | A | |
| 959 - IDEX CORP | A | DIVIDEND | J | T | | | | | |
| 960 - ILLINOIS TOOL WORKS INC | | NONE | | | Sold | 02/12/2015 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 45

| | | |
|---|---|---|
| **Name of Person Reporting** Barry, Maryanne T. | **Date of Report** 1/16/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 961 - ILLUMINA INC | | NONE | K | T | Buy | 08/25/2015 | J | | |
| 962 | | | | | Buy additional | 09/2/2015 | J | | |
| 963 | | | | | Buy additional | 09/18/2015 | J | | |
| 964 - IMPERIAL TOBACCO PLC | B | DIVIDEND | L | T | Buy | 01/19/2015 | J | | |
| 965 | | | | | Buy additional | 01/21/2015 | J | | |
| 966 | | | | | Buy additional | 01/27/2015 | J | | |
| 967 | | | | | Buy additional | 01/30/2015 | K | | |
| 968 - INCYTE CORP | | NONE | K | T | Buy | 01/8/2015 | J | | |
| 969 - INDITEX (Y) | | NONE | | | | | | | |
| 970 - INDUSTRIA DE DISENO TEXTIL S A (X) | | NONE | | | Sold (Part) | 01/28/2015 | J | A | |
| 971 | | | | | Sold (Part) | 01/29/2015 | J | A | |
| 972 | | | | | Sold | 01/29/2015 | J | A | |
| 973 - INFOSYS TECHNOLOGIES ADR | A | DIVIDEND | | | Buy | 02/20/2015 | J | | |
| 974 | | | | | Sold (Part) | 04/1/2015 | J | | |
| 975 | | | | | Sold (Part) | 04/1/2015 | J | | |
| 976 | | | | | Sold (Part) | 04/2/2015 | J | A | |
| 977 | | | | | Sold (Part) | 04/7/2015 | J | A | |
| 978 | | | | | Sold | 04/7/2015 | J | A | |
| 979 - INTERNATIONAL BUSINESS MACHINES CORP | A | DIVIDEND | J | T | Buy | 11/27/2015 | J | | |
| 980 - IRON MOUNTAIN INCORPORATED | B | DIVIDEND | K | T | Sold(part) | 03/30/2015 | J | B | |
| 981 | | | | | Sold(part) | 04/1/2015 | J | B | |
| 982 - JABIL CIRCUIT INC | A | DIVIDEND | K | T | | | | | |
| 983 - JACK HENRY & ASSOC INC | A | DIVIDEND | K | T | Sold(part) | 02/6/2015 | J | C | |
| 984 | | | | | Sold(part) | 02/10/2015 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 985 - JARDINE MATHESON HLD | A | DIVIDEND | J | T | | | | | |
| 986 - JPMORGAN CHASE & CO | A | DIVIDEND | K | T | | | | | |
| 987 - JULIUS BAER GROUP LTD | A | DIVIDEND | | | Sold | 10/16/2015 | J | B | |
| 988 - KEYENCE CORP | A | DIVIDEND | L | T | Sold(part) | 02/4/2015 | K | E | |
| 989 - KINDER MORGAN INC | B | DIVIDEND | J | T | Buy | 04/28/2015 | J | | |
| 990 | | | | | Buy additional | 04/28/2015 | J | | |
| 991 | | | | | Buy | 07/30/2015 | J | | |
| 992 | | | | | Buy additional | 08/10/2015 | J | | |
| 993 | | | | | Buy additional | 08/11/2015 | J | | |
| 994 | | | | | Sold(part) | 10/16/2015 | J | | |
| 995 | | | | | Sold(part) | 10/19/2015 | J | | |
| 996 - KLA-TENCOR CORP | | NONE | | | Sold | 02/19/2015 | J | B | |
| 997 - KLX INC | | NONE | | | Sold (Part) | 02/11/2015 | J | | |
| 998 | | | | | Sold | 02/13/2015 | J | A | |
| 999 - KONINKLIJKE | | NONE | | | Sold | 02/11/2015 | J | | |
| 1000 - L'AIR LIQUIDE | A | DIVIDEND | J | T | Sold(part) | 01/30/2015 | J | C | |
| 1001 - LAS VEGAS SANDS CORP | B | DIVIDEND | K | T | Buy | 04/15/2015 | J | | |
| 1002 | | | | | Buy additional | 04/16/2015 | J | | |
| 1003 | | | | | Buy additional | 04/16/2015 | J | | |
| 1004 | | | | | Buy additional | 04/17/2015 | J | | |
| 1005 | | | | | Buy additional | 04/17/2015 | J | | |
| 1006 | | | | | Buy additional | 10/20/2015 | K | | |
| 1007 - LIBERTY GLOBAL PLC CL A | | NONE | K | T | | | | | |
| 1008 - LIBERTY LILAC GROUP CL A (X) | | NONE | | | Sold (Part) | 07/2/2015 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1009 | | | | | Sold | 07/29/2015 | J | A | |
| 1010 - LIBERTY LILAC GROUP CL C (X) | | NONE | | | Sold (Part) | 07/2/2015 | J | A | |
| 1011 | | | | | Sold | 07/21/2015 | J | A | |
| 1012 - LILLY ELI & CO | A | DIVIDEND | K | T | Buy | 07/2/2015 | J | | |
| 1013 | | | | | Buy additional | 07/6/2015 | J | | |
| 1014 | | | | | Buy additional | 07/7/2015 | J | | |
| 1015 | | | | | Buy additional | 07/16/2015 | J | | |
| 1016 | | | | | Buy additional | 10/15/2015 | J | | |
| 1017 - LLOYDS TSB GROUP PLC | A | DIVIDEND | K | T | | | | | |
| 1018 - L'OREAL | A | DIVIDEND | K | T | Buy | 02/9/2015 | J | | |
| 1019 - LYONDELLBASELL INDUSTRIES NV | A | DIVIDEND | K | T | Buy | 02/9/2015 | K | | |
| 1020 | | | | | Buy additional | 02/9/2015 | J | | |
| 1021 | | | | | Sold(part) | 09/10/2015 | J | | |
| 1022 | | | | | Sold(part) | 09/11/2015 | J | | |
| 1023 - MARKS & SPENCER GROUP PLC | A | DIVIDEND | J | T | Buy | 02/4/2015 | J | | |
| 1024 | | | | | Buy additional | 02/5/2015 | J | | |
| 1025 | | | | | Buy additional | 02/9/2015 | J | | |
| 1026 - MARSH & MCLENNAN COS | A | DIVIDEND | K | T | | | | | |
| 1027 - MEDTRONIC PLC | A | DIVIDEND | J | T | Buy | 06/17/2015 | J | | |
| 1028 | | | | | Buy additional | 06/19/2015 | J | | |
| 1029 - MEGGITT PLC | A | DIVIDEND | J | T | Buy | 02/2/2015 | K | | |
| 1030 | | | | | Buy additional | 02/3/2015 | J | | |
| 1031 | | | | | Buy additional | 02/4/2015 | J | | |
| 1032 | | | | | Sold(part) | 12/3/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1033 | | | | | Sold(part) | 12/14/2015 | J | | |
| 1034 | | | | | Sold(part) | 12/17/2015 | J | | |
| 1035 | | | | | Sold(part) | 12/21/2015 | J | | |
| 1036 | | | | | Sold(part) | 12/21/2015 | J | | |
| 1037 | | | | | Sold(part) | 12/23/2015 | J | | |
| 1038  - MERCURY GENERAL CORP | A | DIVIDEND | K | T | Buy | 01/30/2015 | J | | |
| 1039 | | | | | Buy additional | 02/6/2015 | J | | |
| 1040 | | | | | Buy additional | 02/9/2015 | J | | |
| 1041  - MICROSOFT CORP | A | DIVIDEND | K | T | Buy additional | 08/27/2015 | J | | |
| 1042  - MONSANTO CO NEW | A | DIVIDEND | K | T | | | | | |
| 1043  - MOODYS CORP | A | DIVIDEND | K | T | Buy | 03/18/2015 | J | | |
| 1044 | | | | | Buy additional | 03/24/2015 | J | | |
| 1045 | | | | | Buy additional | 03/30/2015 | J | | |
| 1046 | | | | | Buy additional | 03/31/2015 | J | | |
| 1047 | | | | | Buy additional | 05/15/2015 | J | | |
| 1048 | | | | | Buy additional | 05/15/2015 | J | | |
| 1049  - MOSAIC CO/THE | A | DIVIDEND | | | Buy | 03/2/2015 | J | | |
| 1050 | | | | | Buy additional | 03/3/2015 | J | | |
| 1051 | | | | | Sold | 09/24/2015 | J | | |
| 1052  - MURATA MANUFACTURING CO | A | DIVIDEND | K | T | Buy | 02/9/2015 | J | | |
| 1053 | | | | | Buy additional | 03/4/2015 | J | | |
| 1054  - NATIONAL GRID PLC | B | DIVIDEND | K | T | Buy | 02/5/2015 | K | | |
| 1055 | | | | | Sold(part) | 07/1/2015 | J | | |
| 1056 | | | | | Sold(part) | 10/13/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1057   - NESTLE SA REG | B | DIVIDEND | L | T | Buy | 04/29/2015 | J | | |
| 1058 | | | | | Buy additional | 09/11/2015 | J | | |
| 1059 | | | | | Buy additional | 10/14/2015 | J | | |
| 1060   - NEWELL RUBBERMAID INC | A | DIVIDEND | K | T | Sold(part) | 02/9/2015 | J | C | |
| 1061 | | | | | Sold(part) | 02/10/2015 | J | C | |
| 1062 | | | | | Sold(part) | 04/28/2015 | J | B | |
| 1063 | | | | | Sold(part) | 04/29/2015 | J | B | |
| 1064 | | | | | Sold(part) | 05/1/2015 | J | | |
| 1065 | | | | | Sold(part) | 05/1/2015 | J | B | |
| 1066 | | | | | Sold(part) | 05/4/2015 | J | C | |
| 1067   - NIELSEN NV US$          (Y) | | | | | | | | | |
| 1068   - NIELSEN HOLDINGS PLC     (X) | A | DIVIDEND | K | T | Sold(part) | 02/12/2015 | J | | |
| 1069 | | | | | Sold(part) | 02/12/2015 | J | A | |
| 1070   - NOBLE ENERGY INC | A | DIVIDEND | | | Sold(part) | 02/5/2015 | J | | |
| 1071 | | | | | Sold(part) | 02/6/2015 | J | A | |
| 1072 | | | | | Sold(part) | 05/14/2015 | J | A | |
| 1073 | | | | | Sold(part) | 05/14/2015 | J | A | |
| 1074 | | | | | Sold | 08/27/2015 | J | | |
| 1075   - NORDSTROM INC | | NONE | | | Sold | 02/10/2015 | J | C | |
| 1076   - NORFOLK SOUTHERN CORP | A | DIVIDEND | K | T | Sold(part) | 02/6/2015 | J | C | |
| 1077 | | | | | Buy additional | 07/1/2015 | K | | |
| 1078 | | | | | Sold(part) | 10/6/2015 | J | | |
| 1079 | | | | | Sold(part) | 10/7/2015 | J | | |
| 1080   - NOVARTIS AG NAMEN | B | DIVIDEND | L | T | Buy | 02/3/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 1081 - NOVO NORDISK A/S CL B | A | DIVIDEND | L | T | Buy | 05/28/2015 | K | | |
| 1082 - NTT DOCOMO | A | DIVIDEND | J | T | Buy | 07/28/2015 | J | | |
| 1083 | | | | | Buy additional | 07/28/2015 | J | | |
| 1084 | | | | | Buy additional | 07/29/2015 | J | | |
| 1085 - NUCOR CORP | A | DIVIDEND | J | T | Buy | 02/11/2015 | J | | |
| 1086 - OCCIDENTAL PETROLEUM CORP | A | DIVIDEND | K | T | Buy | 09/25/2015 | K | | |
| 1087 | | | | | Buy additional | 09/28/2015 | J | | |
| 1088 | | | | | Buy additional | 12/3/2015 | J | | |
| 1089 - ORACLE CORP | A | DIVIDEND | J | T | Sold(part) | 08/28/2015 | J | B | |
| 1090 - ORACLE CORP JAPAN | A | DIVIDEND | J | T | | | | | |
| 1091 - PACWEST BANCORP | A | DIVIDEND | K | T | Buy | 02/9/2015 | J | | |
| 1092 | | | | | Buy additional | 02/11/2015 | J | | |
| 1093 | | | | | Buy additional | 02/25/2015 | J | | |
| 1094 - PANERA BREAD CO CL A | | NONE | J | T | Buy | 12/4/2015 | J | | |
| 1095 - PAYCHEX INC | A | DIVIDEND | K | T | Buy | 02/5/2015 | J | | |
| 1096 | | | | | Buy additional | 02/6/2015 | J | | |
| 1097 | | | | | Buy additional | 02/9/2015 | J | | |
| 1098 | | | | | Buy additional | 02/25/2015 | J | | |
| 1099 - PERNOD RICARD SA | A | DIVIDEND | K | T | Buy | 02/9/2015 | J | | |
| 1100 | | | | | Buy additional | 02/11/2015 | J | | |
| 1101 | | | | | Buy additional | 02/12/2015 | J | | |
| 1102 - PFIZER INC | A | DIVIDEND | K | T | Buy | 02/4/2015 | K | | |
| 1103 | | | | | Buy additional | 02/5/2015 | J | | |
| 1104 - PHILIP MORRIS INTERNATIONAL INC | A | DIVIDEND | K | T | Buy | 02/13/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1105   - PNC FINANCIAL SERVICES GROUP INC | A | DIVIDEND | K | T | Buy | 02/17/2015 | J | | |
| 1106 | | | | | Buy additional | 03/19/2015 | J | | |
| 1107 | | | | | Buy additional | 03/23/2015 | J | | |
| 1108   - PRAXAIR INC | A | DIVIDEND | J | T | Sold(part) | 08/18/2015 | K | | |
| 1109 | | | | | Buy additional | 09/30/2015 | K | | |
| 1110   - PRECISION CASTPARTS CORP | A | DIVIDEND | | | Buy | 05/20/2015 | J | | |
| 1111 | | | | | Sold | 08/28/2015 | J | A | |
| 1112   - PROCTER & GAMBLE CO | B | DIVIDEND | K | T | Buy additional | 08/11/2015 | J | | |
| 1113 | | | | | Buy additional | 08/14/2015 | J | | |
| 1114 | | | | | Buy additional | 08/19/2015 | J | | |
| 1115   - PROGRESSIVE CORP OHIO | | NONE | | | Sold | 02/12/2015 | J | A | |
| 1116   - PRUDENTIAL PLC | A | DIVIDEND | J | T | | | | | |
| 1117   - QUALCOMM INC | | NONE | | | Sold (Part) | 03/19/2015 | J | C | |
| 1118 | | | | | Sold | 03/20/2015 | J | B | |
| 1119   - RIO TINTO PLC REG | A | DIVIDEND | J | T | Sold(part) | 09/2/2015 | J | | |
| 1120   - ROCHE HOLDING AG GENUSSCHEIN | B | DIVIDEND | K | T | | | | | |
| 1121   - ROYAL CARIBBEAN CRUISES | A | DIVIDEND | K | T | | | | | |
| 1122   - SAFRAN SA | A | DIVIDEND | K | T | Buy | 01/27/2015 | K | | |
| 1123 | | | | | Buy additional | 01/28/2015 | J | | |
| 1124 | | | | | Buy additional | 01/30/2015 | J | | |
| 1125 | | | | | Buy additional | 01/30/2015 | J | | |
| 1126 | | | | | Buy additional | 05/4/2015 | J | | |
| 1127   - SAMPO OYJ A SHS | B | DIVIDEND | L | T | Buy | 02/9/2015 | K | | |
| 1128   - SAMSONITE INTERNATIONAL SA | A | DIVIDEND | J | T | Buy | 09/30/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

Page 52

**Name of Person Reporting**
Barry, Maryanne T.

**Date of Report**
1/16/2017

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 1129 | | | | | Buy additional | 10/6/2015 | J | | |
| 1130 | | | | | Buy additional | 10/7/2015 | J | | |
| 1131    - SAMSUNG ELEC GDS NN PF | A | DIVIDEND | | | Sold | 06/10/2015 | K | D | |
| 1132    - SCHLUMBERGER LTD | A | DIVIDEND | K | T | Sold(part) | 02/4/2015 | K | B | |
| 1133    - SCHNEIDER ELECTRIC SA | A | DIVIDEND | | | Sold(part) | 07/16/2015 | J | | |
| 1134 | | | | | Sold(part) | 09/9/2015 | J | A | |
| 1135 | | | | | Sold (Part) | 10/26/2015 | J | A | |
| 1136 | | | | | Sold (Part) | 12/11/2015 | J | A | |
| 1137 | | | | | Sold (Part) | 12/14/2015 | J | A | |
| 1138 | | | | | Sold | 12/16/2015 | J | A | |
| 1139    - SCHWAB CHARLES NEW | | NONE | | | Sold | 02/11/2015 | J | B | |
| 1140    - SCOTTISH & SOUTHERN ENERGY | B | DIVIDEND | K | T | Buy | 01/30/2015 | J | | |
| 1141 | | | | | Buy additional | 02/4/2015 | J | | |
| 1142 | | | | | Buy additional | 02/5/2015 | J | | |
| 1143 | | | | | Buy additional | 02/9/2015 | J | | |
| 1144    - SCRIPPS NETWORKS INTERACTIVE | A | DIVIDEND | K | T | | | | | |
| 1145    - SEATTLE GENETICS INC | | NONE | | | Sold (Part) | 01/27/2015 | J | B | |
| 1146 | | | | | Sold (Part) | 01/29/2015 | J | B | |
| 1147 | | | | | Sold (Part) | 01/30/2015 | J | B | |
| 1148 | | | | | Sold (Part) | 02/3/2015 | J | B | |
| 1149 | | | | | Sold (Part) | 02/4/2015 | J | B | |
| 1150 | | | | | Sold (Part) | 02/5/2015 | J | B | |
| 1151 | | | | | Sold | 02/6/2015 | J | B | |
| 1152    - SEMPRA ENERGY | A | DIVIDEND | J | T | Buy | 09/11/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 53

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1153   - SES FDR CL A (PARIS) | A | DIVIDEND | J | T | Sold(part) | 01/29/2015 | J | B | |
| 1154 | | | | | Sold(part) | 09/11/2015 | J | A | |
| 1155   - SES FOR CL A (PARIS) | | NONE | | | Sold (Part) | 01/29/2015 | J | A | |
| 1156 | | | | | Sold (Part) | 01/30/2015 | J | A | |
| 1157 | | | | | Sold | 01/30/2015 | J | B | |
| 1158   - SIEMENS AG NAMEN | A | DIVIDEND | K | T | Sold(part) | 07/10/2015 | K | | |
| 1159   - SIGNET JEWELERS LTD | | NONE | | | Sold | 02/10/2015 | J | D | |
| 1160   - SINGAPORE TELECOMM | B | DIVIDEND | K | T | Buy | 04/29/2015 | K | | |
| 1161   - SIRIUS XM HOLDINGS INC          (X) | | NONE | K | T | Sold(part) | 02/9/2015 | J | B | |
| 1162 | | | | | Sold(part) | 02/9/2015 | J | A | |
| 1163   - SIRIUS XM RADIO INC          (Y) | | | | | | | | | |
| 1164   - SMC CORP | A | DIVIDEND | K | T | | | | | |
| 1165   - SOFTBANK CORP | A | DIVIDEND | K | | Buy | 02/9/2015 | J | | |
| 1166   - SSGA US MONEY MARKET FUND | | NONE | M | T | | | | | |
| 1167   - ST JUDE MEDICAL | A | DIVIDEND | J | T | Sold(part) | 03/3/2015 | J | | |
| 1168 | | | | | Sold(part) | 03/4/2015 | J | A | |
| 1169   - STARBUCKS CORP | A | DIVIDEND | K | T | | | | | |
| 1170   - SVENSKA HANDELSBKEN A | A | DIVIDEND | K | T | Buy | 02/9/2015 | J | | |
| 1171   - SYDNEY AIRPORT STAPLED SECURITY | A | DIVIDEND | J | T | Buy | 10/15/2015 | J | | |
| 1172 | | | | | Buy additional | 10/26/2015 | J | | |
| 1173 | | | | | Buy additional | 10/29/2015 | J | | |
| 1174 | | | | | Buy additional | 11/4/2015 | J | | |
| 1175 | | | | | Sold(part) | 02/12/2015 | J | C | |
| 1176   - SYSMEX CORP | A | DIVIDEND | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1177    - TAIWAN SEMICONDUCTOR SPONS ADR | A | DIVIDEND | K | T | Buy | 02/5/2015 | J | | |
| 1178 | | | | | Buy additional | 02/6/2015 | J | | |
| 1179 | | | | | Buy additional | 08/12/2015 | J | | |
| 1180 | | | | | Buy additional | 08/12/2015 | J | | |
| 1181    - TATE & LYLE PLC | A | DIVIDEND | K | T | Buy | 01/30/2015 | J | | |
| 1182 | | | | | Buy additional | 02/2/2015 | J | | |
| 1183 | | | | | Buy additional | 02/3/2015 | J | | |
| 1184 | | | | | Buy additional | 03/2/2015 | J | | |
| 1185 | | | | | Buy additional | 03/3/2015 | J | | |
| 1186    - THE WALT DISNEY CO | | NONE | | | Sold | 02/11/2015 | J | C | |
| 1187    - TOTAL SA (FR) | B | DIVIDEND | K | T | Buy | 10/12/2015 | J | | |
| 1188 | | | | | Buy additional | 10/13/2015 | J | | |
| 1189 | | | | | Buy additional | 10/14/2015 | J | | |
| 1190 | | | | | Sold(part) | 11/10/2015 | J | | |
| 1191    - TOTAL SA COUPON ISSUE RTS EXP      (X) | | NONE | | | Sold | 06/22/2015 | J | A | |
| 1192    - TOTAL SA SCRIP COUPON LINE      (X) | | NONE | | | Sold | 10/12/2015 | J | A | |
| 1193    - TOWERS WATSON &COMPANY CL | A | DIVIDEND | K | T | Sold(part) | 02/3/2015 | J | A | |
| 1194    - TREND MICRO INC | A | DIVIDEND | J | T | Sold(part) | 02/5/2015 | J | | |
| 1195    - UBS GROUP AG | A | DIVIDEND | J | T | | | | | |
| 1196    - UNILEVER PLC | B | DIVIDEND | L | T | Buy additional | 02/11/2015 | J | | |
| 1197    - UNITED TECHNOLOGIES CORP | A | DIVIDEND | J | T | Sold(part) | 02/13/2015 | K | D | |
| 1198    - UNITEDHEALTH GROUP INC | | NONE | | | Sold | 02/4/2015 | K | E | |
| 1199    - VERISIGN INC | | NONE | J | T | Sold(part) | 02/3/2015 | J | B | |
| 1200 | | | | | Sold(part) | 02/4/2015 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1201 | | | | | Sold(part) | 02/5/2015 | J | B | |
| 1202 | | | | | Sold(part) | 02/6/2015 | J | A | |
| 1203 - VERIZON COMMUNICATIONS | B | DIVIDEND | K | T | Buy | 02/12/2015 | J | | |
| 1204 - VIACOM INC CLASS B | A | DIVIDEND | K | T | Buy | 08/11/2015 | J | | |
| 1205 | | | | | Buy additional | 08/12/2015 | J | | |
| 1206 | | | | | Buy additional | 08/13/2015 | J | | |
| 1207 | | | | | Buy additional | 08/14/2015 | J | | |
| 1208 - VISA INC CL A | A | DIVIDEND | K | T | Buy | 05/27/2015 | K | | |
| 1209 - VODAFONE GROUP PLC | B | DIVIDEND | K | T | Buy additional | 09/2/2015 | J | | |
| 1210 - VTECH HOLDINGS LTD | B | DIVIDEND | J | T | Buy | 02/9/2015 | J | | |
| 1211 | | | | | Buy additional | 02/10/2015 | J | | |
| 1212 | | | | | Buy additional | 02/10/2015 | J | | |
| 1213 | | | | | Buy additional | 02/11/2015 | J | | |
| 1214 - WASTE CONNECTIONS INC | | NONE | | | Sold (Part) | 02/6/2015 | J | A | |
| 1215 | | | | | Sold | 02/9/2015 | J | A | |
| 1216 - WASTE MANAGEMENT INC | A | DIVIDEND | J | T | Buy | 10/21/2015 | J | | |
| 1217 - WELLS FARGO & CO (NEW) | A | DIVIDEND | K | T | | | | | |
| 1218 - WYNN MACAU LTD | A | DIVIDEND | J | T | Buy | 02/6/2015 | J | | |
| 1219 | | | | | Buy additional | 05/11/2015 | J | | |
| 1220 | | | | | Buy additional | 08/19/2015 | J | | |
| 1221 | | | | | Buy additional | 08/26/2015 | J | | |
| 1222 | | | | | Sold(part) | 10/5/2015 | J | | |
| 1223 - WYNN RESORTS LTD | A | DIVIDEND | | | Buy | 08/13/2015 | J | | |
| 1224 | | | | | Sold | 09/22/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1225  - XILINX INC | A | DIVIDEND | K | T | Buy | 02/13/2015 | J | | |
| 1226 | | | | | Buy additional | 02/17/2015 | J | | |
| 1227 | | | | | Buy additional | 12/4/2015 | J | | |
| 1228  - YUM BRANDS INC | A | DIVIDEND | K | T | Buy | 09/17/2015 | J | | |
| 1229 | | | | | Buy additional | 10/6/2015 | J | | |
| 1230 | | | | | Buy additional | 10/19/2015 | J | | |
| 1231 | | | | | Buy additional | 10/20/2015 | J | | |
| 1232  - ZODIAC AEROSPACE | A | DIVIDEND | K | T | Sold(part) | 05/22/2015 | J | A | |
| 1233 | | | | | Sold(part) | 05/27/2015 | J | A | |
| 1234 | | | | | Sold(part) | 06/3/2015 | J | A | |
| 1235 | | | | | Sold(part) | 06/4/2015 | J | A | |
| 1236 | | | | | Sold(part) | 06/18/2015 | J | | |
| 1237 | | | | | Sold(part) | 06/19/2015 | J | | |
| 1238 | | | | | Sold(part) | 10/1/2015 | J | | |
| 1239 | | | | | Sold(part) | 10/1/2015 | J | | |
| 1240 | | | | | Buy additional | 11/9/2015 | J | | |
| 1241 | | | | | Buy additional | 11/9/2015 | J | | |
| 1242 | | | | | Buy additional | 11/10/2015 | J | | |
| 1243 | | | | | Buy additional | 11/10/2015 | J | | |
| 1244  -TEXAS INSTRUMENTS INC | A | DIVIDEND | K | T | | | | | |
| 1245  Family Trust #34- List of Assets | | | | | | | | | |
| 1246  - 3M COMPANY | B | DIVIDEND | K | T | | | | | |
| 1247  - AA LIMITED PLC SUB RTS EXP      (X) | | NONE | | | Sold | 4/23/2015 | J | A | |
| 1248  - AA PLC | | NONE | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1249  - ABBVIE INC | C | DIVIDEND | L | T | Sold(part) | 4/10/2015 | K | D | |
| 1250  - ABERDEEN ASSET MGMT PLC | C | DIVIDEND | L | T | Buy additional | 2/10/2015 | J | | |
| 1251 | | | | | Buy additional | 2/11/2015 | J | | |
| 1252 | | | | | Buy additional | 2/11/2015 | K | | |
| 1253 | | | | | Buy additional | 2/12/2015 | J | | |
| 1254 | | | | | Buy additional | 2/12/2015 | J | | |
| 1255 | | | | | Buy additional | 2/13/2015 | J | | |
| 1256 | | | | | Sold(part) | 7/31/2015 | J | | |
| 1257 | | | | | Sold(part) | 7/31/2015 | J | | |
| 1258 | | | | | Sold(part) | 8/7/2015 | J | | |
| 1259  - ACCENTURE PLC US$ | B | DIVIDEND | K | T | | | | | |
| 1260  - ACE LTD | C | DIVIDEND | M | T | Sold(part) | 2/2/2015 | K | D | |
| 1261  - AGIOS PHARMACEUTICALS INC | | NONE | | | Buy additional | 2/17/2015 | J | | |
| 1262 | | | | | Buy additional | 5/4/2015 | K | | |
| 1263 | | | | | Buy additional | 5/5/2015 | J | | |
| 1264 | | | | | Sold (Part) | 9/2/2015 | K | | |
| 1265 | | | | | Sold (Part) | 9/8/2015 | J | | |
| 1266 | | | | | Sold (Part) | 9/9/2015 | J | | |
| 1267 | | | | | Sold | 9/10/2015 | K | | |
| 1268  - AIA GROUP LTD | C | DIVIDEND | N | T | Sold(part) | 1/14/2015 | K | D | |
| 1269 | | | | | Sold(part) | 4/13/2015 | K | E | |
| 1270  - AIR PRODUCTS & CHEMICALS INC | B | DIVIDEND | | | Sold(part) | 1/14/2015 | J | D | |
| 1271 | | | | | Sold (Part) | 4/14/2015 | K | D | |
| 1272 | | | | | Sold (Part) | 4/14/2015 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1273 | | | | | Sold (Part) | 4/15/2015 | K | D | |
| 1274 | | | | | Sold | 4/15/2015 | K | D | |
| 1275 - AIRBUS GROUP SE | A | DIVIDEND | K | T | Buy | 10/23/2015 | J | | |
| 1276 | | | | | Buy additional | 10/23/2015 | J | | |
| 1277 | | | | | Buy additional | 10/26/2015 | J | | |
| 1278 | | | | | Buy additional | 10/27/2015 | J | | |
| 1279 - AJINOMOTO CO INC | A | DIVIDEND | K | T | Sold(part) | 1/14/2015 | K | D | |
| 1280 | | | | | Sold(part) | 2/5/2015 | K | D | |
| 1281 | | | | | Sold(part) | 2/6/2015 | K | D | |
| 1282 ALPHABET INC CL A (X) | | NONE | L | T | | | | | |
| 1283 ALPHABET INC CL C (X) | | NONE | M | T | | | | | |
| 1284 - AMADEUS IT HOLDING SA A (BEARER) | A | DIVIDEND | K | T | Buy | 10/13/2015 | J | | |
| 1285 | | | | | Buy additional | 10/14/2015 | J | | |
| 1286 | | | | | Buy additional | 10/16/2015 | J | | |
| 1287 | | | | | Buy additional | 10/21/2015 | J | | |
| 1288 | | | | | Buy additional | 10/29/2015 | J | | |
| 1289 | | | | | Buy additional | 10/30/2015 | J | | |
| 1290 - AMCOR LIMITED | B | DIVIDEND | | | Sold (Part) | 4/7/2015 | K | C | |
| 1291 | | | | | Sold (Part) | 4/8/2015 | K | B | |
| 1292 | | | | | Sold (Part) | 6/18/2015 | J | B | |
| 1293 | | | | | Sold (Part) | 6/19/2015 | J | B | |
| 1294 | | | | | Sold | 6/22/2015 | J | B | |
| 1295 - AMERICAN TOWER CORP | C | DIVIDEND | M | T | Sold(part) | 1/12/2015 | K | E | |
| 1296 | | | | | Sold(part) | 1/14/2015 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1297 | | | | | Sold(part) | 1/28/2015 | J | C | |
| 1298 | | | | | Sold(part) | 1/29/2015 | J | D | |
| 1299 | | | | | Buy additional | 8/27/2015 | M | | |
| 1300 -AMERISOURCEBERGEN CORP (X) | B | DIVIDEND | M | T | | | | | |
| 1301 - AON PLC | B | DIVIDEND | L | T | | | | | |
| 1302 - APPLE INC | C | DIVIDEND | M | T | Sold(part) | 1/14/2015 | K | D | |
| 1303 | | | | | Sold(part) | 2/13/2015 | K | D | |
| 1304 | | | | | Buy additional | 8/27/2015 | M | | |
| 1305 - ASML HOLDING NV | B | DIVIDEND | M | T | Sold(part) | 1/14/2015 | K | D | |
| 1306 | | | | | Buy additional | 8/28/2015 | L | | |
| 1307 - ASSA ABLOY AB B | B | DIVIDEND | M | T | | | | | |
| 1308 - ASTRAZENECA PLC (GBP) | D | DIVIDEND | M | T | Buy | 1/27/2015 | J | | |
| 1309 | | | | | Buy additional | 1/28/2015 | K | | |
| 1310 | | | | | Buy additional | 1/30/2015 | K | | |
| 1311 | | | | | Buy additional | 2/25/2015 | K | | |
| 1312 | | | | | Buy additional | 10/19/2015 | L | | |
| 1313 | | | | | Sold(part) | 12/16/2015 | K | | |
| 1314 | | | | | Sold(part) | 12/18/2015 | K | | |
| 1315 | | | | | Sold(part) | 12/21/2015 | M | | |
| 1316 | | | | | Sold(part) | 12/22/2015 | K | | |
| 1317 - AUTOMATIC DATA PROCESSING | C | DIVIDEND | M | T | Sold (part) | 2/11/2015 | K | D | |
| 1318 - AVAGO TECHNOLOGIES LTD | C | DIVIDEND | N | T | Sold(part) | 1/14/2015 | K | E | |
| 1319 | | | | | Sold(part) | 2/9/2015 | J | D | |
| 1320 | | | | | Sold(part) | 2/9/2015 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1321 | | | | | Sold(part) | 2/9/2015 | J | D | |
| 1322   - B/E AEROSPACE INC | | NONE | | | Sold (Part) | 1/14/2015 | K | C | |
| 1323 | | | | | Sold (Part) | 2/11/2015 | J | B | |
| 1324 | | | | | Sold (Part) | 2/11/2015 | J | B | |
| 1325 | | | | | Sold (Part) | 2/12/2015 | J | B | |
| 1326 | | | | | Sold (Part) | 2/12/2015 | J | B | |
| 1327 | | | | | Sold | 2/13/2015 | K | D | |
| 1328   - BAE SYSTEMS PLC | C | DIVIDEND | L | T | Buy | 4/15/2015 | K | | |
| 1329 | | | | | Buy additional | 4/16/2015 | K | | |
| 1330 | | | | | Buy additional | 4/17/2015 | J | | |
| 1331 | | | | | Buy additional | 4/29/2015 | K | | |
| 1332   - BANK OF CHINA LTD H | C | DIVIDEND | | | Buy additional | 2/9/2015 | K | | |
| 1333 | | | | | Sold (Part) | 8/28/2015 | K | | |
| 1334 | | | | | Sold (Part) | 8/31/2015 | K | | |
| 1335 | | | | | Sold (Part) | 9/1/2015 | K | B | |
| 1336 | | | | | Sold (Part) | 9/1/2015 | J | | |
| 1337 | | | | | Sold | 9/1/2015 | J | A | |
| 1338   - BAYER AG | B | DIVIDEND | M | T | Sold(part) | 1/13/2015 | L | E | |
| 1339 | | | | | Sold(part) | 1/14/2015 | J | D | |
| 1340 | | | | | Sold(part) | 1/27/2015 | K | D | |
| 1341 | | | | | Sold(part) | 1/27/2015 | K | D | |
| 1342 | | | | | Sold(part) | 1/28/2015 | K | E | |
| 1343 | | | | | Sold(part) | 3/5/2015 | J | D | |
| 1344 | | | | | Sold(part) | 4/13/2015 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1345 - BCA MARKETPLACE PLC | | NONE | K | T | Buy | 8/12/2015 | J | | |
| 1346 | | | | | Buy additional | 8/24/2015 | J | | |
| 1347 | | | | | Buy additional | 8/27/2015 | J | | |
| 1348 | | | | | Buy additional | 9/4/2015 | J | | |
| 1349 | | | | | Buy additional | 9/10/2015 | J | | |
| 1350 | | | | | Buy additional | 9/24/2015 | J | | |
| 1351 | | | | | Buy additional | 10/6/2015 | J | | |
| 1352 | | | | | Buy additional | 10/7/2015 | J | | |
| 1353 - BHP BILLITON LTD (AUD) | B | DIVIDEND | | | Sold | 7/14/2015 | K | | |
| 1354 - BMW AG | B | DIVIDEND | K | T | Sold(part) | 7/31/2015 | K | C | |
| 1355 - BNP PARIBAS | B | DIVIDEND | L | T | | | | | |
| 1356 - BOC HONG KONG HOLDINGS LTD | | NONE | | | Sold | 2/5/2015 | L | E | |
| 1357 - BOEING CO | D | DIVIDEND | M | T | Sold(part) | 1/14/2015 | K | D | |
| 1358 | | | | | Sold(part) | 2/6/2015 | K | D | |
| 1359 | | | | | Sold(part) | 2/9/2015 | K | D | |
| 1360 | | | | | Buy additional | 8/27/2015 | K | | |
| 1361 - BRISTOL-MYERS SQUIBB CO | A | DIVIDEND | K | T | Sold(part) | 6/2/2015 | J | C | |
| 1362 | | | | | Sold(part) | 6/3/2015 | J | B | |
| 1363 | | | | | Sold(part) | 8/12/2015 | K | D | |
| 1364 | | | | | Sold(part) | 9/2/2015 | K | D | |
| 1365 | | | | | Sold(part) | 9/3/2015 | K | D | |
| 1366 | | | | | Sold(part) | 9/4/2015 | K | D | |
| 1367 - BRITISH AMERICAN TOBACCO PLC | B | DIVIDEND | K | T | Buy | 8/13/2015 | J | | |
| 1368 | | | | | Buy additional | 8/13/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1369 | | | | | Buy additional | 8/18/2015 | J | | |
| 1370  - BROADCOM CORP | B | DIVIDEND | M | T | Sold(part) | 1/12/2015 | M | E | |
| 1371  - BUILD NYC METHODIST HOSPITAL 5.0% 07-01-21 | D | INTEREST | M | T | | | | | |
| 1372  - CAIXABANK SA | D | DIVIDEND | L | T | Sold(part) | 4/8/2015 | J | | |
| 1373 | | | | | Buy additional | 8/19/2015 | J | | |
| 1374 | | | | | Buy additional | 8/19/2015 | K | | |
| 1375 | | | | | Buy additional | 8/20/2015 | J | | |
| 1376 | | | | | Sold(part) | 10/9/2015 | J | | |
| 1377 | | | | | Sold(part) | 10/15/2015 | J | | |
| 1378 | | | | | Sold(part) | 10/16/2015 | J | | |
| 1379 | | | | | Sold(part) | 10/16/2015 | K | | |
| 1380 | | | | | Sold(part) | 10/16/2015 | J | | |
| 1381  - CARLSBERG A/S B | A | DIVIDEND | J | T | Buy | 12/15/2015 | J | | |
| 1382 | | | | | Buy additional | 12/16/2015 | J | | |
| 1383  - CARNIVAL CORP COMMON PAIRED | | NONE | | | Sold | 2/11/2015 | K | D | |
| 1384  - CATERPILLAR INC | A | DIVIDEND | K | T | Sold(part) | 2/5/2015 | L | | |
| 1385  - CENOVUS ENERGY INC C$ | D | DIVIDEND | | | Buy | 2/5/2015 | L | | |
| 1386 | | | | | Buy additional | 2/6/2015 | L | | |
| 1387 | | | | | Buy additional | 2/9/2015 | J | | |
| 1388 | | | | | Buy additional | 2/25/2015 | K | | |
| 1389 | | | | | Sold (Part) | 7/9/2015 | J | | |
| 1390 | | | | | Sold (Part) | 7/10/2015 | K | | |
| 1391 | | | | | Sold (Part) | 7/13/2015 | K | | |
| 1392 | | | | | Sold (Part) | 7/14/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1393 | | | | | Sold (Part) | 7/14/2015 | J | | |
| 1394 | | | | | Sold (Part) | 7/14/2015 | J | | |
| 1395 | | | | | Sold (Part) | 8/25/2015 | K | | |
| 1396 | | | | | Sold | 8/26/2015 | J | | |
| 1397  - CENTURYTEL INC | B | DIVIDEND | | | Buy | 2/11/2015 | J | | |
| 1398 | | | | | Buy additional | 2/11/2015 | J | | |
| 1399 | | | | | Buy additional | 2/11/2015 | J | | |
| 1400 | | | | | Buy additional | 2/11/2015 | J | | |
| 1401 | | | | | Buy additional | 2/12/2015 | J | | |
| 1402 | | | | | Buy additional | 2/12/2015 | J | | |
| 1403 | | | | | Sold (Part) | 9/24/2015 | K | | |
| 1404 | | | | | Sold | 9/24/2015 | J | | |
| 1405  - CERNER CORP | | NONE | M | T | Sold(part) | 1/14/2015 | K | E | |
| 1406 | | | | | Buy additional | 8/27/2015 | L | | |
| 1407  - CHARTER COMMUNICATIONS INC CL A | | NONE | K | T | Buy | 4/24/2015 | J | | |
| 1408  - CHEVRON CORP | D | DIVIDEND | M | T | Buy additional | 2/2/2015 | J | | |
| 1409 | | | | | Sold(part) | 8/14/2015 | K | | |
| 1410 | | | | | Sold(part) | 8/17/2015 | K | | |
| 1411 | | | | | Sold(part) | 8/18/2015 | J | | |
| 1412 | | | | | Sold(part) | 8/18/2015 | K | | |
| 1413 | | | | | Buy additional | 9/30/2015 | K | | |
| 1414  - CHINA EVERBRIGHT INTERNATIONAL LIMITED | B | DIVIDEND | M | T | Buy additional | 1/28/2015 | K | | |
| 1415 | | | | | Buy additional | 1/29/2015 | J | | |
| 1416 | | | | | Buy additional | 1/30/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1417 | | | | | Buy additional | 2/2/2015 | J | | |
| 1418 | | | | | Buy additional | 2/3/2015 | J | | |
| 1419 | | | | | Buy additional | 2/4/2015 | J | | |
| 1420 | | | | | Buy additional | 2/5/2015 | J | | |
| 1421 - CIE FINANCIERE RICHEMON REG | | NONE | | | Sold | 1/14/2015 | K | | |
| 1422 - CME GROUP INC | D | DIVIDEND | M | T | | | | | |
| 1423 - CO HLTH ADVENTIST HEALTH SUBELT SER D VAR 11/15/2019 | C | INTEREST | | | Sold | 4/13/2015 | L | A | |
| 1424 - COCA-COLA CO | C | DIVIDEND | M | T | Buy | 10/9/2015 | L | | |
| 1425 | | | | | Buy additional | 10/20/2015 | J | | |
| 1426 | | | | | Buy additional | 10/20/2015 | J | | |
| 1427 - COMCAST CORP CL A (NEW) | B | DIVIDEND | M | T | Sold(part) | 1/14/2015 | K | D | |
| 1428 | | | | | Sold(part) | 1/29/2015 | L | E | |
| 1429 | | | | | Sold(part) | 1/29/2015 | K | D | |
| 1430 | | | | | Sold (Part) | 4/27/2015 | K | D | |
| 1431 | | | | | Sold (Part) | 5/5/2015 | J | C | |
| 1432 | | | | | Sold | 5/6/2015 | J | D | |
| 1433 | | | | | Buy | 8/27/2015 | M | | |
| 1434 - COMPAGNIE FINANCIERE RICHEMONTS SA REG | C | DIVIDEND | M | T | | | | | |
| 1435 - CONOCOPHILLIPS | C | DIVIDEND | K | T | Buy additional | 2/3/2015 | M | | |
| 1436 | | | | | Buy additional | 2/4/2015 | J | | |
| 1437 | | | | | Buy additional | 2/24/2015 | K | | |
| 1438 | | | | | Buy additional | 8/14/2015 | J | | |
| 1439 | | | | | Buy additional | 8/17/2015 | K | | |
| 1440 | | | | | Sold(part) | 9/23/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1441 | | | | | Sold(part) | 9/24/2015 | K | | |
| 1442 | | | | | Sold(part) | 9/24/2015 | J | | |
| 1443 | | | | | Sold(part) | 9/24/2015 | K | | |
| 1444 | | | | | Sold(part) | 9/25/2015 | L | | |
| 1445 | | | | | Sold(part) | 9/28/2015 | J | | |
| 1446 | | | | | Sold(part) | 9/28/2015 | K | | |
| 1447 | | | | | Sold(part) | 9/28/2015 | J | | |
| 1448 | | | | | Sold(part) | 9/29/2015 | J | | |
| 1449 - CORNELL UNIV NY DORMS 08B 5.0% 07/01/24 | D | INTEREST | | | Sold | 5/19/2015 | N | C | |
| 1450 - CREDIT SUISSE GROUP REG | A | DIVIDEND | K | T | Buy | 5/4/2015 | K | | |
| 1451 - CREDIT SUISSE GROUP RTS EXP (X) 12/03/2015 | | NONE | | | Sold | 11/25/2015 | J | A | |
| 1452 - CRESCENT POINT ENERGY CORP | C | DIVIDEND | | | Buy | 2/11/2015 | K | | |
| 1453 | | | | | Buy additional | 2/11/2015 | J | | |
| 1454 | | | | | Buy additional | 2/12/2015 | J | | |
| 1455 | | | | | Buy additional | 2/12/2015 | J | | |
| 1456 | | | | | Sold (Part) | 8/11/2015 | J | | |
| 1457 | | | | | Sold (Part) | 8/12/2015 | J | | |
| 1458 | | | | | Sold (Part) | 8/13/2015 | J | | |
| 1459 | | | | | Sold (Part) | 8/14/2015 | J | | |
| 1460 | | | | | Sold (Part) | 8/27/2015 | J | | |
| 1461 | | | | | Sold | 8/28/2015 | J | | |
| 1462 - CROWN CASTLE INTERNATIONAL CORP | C | DIVIDEND | L | T | Buy | 2/10/2015 | L | | |
| 1463 - CVS HEALTH CORPORATION | A | DIVIDEND | K | T | Buy | 10/19/2015 | K | | |
| 1464 - DAIMLER AG | C | DIVIDEND | | | Buy (additional) | 2/9/2015 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1465 | | | | | Sold (Part) | 8/10/2015 | J | | |
| 1466 | | | | | Sold (Part) | 8/11/2015 | J | | |
| 1467 | | | | | Sold (Part) | 8/11/2015 | J | | |
| 1468 | | | | | Sold (Part) | 8/11/2015 | J | | |
| 1469 | | | | | Sold (Part) | 8/11/2015 | J | | |
| 1470 | | | | | Sold (Part) | 8/11/2015 | J | | |
| 1471 | | | | | Sold (Part) | 8/11/2015 | J | | |
| 1472 | | | | | Sold (Part) | 8/12/2015 | J | A | |
| 1473 | | | | | Sold (Part) | 8/13/2015 | K | C | |
| 1474 | | | | | Sold (Part) | 8/14/2015 | J | A | |
| 1475 | | | | | Sold (Part) | 8/14/2015 | J | A | |
| 1476 | | | | | Sold | 8/17/2015 | K | | |
| 1477 - DANAHER CORP | A | DIVIDEND | M | T | Sold(part) | 1/14/2015 | K | C | |
| 1478 | | | | | Sold(part) | 1/28/2015 | J | B | |
| 1479 | | | | | Sold(part) | 1/29/2015 | K | D | |
| 1480 - DANONE | B | DIVIDEND | L | T | Buy additional | 2/9/2015 | K | | |
| 1481 | | | | | Sold(part) | 6/18/2015 | J | | |
| 1482 | | | | | Sold(part) | 11/9/2015 | J | | |
| 1483 | | | | | Sold(part) | 11/10/2015 | J | A | |
| 1484 | | | | | Sold(part) | 11/11/2015 | J | A | |
| 1485 - DANONE SA COUPON RIGHTS EXP | | NONE | | | Sold (Part) | 5/21/2015 | J | A | |
| 1486 | | | | | Sold | 5/21/2015 | J | A | |
| 1487 - DASNY CULINARY INST AM 3.0% 07-01-18 | D | INTEREST | M | T | | | | | |
| 1488 - DASNY ROCHESTER INST OF TECH 5.0% 07-01-21 | E | INTEREST | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1489   - DAVITA HEALTHCARE PARTNERS | | NONE | K | T | Sold (Part) | 1/12/2015 | K | E | |
| 1490 | | | | | Sold | 2/12/2015 | K | D | |
| 1491 | | | | | Buy additional | 5/29/2015 | J | | |
| 1492 | | | | | Buy additional | 5/29/2015 | J | | |
| 1493 | | | | | Buy additional | 6/1/2015 | J | | |
| 1494 | | | | | Buy additional | 6/2/2015 | J | | |
| 1495   - DBS GROUP HOLDINGS LTD | B | DIVIDEND | K | T | Sold(part) | 1/14/2015 | J | C | |
| 1496 | | | | | Sold(part) | 2/3/2015 | K | D | |
| 1497   - DC WTR & SWR REV SER A SF 4.80% 10-01-2024 | E | INTEREST | | | Sold (Part) | 4/13/2015 | N | E | |
| 1498 | | | | | Sold | 4/13/2015 | M | D | |
| 1499   - DELPHI AUTOMOTIVE PLC | A | DIVIDEND | L | T | Sold(part) | 2/12/2015 | J | B | |
| 1500 | | | | | Sold(part) | 2/12/2015 | K | D | |
| 1501   - DENSO CORP | B | DIVIDEND | L | T | | | | | |
| 1502   - DEUTSCHE WOHNEN AG | B | DIVIDEND | M | T | | | | | |
| 1503   - DEUTSCHE WOHNEN AG RTS EXP           (X) | | NONE | | | Sold (Part) | 5/29/2015 | J | A | |
| 1504 | | | | | Sold | 5/29/2015 | J | A | |
| 1505   - DIAGEO PLC | A | DIVIDEND | K | T | Sold(part) | 2/3/2015 | K | D | |
| 1506 | | | | | Sold (Part) | 4/13/2015 | J | B | |
| 1507 | | | | | Sold (Part) | 4/16/2015 | J | C | |
| 1508 | | | | | Buy additional | 7/21/2015 | K | | |
| 1509   - DISCOVER FINANCIAL SERVICES | B | DIVIDEND | | | Buy | 3/19/2015 | J | | |
| 1510 | | | | | Buy additional | 3/19/2015 | J | | |
| 1511 | | | | | Buy additional | 3/20/2015 | K | | |
| 1512 | | | | | Buy additional | 3/20/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1513 | | | | | Buy additional | 3/23/2015 | J | | |
| 1514 | | | | | Buy additional | 3/24/2015 | J | | |
| 1515 | | | | | Sold (Part) | 8/28/2015 | K | | |
| 1516 | | | | | Sold | 8/31/2015 | K | | |
| 1517 - DKSH HOLDING LTD | A | DIVIDEND | K | T | | | | | |
| 1518 - DNB ASA | B | DIVIDEND | K | T | Buy | 3/30/2015 | K | | |
| 1519 - DOW CHEMICAL CO | C | DIVIDEND | L | T | Sold(part) | 4/10/2015 | K | A | |
| 1520 - EATON CORP PLC | D | DIVIDEND | M | T | Sold(part) | 4/10/2015 | K | | |
| 1521 - ECOLAB INC | | NONE | | | Sold | 2/11/2015 | K | E | |
| 1522 - ELECTROLUX AB SER B | B | DIVIDEND | L | T | Buy | 2/3/2015 | J | | |
| 1523 | | | | | Buy additional | 2/4/2015 | J | | |
| 1524 | | | | | Buy additional | 2/6/2015 | J | | |
| 1525 | | | | | Buy additional | 2/16/2015 | J | | |
| 1526 | | | | | Buy additional | 2/17/2015 | J | | |
| 1527 | | | | | Buy additional | 2/17/2015 | J | | |
| 1528 - ELRINGKLINGER AG | A | DIVIDEND | | | Sold(part) | 9/25/2015 | J | | |
| 1529 | | | | | Sold(part) | 9/30/2015 | J | | |
| 1530 | | | | | Sold (Part) | 10/5/2015 | J | | |
| 1531 | | | | | Sold (Part) | 10/6/2015 | J | | |
| 1532 | | | | | Sold | 10/7/2015 | J | | |
| 1533 - EMPIRE ST UDC PIT AI 5.0% 12/15/23 | B | INTEREST | L | T | Buy | 10/8/2015 | L | | |
| 1534 - EMPIRE STUDS PIT 10A 5% 3/15/17 | C | INTEREST | | | Sold | 5/18/2015 | L | | |
| 1535 - ENBRIDGE INC | C | DIVIDEND | L | T | Buy additional | 4/22/2015 | K | | |
| 1536 | | | | | Buy additional | 10/19/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1537 | | | | | Buy additional | 10/20/2015 | K | | |
| 1538   - EOG RESOURCES INC | A | DIVIDEND | L | T | Buy | 4/27/2015 | K | | |
| 1539 | | | | | Buy additional | 9/24/2015 | K | | |
| 1540 | | | | | Buy additional | 9/25/2015 | J | | |
| 1541 | | | | | Buy additional | 11/6/2015 | K | | |
| 1542   - ERIE CO NY IDA SCH FAC BUFFALO 13A 3.0% 05-01-19 | C | Interest | | | Sold | 5/18/2015 | M | | |
| 1543   -ERIE CO NY IDA SCH FAC BUFFALO 15A 5.0% 05-01-24 | D | Interest | M | T | Buy | 6/24/2015 | M | | |
| 1544   - ERIE CO NY IDA SCH FAC BUFFALO 5.0% 05-01-19 | D | Interest | M | T | | | | | |
| 1545   - ESSILOR INTL | B | DIVIDEND | M | T | Sold(part) | 1/14/2015 | K | D | |
| 1546   - EXPRESS SCRIPTS HOLDING CO | | NONE | M | T | Sold(part) | 1/14/2015 | K | D | |
| 1547 | | | | | Sold(part) | 1/27/2015 | K | D | |
| 1548 | | | | | Sold(part) | 1/28/2015 | K | D | |
| 1549 | | | | | Sold(part) | 1/29/2015 | K | E | |
| 1550   - EXXON MOBIL CORP | D | DIVIDEND | M | T | Buy | 8/25/2015 | K | | |
| 1551 | | | | | Buy additional | 9/25/2015 | J | | |
| 1552 | | | | | Buy additional | 9/25/2015 | K | | |
| 1553   - FANUC CO | D | DIVIDEND | M | T | Buy additional | 8/28/2015 | M | | |
| 1554   - FEDEX CORP | A | DIVIDEND | K | T | Buy additional | 8/27/2015 | K | | |
| 1555   - FIRST QUANTUM MINERALS LTD C$ | | NONE | | | Sold (Part) | 2/3/2015 | J | | |
| 1556 | | | | | Sold | 2/3/2015 | K | | |
| 1557   - GEMALTO NV | A | DIVIDEND | K | T | Sold(part) | 9/28/2015 | J | | |
| 1558 | | | | | Sold(part) | 9/29/2015 | J | | |
| 1559 | | | | | Sold(part) | 9/30/2015 | J | | |
| 1560 | | | | | Sold(part) | 10/1/2015 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1561 | | | | | Sold(part) | 12/15/2015 | J | | |
| 1562 | | | | | Sold(part) | 12/22/2015 | J | | |
| 1563 | | | | | Sold(part) | 12/22/2015 | J | | |
| 1564 | | | | | Sold(part) | 12/23/2015 | J | | |
| 1565 | | | | | Sold(part) | 12/24/2015 | J | | |
| 1566 | | | | | Sold(part) | 12/28/2015 | J | | |
| 1567    - GILEAD SCIENCES INC | C | DIVIDEND | M | T | Sold(part) | 1/14/2015 | K | E | |
| 1568 | | | | | Sold(part) | 1/27/2015 | L | F | |
| 1569 | | | | | Sold(part) | 1/28/2015 | K | E | |
| 1570 | | | | | Sold(part) | 1/29/2015 | L | F | |
| 1571 | | | | | Buy additional | 8/27/2015 | M | | |
| 1572    - GIVAUDAN | B | DIVIDEND | K | T | Buy | 10/13/2015 | J | | |
| 1573 | | | | | Buy additional | 10/13/2015 | J | | |
| 1574 | | | | | Buy additional | 10/14/2015 | J | | |
| 1575 | | | | | Buy additional | 10/20/2015 | J | | |
| 1576 | | | | | Buy additional | 10/21/2015 | J | | |
| 1577 | | | | | Buy additional | 10/29/2015 | J | | |
| 1578    - GOLDMAN SACHS GROUP INC | C | DIVIDEND | N | T | Sold(part) | 1/12/2015 | L | C | |
| 1579 | | | | | Sold(part) | 1/14/2015 | K | A | |
| 1580    - GOOGLE INC CL A | | NONE | | | Sold(part) | 1/29/2015 | K | E | |
| 1581 | | | | | Sold | 1/29/2015 | J | | |
| 1582    - GOOGLE INC CL C | | NONE | | | Sold(part) | 1/29/2015 | K | D | |
| 1583 | | | | | Sold (Part) | 1/29/2015 | J | | |
| 1584 | | | | | Sold | 5/4/2015 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1585    - GREENE KING PLC | C | DIVIDEND | M | T | Buy | 2/2/2015 | J | | |
| 1586 | | | | | Buy additional | 2/2/2015 | J | | |
| 1587 | | | | | Buy additional | 2/3/2015 | J | | |
| 1588 | | | | | Buy additional | 2/4/2015 | J | | |
| 1589 | | | | | Buy additional | 2/4/2015 | J | | |
| 1590 | | | | | Buy additional | 2/5/2015 | J | | |
| 1591 | | | | | Buy additional | 2/5/2015 | J | | |
| 1592 | | | | | Buy additional | 2/5/2015 | K | | |
| 1593 | | | | | Buy additional | 2/25/2015 | J | | |
| 1594 | | | | | Buy additional | 2/25/2015 | J | | |
| 1595 | | | | | Buy additional | 2/26/2015 | J | | |
| 1596 | | | | | Buy additional | 3/2/2015 | J | | |
| 1597 | | | | | Buy additional | 3/2/2015 | J | | |
| 1598    - HAMAMATSU PHOTONIC KK | B | DIVIDEND | M | T | Sold(part) | 1/14/2015 | J | C | |
| 1599    - HDFC BANK LTD | A | DIVIDEND | K | T | | | | | |
| 1600    - HEMPSTEAD NY ADELPHI UNIV 5.0% 09-01-20 | C | INTEREST | M | T | Sold (Part) | 4/13/2015 | M | D | |
| 1601    - HEXCEL CORP | B | DIVIDEND | M | T | | | | | |
| 1602    - HITACHI | A | DIVIDEND | | | Sold | 9/30/2015 | K | | |
| 1603    - HOFSTRA UNIV NY 5.0% 07-01-19 | D | INTEREST | N | T | | | | | |
| 1604    - HOME DEPOT INC | A | DIVIDEND | K | T | Sold(part) | 2/17/2015 | K | D | |
| 1605 | | | | | Sold (Part) | 5/1/2015 | K | E | |
| 1606 | | | | | Sold (Part) | 5/4/2015 | K | E | |
| 1607    - HOME RETAIL GROUP | A | DIVIDEND | | | Sold (Part) | 10/1/2015 | J | | |
| 1608 | | | | | Sold (Part) | 10/6/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | K =$15,001 - $50,000 | J =$15,000 or less | L =$50,001 - $100,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**Financial Disclosure Report**
Page 72

**Name of Person Reporting**
Barry, Maryanne T.

**Date of Report**
1/16/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1609 | | | | | Sold | 10/7/2015 | J | | |
| 1610   - HSBC HOLDINGS PLC ADR SPON | B | DIVIDEND | | | Sold | 10/16/2015 | K | | |
| 1611   - HSBC HOLDINGS PLC UKP | A | DIVIDEND | | | Sold(part) | 5/20/2015 | J | A | |
| 1612 | | | | | Sold (Part) | 10/16/2015 | J | | |
| 1613 | | | | | Sold | 10/16/2015 | J | | |
| 1614   - IDEX CORP | B | DIVIDEND | K | T | Sold(part) | 1/14/2015 | J | | |
| 1615 | | | | | Sold(part) | 2/17/2015 | J | C | |
| 1616 | | | | | Sold(part) | 2/18/2015 | J | B | |
| 1617   - ILLINOIS TOOL WORKS INC | | NONE | | | Sold | 2/12/2015 | K | E | |
| 1618   - ILLUMINA INC | | NONE | M | T | Buy | 8/27/2015 | K | | |
| 1619 | | | | | Buy additional | 9/1/2015 | K | | |
| 1620 | | | | | Buy additional | 9/18/2015 | K | | |
| 1621 | | | | | Buy additional | 11/24/2015 | K | | |
| 1622 | | | | | Buy additional | 11/25/2015 | K | | |
| 1623   - IMPERIAL TOBACCO PLC | E | DIVIDEND | N | T | Buy additional | 1/19/2015 | J | | |
| 1624 | | | | | Buy additional | 1/21/2015 | K | | |
| 1625 | | | | | Buy additional | 1/22/2015 | J | | |
| 1626 | | | | | Buy additional | 1/27/2015 | J | | |
| 1627 | | | | | Buy additional | 1/30/2015 | K | | |
| 1628   - INCYTE CORP | | NONE | M | T | Buy additional | 1/8/2015 | K | | |
| 1629   - INDITEX   (Y) | | NONE | | | | | | | |
| 1630   - INDUSTRIA DE DISENO TEXTIL S A | | NONE | | T | Sold (Part) | 1/28/2015 | K | C | |
| 1631 | | | | | Sold (Part) | 1/29/2015 | J | A | |
| 1632 | | | | | Sold | 1/29/2015 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1633    - INFOSYS TECHNOLOGIES ADR | B | DIVIDEND | | | Buy additional | 2/20/2015 | J | | |
| 1634 | | | | | Buy additional | 2/20/2015 | J | | |
| 1635 | | | | | Buy additional | 2/20/2015 | K | | |
| 1636 | | | | | Sold(part) | 3/31/2015 | J | | |
| 1637 | | | | | Sold (Part) | 4/1/2015 | J | A | |
| 1638 | | | | | Sold (Part) | 4/1/2015 | K | | |
| 1639 | | | | | Sold (Part) | 4/2/2015 | J | A | |
| 1640 | | | | | Sold (Part) | 4/2/2015 | J | A | |
| 1641 | | | | | Sold (Part) | 4/6/2015 | J | A | |
| 1642 | | | | | Sold (Part) | 4/7/2015 | J | B | |
| 1643 | | | | | Sold | 4/7/2015 | K | C | |
| 1644    - INTERNATIONAL BUSINESS MACHINES CORP | B | DIVIDEND | K | T | Buy | 11/25/2015 | K | | |
| 1645 | | | | | Buy additional | 11/27/2015 | J | | |
| 1646 | | | | | Buy additional | 11/27/2015 | K | | |
| 1647    - IRON MOUNTAIN INCORPORATED | D | DIVIDEND | K | T | Sold(part) | 3/30/2015 | J | A | |
| 1648 | | | | | Sold(part) | 3/31/2015 | J | A | |
| 1649 | | | | | Sold(part) | 4/1/2015 | J | A | |
| 1650    - JABIL CIRCUIT INC | B | DIVIDEND | K | T | | | | | |
| 1651    - JACK HENRY & ASSOC INC | B | DIVIDEND | K | T | Sold(part) | 1/14/2015 | J | D | |
| 1652 | | | | | Sold(part) | 2/6/2015 | J | C | |
| 1653 | | | | | Sold(part) | 2/9/2015 | J | C | |
| 1654 | | | | | Sold(part) | 2/10/2015 | J | C | |
| 1655    - JARDINE MATHESON HLD | B | DIVIDEND | L | T | | | | | |
| 1656    - JPMORGAN CHASE & CO | C | DIVIDEND | K | T | Sold(part) | 4/10/2015 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1657 - JULIUS BAER GROUP LTD | A | DIVIDEND | | | Sold | 10/16/2015 | K | C | |
| 1658 - KEYENCE CORP | A | DIVIDEND | M | T | Sold(part) | 1/14/2015 | K | E | |
| 1659 | | | | | Buy additional | 8/28/2015 | K | | |
| 1660 - KINDER MORGAN INC | C | DIVIDEND | K | T | Buy | 4/28/2015 | K | | |
| 1661 | | | | | Buy additional | 4/28/2015 | K | | |
| 1662 | | | | | Buy additional | 7/30/2015 | K | | |
| 1663 | | | | | Sold(part) | 10/16/2015 | J | | |
| 1664 | | | | | Sold(part) | 10/19/2015 | J | | |
| 1665 | | | | | Sold(part) | 10/19/2015 | J | | |
| 1666 - KLA-TENCOR CORP | | NONE | | | Sold | 1/14/2015 | K | E | |
| 1667 - KLX INC | | NONE | | | Sold (Part) | 2/11/2015 | J | A | |
| 1668 | | | | | Sold (Part) | 2/11/2015 | J | | |
| 1669 | | | | | Sold (Part) | 2/12/2015 | J | A | |
| 1670 | | | | | Sold (Part) | 2/12/2015 | J | A | |
| 1671 | | | | | Sold | 2/13/2015 | J | A | |
| 1672 - KONINKLIJKE DSM NV | | NONE | | | Sold (Part) | 2/9/2015 | J | | |
| 1673 | | | | | Sold | 2/11/2015 | J | | |
| 1674 - L'AIR LIQUIDE (L) | B | DIVIDEND | L | T | Sold (Part) | 1/30/2015 | K | D | |
| 1675 - LAS VEGAS SANDS CORP | D | DIVIDEND | L | T | Buy | 4/15/2015 | J | | |
| 1676 | | | | | Buy additional | 4/16/2015 | K | | |
| 1677 | | | | | Buy additional | 4/16/2015 | K | | |
| 1678 | | | | | Buy additional | 4/17/2015 | J | | |
| 1679 | | | | | Buy additional | 4/17/2015 | J | | |
| 1680 | | | | | Buy additional | 10/20/2015 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1681 | | | | | Sold(part) | 12/31/2015 | L | | |
| 1682 - LI PWR AUTH NY (LIPA) 14C FRN (L 70 65) (MPT) SF 05-01-33/11-01-18 | B | INTEREST | | | Sold (Part) | 5/18/2015 | M | A | |
| 1683 | | | | | Sold | 5/18/2015 | M | A | |
| 1684 - LI PWR AUTH NY 12B (LIPA) 5.0% 09-01-22 | D | INTEREST | | | Sold (Part) | 5/18/2015 | M | | |
| 1685 | | | | | Sold | 5/18/2015 | K | | |
| 1686 - LIBERTY GLOBAL PLC CL A | | NONE | M | T | | | | | |
| 1687 - LIBERTY GLOBAL PLC CL C | | NONE | K | T | | | | | |
| 1688 - LIBERTY LILAC GROUP CL A | | NONE | | | Sold (Part) | 7/22/2015 | J | A | |
| 1689 | | | | | Sold | 7/31/2015 | J | A | |
| 1690 - LIBERTY LILAC GROUP CL C | | NONE | | | Sold | 7/21/2015 | J | A | |
| 1691 - LILLY ELI & CO | C | DIVIDEND | L | T | Buy | 7/2/2015 | K | | |
| 1692 | | | | | Buy additional | 7/6/2015 | J | | |
| 1693 | | | | | Buy additional | 7/7/2015 | K | | |
| 1694 | | | | | Buy additional | 7/15/2015 | K | | |
| 1695 | | | | | Buy additional | 10/15/2015 | K | | |
| 1696 - LLOYDS TSB GROUP PLC | B | DIVIDEND | M | T | | | | | |
| 1697 - L'OREAL | C | DIVIDEND | M | T | Buy additional | 2/9/2015 | K | | |
| 1698 - LYONDELLBASELL INDUSTRIES NV | B | DIVIDEND | K | T | Buy | 2/9/2015 | K | | |
| 1699 | | | | | Buy additional | 2/9/2015 | K | | |
| 1700 | | | | | Sold(part) | 9/10/2015 | K | | |
| 1701 - MARKS & SPENCER GROUP PLC | B | DIVIDEND | L | T | Buy | 2/4/2015 | K | | |
| 1702 | | | | | Buy additional | 2/5/2015 | K | | |
| 1703 | | | | | Buy additional | 2/9/2015 | J | | |
| 1704 - MARSH & MCLENNAN COS INC | C | DIVIDEND | M | T | Buy additional | 2/13/2015 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1705   - MEDTRONIC PLC | A | DIVIDEND | K | T | Buy | 6/17/2015 | J | | |
| 1706 | | | | | Buy additional | 6/17/2015 | J | | |
| 1707 | | | | | Buy additional | 6/18/2015 | J | | |
| 1708   - MEGGITT PLC | A | DIVIDEND | J | T | Buy additional | 2/2/2015 | K | | |
| 1709 | | | | | Buy additional | 2/3/2015 | J | | |
| 1710 | | | | | Sold(part) | 12/3/2015 | J | | |
| 1711 | | | | | Sold(part) | 12/7/2015 | J | | |
| 1712 | | | | | Sold(part) | 12/14/2015 | J | | |
| 1713 | | | | | Sold(part) | 12/16/2015 | J | | |
| 1714 | | | | | Sold(part) | 12/17/2015 | J | | |
| 1715 | | | | | Sold(part) | 12/21/2015 | J | | |
| 1716 | | | | | Sold(part) | 12/21/2015 | J | | |
| 1717 | | | | | Sold(part) | 12/22/2015 | J | | |
| 1718 | | | | | Sold(part) | 12/23/2015 | J | | |
| 1719   - MERCURY GENERAL CORP | C | DIVIDEND | K | T | Buy | 2/4/2015 | J | | |
| 1720 | | | | | Buy additional | 2/5/2015 | J | | |
| 1721 | | | | | Buy additional | 2/6/2015 | J | | |
| 1722 | | | | | Buy additional | 2/9/2015 | J | | |
| 1723 | | | | | Buy additional | 1/30/2015 | K | | |
| 1724   - MET TRANS AUTH NY MBIA 5% 11/15/2015 | | NONE | | | Sold | 2/19/2015 | N | D | |
| 1725   - MICROSOFT CORP | D | DIVIDEND | N | T | Sold(part) | 1/12/2015 | L | E | |
| 1726 | | | | | Buy additional | 8/27/2015 | K | | |
| 1727   - MONROE CO NY ROCHESTER GENERAL HOSP 13B 4% 12/1/23 | C | INTEREST | M | T | Sold(part) | 4/13/2015 | M | B | |
| 1728   - MONROE CO NY UNITY HOSP ROCHESTER FHA SF 5.0% 2/15/15 | D | INTEREST | | | Sold | 2/15/2015 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A.<br>Description of Assets (including Trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 1729 - MONROE CO NY UNITY HOSP<br>ROCHESTER FHA SF 5.0% 2/15/17 | D | INTEREST | M | T | | | | | |
| 1730 - MONSANTO CO NEW COM | B | DIVIDEND | K | T | Sold(part) | 1/14/2015 | K | D | |
| 1731 | | | | | Sold(part) | 2/6/2015 | K | E | |
| 1732 | | | | | Sold(part) | 2/9/2015 | J | D | |
| 1733 - MOODYS CORP | C | DIVIDEND | M | T | Buy | 3/17/2015 | J | | |
| 1734 | | | | | Buy additional | 3/17/2015 | J | | |
| 1735 | | | | | Buy additional | 3/18/2015 | J | | |
| 1736 | | | | | Buy additional | 3/18/2015 | J | | |
| 1737 | | | | | Buy additional | 3/24/2015 | J | | |
| 1738 | | | | | Buy additional | 3/27/2015 | J | | |
| 1739 | | | | | Buy additional | 3/30/2015 | J | | |
| 1740 | | | | | Buy additional | 3/31/2015 | J | | |
| 1741 | | | | | Buy additional | 5/15/2015 | K | | |
| 1742 | | | | | Buy additional | 5/15/2015 | J | | |
| 1743 - MOSAIC CO/THE | A | DIVIDEND | | | Buy additional | 3/2/2015 | K | | |
| 1744 | | | | | Buy additional | 3/3/2015 | K | | |
| 1745 | | | | | Sold | 9/24/2015 | K | | |
| 1746 - MTA NY DEDICATED TAX 08B-3C SIFMA<br>45BP FRN | A | INTEREST | | | Sold | 5/18/2015 | M | | |
| 1747 - MTA NY TRANSPORT REV 13G 1G FRN SF<br>MPT | B | INTEREST | | | Sold | 5/18/2015 | N | A | |
| 1748 - MTA NY TRANSRT REV SER 11C 5.0%<br>11/15/19 | D | INTEREST | M | T | | | | | |
| 1749 - MTA NY TRANSPORT REV 12A-2 SIFMA<br>19 FRN | A | INTEREST | | | Sold (Part) | 5/18/2015 | M | A | |
| 1750 | | | | | Sold (Part) | 5/18/2015 | L | A | |
| 1751 | | | | | Sold | 5/18/2015 | M | A | |
| 1752 - MTA NY TRASPORT REV 15A-2<br>SIFMA+58 FRN SF | B | INTEREST | M | T | Buy | 11/6/2015 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 1753   - MURATA MANUFACTURING CO LTD | B | DIVIDEND | M | T | Buy additional | 3/3/2015 | J | | |
| 1754 | | | | | Buy additional | 3/4/2015 | K | | |
| 1755   - NASSAU CNTY NY CATH HLTH SVCS LONG ISLND | D | INTEREST | | | Sold (Part) | 5/18/2015 | M | B | |
| 1756 | | | | | Sold | 5/18/2015 | M | B | |
| 1757   - NASSAU CNTY NY GO 07B 5.0% 12-01-17 | D | INTEREST | | | Sold | 5/18/2015 | N | | |
| 1758   - NATIONAL GRID PLC | D | DIVIDEND | M | T | Buy additional | 2/5/2015 | K | | |
| 1759 | | | | | Sold(part) | 10/13/2015 | K | | |
| 1760 | | | | | Sold(part) | 10/13/2015 | J | A | |
| 1761   - NATIONAL GRID PLC - SP ADR | A | DIVIDEND | J | T | | | | | |
| 1762   - NESTLE NAM SPON ADR | | NONE | | | Sold | 1/14/2015 | J | B | |
| 1763   - NESTLE SA REG | D | DIVIDEND | M | T | Sold(part) | 1/14/2015 | K | D | |
| 1764 | | | | | Sold(part) | 4/13/2015 | K | D | |
| 1765 | | | | | Buy additional | 9/11/2015 | K | | |
| 1766 | | | | | Buy additional | 10/14/2015 | J | | |
| 1767   - NEW YORK CITY GO 14A 5.0% | D | INTEREST | | | Sold | 5/18/2015 | M | | |
| 1768   - NEW YORK CITY GO 5.0% 08/01/18 | D | INTEREST | M | T | | | | | |
| 1769   - NEW YORK ST DORM PREREF          (X) | | NONE | | | Sold | 5/18/2015 | J | A | |
| 1769   - NY ST THRUWAY 5.0% 01-01-20 | | NONE | | | Sold | 5/18/2015 | N | | |
| 1770   - NEW YORK ST THRUWAY AUTH UNREFUNDED 5.00% 04/01/2019 | D | INTEREST | | | Sold | 10/1/2015 | N | | |
| 1771   - NEWELL RUBBERMAID INC | C | DIVIDEND | M | T | Sold(part) | 1/12/2015 | L | E | |
| 1772 | | | | | Sold(part) | 1/14/2015 | K | D | |
| 1773 | | | | | Sold(part) | 2/9/2015 | J | C | |
| 1774 | | | | | Sold(part) | 2/10/2015 | J | D | |
| 1775 | | | | | Sold(part) | 4/14/2015 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1776 | | | | | Sold(part) | 4/15/2015 | J | B | |
| 1777 | | | | | Sold(part) | 4/28/2015 | J | D | |
| 1778 | | | | | Sold(part) | 4/29/2015 | J | C | |
| 1779 | | | | | Sold(part) | 4/30/2015 | J | B | |
| 1780 | | | | | Sold(part) | 4/30/2015 | J | B | |
| 1781 | | | | | Sold(part) | 5/1/2015 | J | C | |
| 1782 | | | | | Sold(part) | 5/1/2015 | J | D | |
| 1783 | | | | | Sold(part) | 5/4/2015 | J | C | |
| 1784 | | | | | Sold(part) | 5/4/2015 | J | B | |
| 1785    - NIAGARA NY ARPT 14B 4.0% 04-01-18 | D | INTEREST | | | Sold (Part) | 5/18/2015 | M | | |
| 1786 | | | | | Sold | 5/18/2015 | M | | |
| 1787    - NIELSEN HOLDINGS PLC (FORMERLY NIELSEN NV US$) | D | DIVIDEND | N | T | Sold(part) | 1/14/2015 | J | | |
| 1788 | | | | | Sold(part) | 1/14/2015 | K | D | |
| 1789 | | | | | Sold(part) | 2/12/2015 | K | D | |
| 1790    - NOBLE ENERGY INC | A | DIVIDEND | | | Sold(part) | 2/5/2015 | K | | |
| 1791 | | | | | Sold(part) | 2/6/2015 | J | | |
| 1792 | | | | | Sold(part) | 5/14/2015 | J | A | |
| 1793 | | | | | Sold(part) | 5/14/2015 | K | C | |
| 1794 | | | | | Sold(part) | 5/15/2015 | J | A | |
| 1795 | | | | | Sold | 8/27/2015 | J | | |
| 1796    - NORDSTROM INC | | NONE | | | Sold (Part) | 1/12/2015 | L | E | |
| 1797 | | | | | Sold | 2/10/2015 | K | E | |
| 1798    - NORFOLK SOUTHERN CORP | B | DIVIDEND | L | T | Sold(part) | 1/14/2015 | K | D | |
| 1799 | | | | | Sold(part) | 2/6/2015 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1800 | | | | | Buy additional | 6/30/2015 | J | | |
| 1801 | | | | | Buy additional | 7/1/2015 | K | | |
| 1802 | | | | | Sold(part) | 10/5/2015 | J | | |
| 1803 | | | | | Sold(part) | 10/6/2015 | K | | |
| 1804 | | | | | Sold(part) | 10/6/2015 | J | | |
| 1805 | | | | | Sold(part) | 10/7/2015 | J | | |
| 1806 - NOVARTIS AG NAMEN | D | DIVIDEND | M | T | Buy additional | 2/3/2015 | K | | |
| 1807 - NOVO NORDISK A/S CL B | C | DIVIDEND | N | T | Buy additional | 8/28/2015 | L | | |
| 1808 - NTT DOCOMO | B | DIVIDEND | K | T | Buy | 7/27/2015 | J | | |
| 1809 | | | | | Buy additional | 7/28/2015 | J | | |
| 1810 | | | | | Buy additional | 7/29/2015 | J | | |
| 1811 - NUCOR CORP | B | DIVIDEND | K | T | Buy | 2/11/2015 | J | | |
| 1812 | | | | | Buy additional | 2/11/2015 | K | | |
| 1813 | | | | | Buy additional | 2/11/2015 | J | | |
| 1814 - NY DORM AUTH MIRIAM OSBORN 2.75% 07/01/19 | D | INTEREST | M | T | | | | | |
| 1815 - NY DORM AUTH ST JOHNS UNIV 12A 5% 7/1/18 | D | INTEREST | M | T | | | | | |
| 1816 - NY DORM LONG ISLAND 11A 4/00% 05/01/18 | D | INTEREST | M | T | | | | | |
| 1817 - NY DORM MEMORIAL SLOAN KETTERING 12-1 5.0% 7-01-21 | D | INTEREST | M | T | | | | | |
| 1818 - NY MTA TRIBOROUGH B&T SER A 5% 11/15/16 | D | INTEREST | M | | Sold | 4/13/2015 | M | D | |
| 1819 - NY SALES TAX RECEIVABLE 14A | A | INTEREST | | | Sold | 5/18/2015 | N | | |
| 1820 - NY ST DORM AUTH 11A 5.0% 10/01/18 | D | INTEREST | M | T | | | | | |
| 1821 - NY ST DORM AUTH CITY UNIV SYS 5.0% (Y) 07/01/21 | | None | | | | | | | |
| 1822 - NY ST DORM AUTH REVENUES ST SER A 5.0% 07/01/2021 | D | INTEREST | M | T | | | | | |
| 1823 - NY ST DORM AUTH PIT 15A 5.0% 03-15-31 | D | INTEREST | | | Buy | 1/8/2015 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1824 | | | | | Sold | 5/18/2015 | M | | |
| 1825 - NY ST DORM AUTH SCH DIST 13C 5.0% 10-01-22 | D | INTEREST | N | T | | | | | |
| 1826 - NY ST DORM AUTH SCH DIST 15F BAM ST AID | D | INTEREST | N | T | Buy | 5/15/2015 | N | | |
| 1827 - NY ST EFC SOLID WST DISP REV WMX 13A 2.7 | D | INTEREST | | | Sold (Part) | 5/18/2015 | M | C | |
| 1828 | | | | | Sold | 5/18/2015 | M | C | |
| 1829 - NY ST HOMEOWNER MTG SER 178 75-400% SF 3.5% 10-01-43 | D | INTEREST | M | T | Sold(part) | 8/20/2015 | K | | |
| 1830 - NY ST HSG PIT REV 5.0% 09/15/2025 | C | INTEREST | M | T | | | | | |
| 1831 - NY ST PWR AUTH 15A 5.0% 11-15-20 | C | INTEREST | M | T | Buy | 10/30/2015 | M | | |
| 1832 - NY ST THRUWAY (2ND BRIDGE & HWY) 5.0% 04/01/2022 | C | INTEREST | M | T | Sold (part) | 5/18/2015 | N | | |
| 1833 - NY ST THRUWAY GEN REV JR OB TAPPAN ZEE 13A 5.0% 5-01-19 | D | INTEREST | N | T | | | | | |
| 1834 - NY ST UDC PIT REV 14A GRP B 5.0% 03-15-27 | c | INTEREST | | | Buy | 2/23/2015 | M | | |
| 1835 | | | | | Sold | 5/18/2015 | M | | |
| 1836 - NY TOBACCO SETTLE CORP 11a 5.0% 06/01/17 | D | INTEREST | M | T | Buy Additional | 8/3/2015 | M | | |
| 1837 - NY TOBACCO SETTLEMENT CORP 13B 5.0% | D | INTEREST | | | Sold | 6/1/2015 | N | A | |
| 1838 - NYC HLTH AND HOSP 5.0% 02/15/20 | E | INTEREST | | | Sold | 5/18/2015 | N | E | |
| 1839 - NYC LIBERTY ONE BRYANT PARK CL3 SF 6.375% 07-15-49 | D | INTEREST | M | T | | | | | |
| 1840 - NYC TFA FUT TAX SEC SUB 11E 5% 11/01/18 | D | INTEREST | | | Sold | 5/18/2015 | M | | |
| 1841 - NYC TR FOR CULT JULLIARD SCH 12B (MPT) VAR 01-01-36/08-01-17 | C | INTEREST | M | T | Sold (Part) | 5/18/2015 | M | | |
| 1842 - OCCIDENTAL PETROLEUM CORP | C | DIVIDEND | M | T | Buy | 9/25/2015 | L | | |
| 1843 | | | | | Buy additional | 9/28/2015 | K | | |
| 1844 - ONONDAGA NY COMTY CLG HSG DEV 5.0% | B | INTEREST | L | T | Buy | 9/10/2015 | L | | |
| 1845 - OR PROVIDENCE HLTH C SIFMA +100 FRN (MPT) 10-01-22/09-15-18 | C | INTEREST | | | Sold (Part) | 4/13/2015 | M | A | |
| 1846 | | | | | Sold | 4/13/2015 | M | A | |
| 1847 - ORACLE CORP | A | DIVIDEND | L | T | Sold(part) | 1/12/2015 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1848 | | | | | Sold(part) | 8/28/2015 | K | D | |
| 1849    - ORACLE CORP JAPAN | A | DIVIDEND | K | T | | | | | |
| 1850    - PACWEST BANCORP | C | DIVIDEND | L | T | Buy additional | 2/6/2015 | J | | |
| 1851 | | | | | Buy additional | 2/9/2015 | J | | |
| 1852 | | | | | Buy additional | 2/10/2015 | J | | |
| 1853 | | | | | Buy additional | 2/11/2015 | K | | |
| 1854 | | | | | Buy additional | 2/24/2015 | J | | |
| 1855 | | | | | Buy additional | 2/25/2015 | J | | |
| 1856    - PANERA BREAD CO CL A | | NONE | K | T | Buy | 12/4/2015 | K | | |
| 1857    - PAYCHEX INC | D | DIVIDEND | M | T | Buy | 2/5/2015 | K | | |
| 1858 | | | | | Buy additional | 2/6/2015 | K | | |
| 1859 | | | | | Buy additional | 2/9/2015 | K | | |
| 1860 | | | | | Buy additional | 2/24/2015 | J | | |
| 1861 | | | | | Buy additional | 2/25/2015 | J | | |
| 1862    - PECONIC LANDING SOUTHOLD NY 4.5% 12-01-20 | D | DIVIDEND | | | Buy | 2/12/2015 | M | | |
| 1863 | | | | | Sold (Part) | 5/18/2015 | M | | |
| 1864 | | | | | Sold | 5/18/2015 | M | | |
| 1865    - PERNOD RICARD SA | D | DIVIDEND | N | T | Buy additional | 2/9/2015 | K | | |
| 1866 | | | | | Buy additional | 2/11/2015 | J | | |
| 1867 | | | | | Buy additional | 2/12/2015 | J | | |
| 1868    - PFIZER INC | C | DIVIDEND | L | T | Buy | 2/4/2015 | L | | |
| 1869 | | | | | Buy additional | 2/5/2015 | J | | |
| 1870    - PHILIP MORRIS INTERNATIONAL INC | D | DIVIDEND | L | T | Buy | 2/13/2015 | K | | |
| 1871    - PNC FINANCIAL SERVICES GROUP INC | B | DIVIDEND | M | T | Buy additional | 2/17/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1872 | | | | | Buy additional | 3/19/2015 | K | | |
| 1873 | | | | | Buy additional | 3/23/2015 | J | | |
| 1874 - PORT AUTH NY/NJ SER 163 5.0% 07/15/21 | E | INTEREST | N | T | | | | | |
| 1875 - PORT AUTH NY/NJ SER184 4.0% 09-01-20 | C | INTEREST | M | T | | | | | |
| 1876 - PR INTER AMERICAN UNIV 5.0% 10-01-15 | D | INTEREST | | | Sold | 5/18/2015 | M | | |
| 1877 - PRAXAIR INC | B | DIVIDEND | L | T | Sold(part) | 8/17/2015 | K | | |
| 1878 | | | | | Sold(part) | 8/18/2015 | K | | |
| 1879 | | | | | Buy additional | 9/29/2015 | K | | |
| 1880 | | | | | Buy additional | 9/30/2015 | K | | |
| 1881 - PRECISION CASTPARTS CORP | A | DIVIDEND | | | Buy | 5/20/2015 | K | | |
| 1882 | | | | | Buy additional | 5/21/2015 | K | | |
| 1883 | | | | | Sold | 8/28/2015 | K | B | |
| 1884 - PROCTER & GAMBLE CO | D | DIVIDEND | M | T | Buy additional | 8/11/2015 | J | | |
| 1885 | | | | | Buy additional | 8/12/2015 | J | | |
| 1886 | | | | | Buy additional | 8/14/2015 | J | | |
| 1887 | | | | | Buy additional | 8/18/2015 | J | | |
| 1888 | | | | | Buy additional | 9/25/2015 | J | | |
| 1889 - PROGRESSIVE CORP OHIO | | NONE | | | Sold | 2/12/2015 | K | D | |
| 1890 - PRUDENTIAL PLC | A | DIVIDEND | K | T | | | | | |
| 1891 - QUALCOMM INC | | NONE | | | Sold (Part) | 1/27/2015 | K | D | |
| 1892 | | | | | Sold (Part) | 1/27/2015 | J | A | |
| 1893 | | | | | Sold (Part) | 3/19/2015 | K | D | |
| 1894 | | | | | Sold | 3/20/2015 | J | D | |
| 1895 - RIO TINTO PLC REG | B | DIVIDEND | K | T | Sold(part) | 9/2/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1896 - ROCHE HOLDING AG GENUSSCHEIN | C | DIVIDEND | M | T | | | | | |
| 1897 - ROYAL CARIBBEAN CRUISES | C | DIVIDEND | M | T | Sold(part) | 1/14/2015 | K | D | |
| 1898 - SAFRAN SA | C | DIVIDEND | M | T | Buy additional | 1/27/2015 | L | | |
| 1899 | | | | | Buy additional | 1/28/2015 | K | | |
| 1900 | | | | | Buy additional | 1/30/2015 | K | | |
| 1901 | | | | | Buy additional | 1/30/2015 | J | | |
| 1902 - SAMPO OYJ A SHS | D | DIVIDEND | N | T | Sold(part) | 4/13/2015 | K | D | |
| 1903 - SAMSONITE INTERNATIONAL SA | A | DIVIDEND | K | T | Buy | 9/29/2015 | J | | |
| 1904 | | | | | Buy additional | 9/30/2015 | J | | |
| 1905 | | | | | Buy additional | 10/5/2015 | J | | |
| 1906 | | | | | Buy additional | 10/6/2015 | J | | |
| 1907 | | | | | Buy additional | 10/7/2015 | J | | |
| 1908 | | | | | Buy additional | 10/7/2015 | J | | |
| 1909 - SAMSUNG ELEC GDS N/V PF | C | DIVIDEND | | | Sold(part) | 1/13/2015 | L | E | |
| 1910 | | | | | Sold(part) | 1/28/2015 | K | D | |
| 1911 | | | | | Sold | 9/4/2015 | M | F | |
| 1912 - SCHLUMBERGER LTD | B | DIVIDEND | L | T | Sold(part) | 1/14/2015 | K | | |
| 1913 | | | | | Sold(part) | 2/4/2015 | L | E | |
| 1914 - SCHNEIDER ELECTRIC SA | B | DIVIDEND | | | Sold(part) | 4/13/2015 | K | C | |
| 1915 | | | | | Sold(part) | 9/8/2015 | J | | |
| 1916 | | | | | Sold(part) | 9/9/2015 | J | A | |
| 1917 | | | | | Sold(part) | 9/9/2015 | J | | |
| 1918 | | | | | Sold(part) | 9/16/2015 | J | A | |
| 1919 | | | | | Sold (Part) | 11/4/2015 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1920 | | | | | Sold (Part) | 12/11/2015 | J | A | |
| 1921 | | | | | Sold (Part) | 12/14/2015 | K | B | |
| 1922 | | | | | Sold (Part) | 12/15/2015 | J | A | |
| 1923 | | | | | Sold | 12/16/2015 | J | A | |
| 1924 - SCHWAB CHARLES NEW | | NONE | | | Sold (Part) | 1/12/2015 | K | E | |
| 1925 | | | | | Sold | 2/11/2015 | K | D | |
| 1926 - SCOTTISH & SOUTHERN ENERGY | C | DIVIDEND | L | T | Buy | 1/30/2015 | K | | |
| 1927 | | | | | Buy additional | 2/3/2015 | J | | |
| 1928 | | | | | Buy additional | 2/4/2015 | J | | |
| 1929 | | | | | Buy additional | 2/5/2015 | J | | |
| 1930 | | | | | Buy additional | 2/6/2015 | J | | |
| 1931 | | | | | Buy additional | 2/9/2015 | J | | |
| 1932 - SCRIPPS NETWORKS INTERACTIVE | B | DIVIDEND | L | T | Sold(part) | 9/22/2015 | J | | |
| 1933 | | | | | Sold(part) | 9/23/2015 | J | A | |
| 1934 - SEATTLE GENETICS INC | | NONE | | | Sold (Part) | 1/26/2015 | J | B | |
| 1935 | | | | | Sold (Part) | 1/26/2015 | J | B | |
| 1936 | | | | | Sold (Part) | 1/27/2015 | J | B | |
| 1937 | | | | | Sold (Part) | 1/27/2015 | J | D | |
| 1938 | | | | | Sold (Part) | 1/28/2015 | J | B | |
| 1939 | | | | | Sold (Part) | 1/29/2015 | J | B | |
| 1940 | | | | | Sold (Part) | 1/30/2015 | J | B | |
| 1941 | | | | | Sold (Part) | 2/2/2015 | J | B | |
| 1942 | | | | | Sold (Part) | 2/3/2015 | J | C | |
| 1943 | | | | | Sold (Part) | 2/4/2015 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1944 | | | | | Sold (Part) | 2/4/2015 | J | C | |
| 1945 | | | | | Sold (Part) | 2/5/2015 | J | B | |
| 1946 | | | | | Sold (Part) | 2/5/2015 | J | C | |
| 1947 | | | | | Sold | 2/6/2015 | J | D | |
| 1948  - SEMPRA ENERGY | B | DIVIDEND | L | T | Buy | 9/10/2015 | K | | |
| 1949 | | | | | Buy additional | 9/11/2015 | K | | |
| 1950 | | | | | Buy additional | 12/3/2015 | K | | |
| 1951  - SES FDR CL A (PARIS) | B | DIVIDEND | K | T | Sold (Part) | 1/14/2015 | K | D | |
| 1952 | | | | | Sold (Part) | 1/29/2015 | J | C | |
| 1953 | | | | | Sold (Part) | 1/29/2015 | J | B | |
| 1954 | | | | | Sold (Part) | 1/30/2015 | J | B | |
| 1955 | | | | | Sold | 1/30/2015 | K | D | |
| 1956 | | | | | Sold(part) | 9/11/2015 | K | A | |
| 1957 | | | | | Sold(part) | 9/11/2015 | J | B | |
| 1958  - SIEMENS AG ADR | C | DIVIDEND | L | T | Sold(part) | 7/10/2015 | J | | |
| 1959  - SIEMENS AG NAMEN | C | DIVIDEND | J | T | Sold(part) | 7/10/2015 | K | | |
| 1960  - SIGNET JEWELERS LTD | | NONE | | | Sold (Part) | 1/14/2015 | J | D | |
| 1961 | | | | | Sold | 2/10/2015 | K | E | |
| 1962  - SINGAPORE TELECOMM | C | DIVIDEND | L | T | Buy additional | 8/28/2015 | L | | |
| 1963  - SIRIUS XM HOLDINGS INC | | NONE | L | T | Sold(part) | 2/9/2015 | K | C | |
| 1964 | | | | | Sold(part) | 2/9/2015 | J | A | |
| 1965 | | | | | Sold(part) | 2/9/2015 | J | A | |
| 1966  - SMC CORP | B | DIVIDEND | M | T | Sold(part) | 1/14/2015 | L | E | |
| 1967 | | | | | Sold(part) | 2/9/2015 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1968    - SOFTBANK CORP | A | DIVIDEND | M | T | Buy additional | 2/9/2015 | K | | |
| 1969    - SSGA US GOV MONEY MARKET FUND | | NONE | P1 | T | | | | | |
| 1970    - ST JUDE MEDICAL | A | DIVIDEND | K | T | Sold(part) | 3/3/2015 | K | | |
| 1971 | | | | | Sold(part) | 3/4/2015 | K | A | |
| 1972    - STARBUCKS CORP | C | DIVIDEND | M | C | | | | | |
| 1973    - SUN HUNG KAI PROP | | NONE | | | Sold | 2/9/2015 | L | E | |
| 1974    - SVENSKA HANDELSBKEN A | C | DIVIDEND | L | T | Buy additional | 2/9/2015 | K | | |
| 1975    - SYDNEY AIRPORT STAPLED SECURITY | B | DIVIDEND | K | T | Buy | 10/14/2015 | J | | |
| 1976 | | | | | Buy additional | 10/15/2015 | J | | |
| 1977 | | | | | Buy additional | 10/20/2015 | J | | |
| 1978 | | | | | Buy additional | 10/22/2015 | J | | |
| 1979 | | | | | Buy additional | 10/28/2015 | J | | |
| 1980 | | | | | Buy additional | 10/29/2015 | J | | |
| 1981 | | | | | Buy additional | 11/4/2015 | J | | |
| 1982    - SYSMEX CORP | A | DIVIDEND | C | T | Sold(part) | 2/6/2015 | J | C | |
| 1983 | | | | | Sold(part) | 2/9/2015 | J | C | |
| 1984 | | | | | Sold(part) | 2/12/2015 | J | C | |
| 1985 | | | | | Buy additional | 8/28/2015 | K | | |
| 1986    - TAIWAN SEMICONDUCTOR SPONS ADR | C | DIVIDEND | M | T | Buy additional | 2/5/2015 | K | | |
| 1987 | | | | | Buy additional | 2/6/2015 | J | | |
| 1988 | | | | | Buy additional | 8/12/2015 | J | | |
| 1989 | | | | | Buy additional | 8/12/2015 | J | | |
| 1990    - TATE & LYLE PLC | C | DIVIDEND | L | T | Buy | 1/29/2015 | J | | |
| 1991 | | | | | Buy additional | 1/29/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1992 | | | | | Buy additional | 1/30/2015 | J | | |
| 1993 | | | | | Buy additional | 2/2/2015 | J | | |
| 1994 | | | | | Buy additional | 2/2/2015 | J | | |
| 1995 | | | | | Buy additional | 2/3/2015 | J | | |
| 1996 | | | | | Buy additional | 2/27/2015 | J | | |
| 1997 | | | | | Buy additional | 3/2/2015 | J | | |
| 1998 | | | | | Buy additional | 3/3/2015 | J | | |
| 1999  - TEXAS INSTRUMENTS INC | C | DIVIDEND | M | T | | | | | |
| 2000  - THE WALT DISNEY CO | | NONE | | | Sold | 1/14/2015 | K | D | |
| 2001  - TOMPKINS NY CORTLAND COMM COLL SFH 5.0% 07-01-21 | D | DIVIDEND | | | Sold (Part) | 5/18/2015 | M | | |
| 2002 | | | | | Sold | 5/18/2015 | M | | |
| 2003  - TOTAL SA (FR) | D | DIVIDEND | L | T | Buy additional | 10/12/2015 | J | | |
| 2004 | | | | | Buy additional | 10/13/2015 | J | | |
| 2005 | | | | | Buy additional | 10/14/2015 | K | | |
| 2006 | | | | | Sold(part) | 11/10/2015 | J | | |
| 2007  - TOTAL SA COUPON ISSUE RTS EXP          (X) | | NONE | | | Sold | 6/22/2015 | J | A | |
| 2008  - TOWER WATSON & COMPANY CL A | A | DIVIDEND | L | T | Sold (Part) | 2/2/2015 | J | A | |
| 2009 | | | | | Sold (Part) | 2/3/2015 | J | B | |
| 2010 | | | | | Sold (Part) | 2/3/2015 | K | C | |
| 2011  - TREND MICRO INC | B | DIVIDEND | K | T | Sold(part) | 2/5/2015 | J | | |
| 2012 | | | | | Sold(part) | 2/5/2015 | J | | |
| 2013  - TRIBOROUGH B/T NY 12B 5.0% 11-15-22 | D | INTEREST | | | Sold | 5/18/2015 | M | | |
| 2014  - TRIBOROUGH B/T NY AGM SUBSER ABCD-4 SIFMA | C | INTEREST | | | Sold | 5/18/2015 | N | | |
| 2015  - UBS GROUP AG | B | DIVIDEND | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2016   - UNILEVER PLC | D | DIVIDEND | M | T | Buy additional | 2/11/2015 | K | | |
| 2017   - UNILEVER PLC ADR AMER SHS SPON | A | DIVIDEND | K | T | | | | | |
| 2018   - UNITED TECHNOLOGIES CORP | A | DIVIDEND | K | T | Sold(part) | 2/13/2015 | M | F | |
| 2019 | | | | | Buy additional | 8/27/2015 | K | | |
| 2020   - UNITEDHEALTH GROUP INC | | NONE | | | Sold | 2/4/2015 | L | F | |
| 2021   - VERISIGN INC | | NONE | M | T | Sold(part) | 1/12/2015 | L | D | |
| 2022 | | | | | Sold(part) | 1/14/2015 | K | C | |
| 2023 | | | | | Sold(part) | 2/3/2015 | K | C | |
| 2024 | | | | | Sold(part) | 2/3/2015 | J | B | |
| 2025 | | | | | Sold(part) | 2/4/2015 | K | D | |
| 2026 | | | | | Sold(part) | 2/5/2015 | K | D | |
| 2027 | | | | | Sold(part) | 2/6/2015 | J | A | |
| 2028 | | | | | Sold(part) | 4/15/2015 | J | B | |
| 2029 | | | | | Sold(part) | 4/15/2015 | J | B | |
| 2030 | | | | | Sold(part) | 4/16/2015 | J | B | |
| 2031 | | | | | Sold(part) | 4/17/2015 | J | B | |
| 2032 | | | | | Sold(part) | 4/20/2015 | J | A | |
| 2033   - VERIZON COMMUNICATIONS | D | DIVIDEND | M | T | Buy additional | 2/12/2015 | J | | |
| 2034   - VIACOM INC CLASS B | C | DIVIDEND | L | T | Buy | 8/11/2015 | K | | |
| 2035 | | | | | Buy additional | 8/12/2015 | J | | |
| 2036 | | | | | Buy additional | 8/13/2015 | K | | |
| 2037 | | | | | Buy additional | 8/14/2015 | J | | |
| 2038   - VISA INC CL A | B | DIVIDEND | M | T | Buy (additional) | 8/27/2015 | K | | |
| 2039   - VODAFONE GROUP PLC | C | DIVIDEND | L | T | Buy additional | 9/2/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2040 - VTECH HOLDINGS LTD | C | DIVIDEND | K | T | Buy | 1/28/2015 | J | | |
| 2041 | | | | | Buy additional | 1/29/2015 | J | | |
| 2042 | | | | | Buy additional | 2/2/2015 | J | | |
| 2043 | | | | | Buy additional | 2/3/2015 | J | | |
| 2044 | | | | | Buy additional | 2/4/2015 | J | | |
| 2045 | | | | | Buy additional | 2/9/2015 | J | | |
| 2046 | | | | | Buy additional | 2/10/2015 | J | | |
| 2047 | | | | | Buy additional | 2/10/2015 | J | | |
| 2048 | | | | | Buy additional | 2/11/2015 | J | | |
| 2049 - WASTE CONNECTIONS INC | | NONE | | | Sold (Part) | 2/6/2015 | K | C | |
| 2050 | | | | | Sold (Part) | 2/9/2015 | J | A | |
| 2051 | | | | | Sold (Part) | 2/9/2015 | J | A | |
| 2052 | | | | | Sold | 2/9/2015 | J | B | |
| 2053 - WASTE MANAGEMENT INC | A | DIVIDEND | K | T | Buy | 10/20/2015 | J | | |
| 2054 | | | | | Buy additional | 10/21/2015 | K | | |
| 2055 - WELLS FARGO & CO (NEW) | C | DIVIDEND | M | T | Buy | 2/2/2015 | K | | |
| 2056 - WYNN MACAU LTD | B | DIVIDEND | K | T | Buy additional | 8/14/2015 | J | | |
| 2057 | | | | | Buy additional | 8/18/2015 | J | | |
| 2058 | | | | | Buy additional | 8/20/2015 | J | | |
| 2059 | | | | | Buy additional | 8/25/2015 | J | | |
| 2060 | | | | | Buy additional | 8/28/2015 | J | | |
| 2061 | | | | | Sold(part) | 10/2/2015 | J | | |
| 2062 | | | | | Sold(part) | 10/5/2015 | J | | |
| 2063 - WYNN RESORTS LTD | A | DIVIDEND | | | Buy | 5/11/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2064 | | | | | Buy additional | 8/13/2015 | J | | |
| 2065 | | | | | Sold (par) | 9/21/2015 | J | | |
| 2066 | | | | | Sold | 9/22/2015 | J | | |
| 2067   - XILINX INC | C | DIVIDEND | M | T | Buy additional | 2/12/2015 | J | | |
| 2068 | | | | | Buy additional | 2/12/2015 | J | | |
| 2069 | | | | | Buy additional | 2/12/2015 | J | | |
| 2070 | | | | | Buy additional | 2/13/2015 | J | | |
| 2071 | | | | | Buy additional | 2/13/2015 | J | | |
| 2072 | | | | | Buy additional | 2/17/2015 | J | | |
| 2073 | | | | | Buy additional | 12/4/2015 | K | | |
| 2074   - YUM BRANDS INC | B | DIVIDEND | L | T | Buy | 9/16/2015 | J | | |
| 2075 | | | | | Buy additional | 9/17/2015 | K | | |
| 2076 | | | | | Buy additional | 10/6/2015 | J | | |
| 2077 | | | | | Buy additional | 10/7/2015 | J | | |
| 2078 | | | | | Buy additional | 10/19/2015 | J | | |
| 2079 | | | | | Buy additional | 10/20/2015 | K | | |
| 2080 | | | | | Buy additional | 10/20/2015 | J | | |
| 2081   - ZODIAC AEROSPACE | B | DIVIDEND | L | T | Sold(part) | 6/3/2015 | J | A | |
| 2082 | | | | | Sold(part) | 6/4/2015 | J | A | |
| 2083 | | | | | Sold(part) | 6/18/2015 | J | | |
| 2084 | | | | | Sold(part) | 6/19/2015 | J | | |
| 2085 | | | | | Sold(part) | 10/1/2015 | K | | |
| 2086 | | | | | Sold(part) | 10/1/2015 | J | | |
| 2087 | | | | | Buy additional | 11/9/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2088 | | | | | Buy additional | 11/9/2015 | J | | |
| 2089 | | | | | Buy additional | 11/10/2015 | J | | |
| 2090 | | | | | Buy additional | 11/10/2015 | J | | |
| 2091 | | | | | Buy additional | 11/10/2015 | K | | |
| 2092 | | | | | Buy additional | 11/11/2015 | J | | |
| 2093  -CAPITAL INTL PV EQUITY FUND, V LP | G | INT./DIV. | O | U | | | | | |
| 2094  Family Trust #35- List of Assets | | | | | | | | | |
| 2095  - 3M COMPANY | B | DIVIDEND | L | T | | | | | |
| 2096  - AA PLC | | NONE | K | T | | | | | |
| 2097  - ABBVIE INC | A | DIVIDEND | K | T | Sold(part) | 10/13/2015 | K | A | |
| 2098 | | | | | Sold(part) | 10/14/2015 | K | B | |
| 2099 | | | | | Sold(part) | 10/14/2015 | K | A | |
| 2100 | | | | | Sold(part) | 10/14/2015 | J | A | |
| 2101 | | | | | Sold(part) | 10/15/2015 | J | B | |
| 2102  - ABERDEEN ASSET MGMT PLC | D | DIVIDEND | L | T | Buy additional | 02/10/2015 | K | | |
| 2103 | | | | | Buy additional | 02/11/2015 | L | | |
| 2104 | | | | | Buy additional | 02/11/2015 | K | | |
| 2105 | | | | | Buy additional | 02/12/2015 | J | | |
| 2106 | | | | | Buy additional | 02/12/2015 | J | | |
| 2107 | | | | | Buy additional | 02/12/2015 | J | | |
| 2108 | | | | | Buy additional | 02/13/2015 | J | | |
| 2109 | | | | | Sold(part) | 07/31/2015 | K | | |
| 2110 | | | | | Sold(part) | 08/7/2015 | J | | |
| 2111  - ACCENTURE PLC US$ | B | DIVIDEND | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 93

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2112  - ACE LTD | B | DIVIDEND | L | T | | | | | |
| 2113  - AGIOS PHARMACEUTICALS INC | | NONE | | | Buy additional | 02/10/2015 | J | | |
| 2114 | | | | | Buy additional | 02/17/2015 | J | | |
| 2115 | | | | | Buy additional | 02/17/2015 | J | | |
| 2116 | | | | | Buy additional | 05/4/2015 | K | | |
| 2117 | | | | | Buy additional | 05/5/2015 | K | | |
| 2118 | | | | | Sold (Part) | 09/2/2015 | K | | |
| 2119 | | | | | Sold (Part) | 09/3/2015 | K | | |
| 2120 | | | | | Sold (Part) | 09/4/2015 | J | | |
| 2121 | | | | | Sold (Part) | 09/8/2015 | J | | |
| 2122 | | | | | Sold (Part) | 09/8/2015 | J | | |
| 2123 | | | | | Sold | 09/10/2015 | K | | |
| 2124  - AIA GROUP LTD | C | DIVIDEND | N | T | | | | | |
| 2125  - AIR PRODUCTS & CHEMICALS INC | B | DIVIDEND | | | Sold (Part) | 04/14/2015 | K | E | |
| 2126 | | | | | Sold (Part) | 04/14/2015 | K | D | |
| 2127 | | | | | Sold (Part) | 04/14/2015 | K | D | |
| 2128 | | | | | Sold (Part) | 04/15/2015 | K | E | |
| 2129 | | | | | Sold | 04/15/2015 | K | D | |
| 2130  - AIRBUS GROUP SE | A | DIVIDEND | K | T | Buy | 10/23/2015 | J | | |
| 2131 | | | | | Buy additional | 10/23/2015 | J | | |
| 2132 | | | | | Buy additional | 10/26/2015 | J | | |
| 2133 | | | | | Buy additional | 10/27/2015 | K | | |
| 2134  - AJINOMOTO CO INC | A | DIVIDEND | L | T | | | | | |
| 2135  -ALPHABET INC CL A          (X) | | NONE | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2136   -ALPHABET INC CL C                    (X) | | NONE | M | T | | | | | |
| 2137    - AMADEUS IT HOLDING SA A (BEARER) | A | DIVIDEND | K | T | Buy | 10/13/2015 | J | | |
| 2138 | | | | | Buy additional | 10/14/2015 | J | | |
| 2139 | | | | | Buy additional | 10/16/2015 | J | | |
| 2140 | | | | | Buy additional | 10/21/2015 | J | | |
| 2141 | | | | | Buy additional | 10/22/2015 | J | | |
| 2142 | | | | | Buy additional | 10/29/2015 | J | | |
| 2143 | | | | | Buy additional | 10/30/2015 | J | | |
| 2144    - AMCOR LIMITED | C | DIVIDEND | | | Sold (Part) | 04/7/2015 | K | C | |
| 2145 | | | | | Sold (Part) | 04/8/2015 | K | C | |
| 2146 | | | | | Sold (Part) | 06/18/2015 | K | C | |
| 2147 | | | | | Sold (Part) | 06/19/2015 | K | C | |
| 2148 | | | | | Sold | 06/22/2015 | J | B | |
| 2149    - AMERICAN TOWER CORP | C | DIVIDEND | M | T | Sold(part) | 01/28/2015 | K | C | |
| 2150 | | | | | Sold(part) | 01/29/2015 | K | D | |
| 2151    - AMERISOURCEBERGEN CORP | B | DIVIDEND | K | T | | | | | |
| 2152    - AON PLC | A | DIVIDEND | L | T | | | | | |
| 2153    - APPLE INC | C | DIVIDEND | M | T | Buy additional | 05/22/2015 | M | | |
| 2154    - ASML HOLDING NV | B | DIVIDEND | M | T | Buy additional | 02/11/2015 | K | | |
| 2155    - ASSA ABLOY AB B | B | DIVIDEND | M | T | | | | | |
| 2156    - ASTRAZENECA PLC | D | DIVIDEND | N | T | Buy | 01/27/2015 | J | | |
| 2157 | | | | | Buy additional | 01/28/2015 | J | | |
| 2158 | | | | | Buy additional | 01/30/2015 | K | | |
| 2159 | | | | | Buy additional | 02/25/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2160 | | | | | Buy additional | 10/19/2015 | M | | |
| 2161 | | | | | Sold(part) | 12/16/2015 | J | | |
| 2162 | | | | | Sold(part) | 12/18/2015 | J | | |
| 2163 | | | | | Sold(part) | 12/21/2015 | K | | |
| 2164 | | | | | Sold(part) | 12/22/2015 | J | | |
| 2165 - AUTOMATIC DATA PROCESSING INC | B | DIVIDEND | L | T | Sold (part) | 02/11/2015 | K | D | |
| 2166 - AVAGO TECHNOLOGIES LTD | B | DIVIDEND | M | T | Sold(part) | 02/9/2015 | K | D | |
| 2167 | | | | | Sold(part) | 02/9/2015 | L | E | |
| 2168 | | | | | Sold(part) | 02/9/2015 | K | D | |
| 2169 - B/E AEROSPACE INC | | NONE | | | Sold (Part) | 02/11/2015 | J | | |
| 2170 | | | | | Sold (Part) | 02/12/2015 | J | B | |
| 2171 | | | | | Sold (Part) | 02/12/2015 | K | C | |
| 2172 | | | | | Sold | 02/13/2015 | K | D | |
| 2173 - BAE SYSTEMS PLC | D | DIVIDEND | M | T | Buy | 04/15/2015 | K | | |
| 2174 | | | | | Buy additional | 04/16/2015 | K | | |
| 2175 | | | | | Buy additional | 04/17/2015 | K | | |
| 2176 | | | | | Buy additional | 04/29/2015 | K | | |
| 2177 - BANK OF CHINA LTD | D | DIVIDEND | | | Buy | 02/9/2015 | L | | |
| 2178 | | | | | Sold (Part) | 08/28/2015 | K | | |
| 2179 | | | | | Sold (Part) | 08/31/2015 | J | | |
| 2180 | | | | | Sold (Part) | 08/31/2015 | K | B | |
| 2181 | | | | | Sold (Part) | 09/1/2015 | K | B | |
| 2182 | | | | | Sold | 09/1/2015 | J | A | |
| 2183 - BAYER AG | B | DIVIDEND | L | T | Sold(part) | 01/27/2015 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2184 | | | | | Sold(part) | 01/27/2015 | K | D | |
| 2185 | | | | | Sold(part) | 01/28/2015 | L | E | |
| 2186 | | | | | Sold(part) | 03/5/2015 | K | D | |
| 2187 | | | | | Sold(part) | 07/28/2015 | K | D | |
| 2188 | | | | | Sold(part) | 07/29/2015 | J | D | |
| 2189  - BCA MARKETPLACE PLC | | NONE | L | T | Buy | 08/12/2015 | J | | |
| 2190 | | | | | Buy additional | 08/21/2015 | J | | |
| 2191 | | | | | Buy additional | 08/24/2015 | J | | |
| 2192 | | | | | Buy additional | 08/27/2015 | J | | |
| 2193 | | | | | Buy additional | 08/27/2015 | J | | |
| 2194 | | | | | Buy additional | 09/2/2015 | J | | |
| 2195 | | | | | Buy additional | 09/4/2015 | J | | |
| 2196 | | | | | Buy additional | 09/10/2015 | J | | |
| 2197 | | | | | Buy additional | 09/23/2015 | J | | |
| 2198 | | | | | Buy additional | 09/28/2015 | J | | |
| 2199 | | | | | Buy additional | 10/6/2015 | J | | |
| 2200 | | | | | Buy additional | 10/7/2015 | J | | |
| 2201  - BHP BILLITON LTD (AUD) | C | DIVIDEND | | | Sold | 07/14/2015 | K | | |
| 2202  - BIE AEROSPACE INC | | NONE | | | Sold | 02/11/2015 | J | B | |
| 2203  - BMW AG | B | DIVIDEND | L | T | Sold(part) | 07/31/2015 | K | D | |
| 2204  - BNP PARIBAS | B | DIVIDEND | L | T | | | | | |
| 2205  - BOC HONG KONG HOLDINGS LTD | | NONE | | T | Sold | 02/5/2015 | K | D | |
| 2206  - BOEING CO | D | DIVIDEND | M | T | Sold(part) | 02/9/2015 | J | C | |
| 2207  - BRISTOL-MYERS SQUIBB CO | A | DIVIDEND | K | T | Buy additional | 02/17/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2208 | | | | | Sold(part) | 06/2/2015 | K | D | |
| 2209 | | | | | Sold(part) | 06/3/2015 | J | C | |
| 2210 | | | | | Sold(part) | 08/6/2015 | J | D | |
| 2211 | | | | | Sold(part) | 08/7/2015 | J | D | |
| 2212 | | | | | Sold(part) | 08/7/2015 | K | E | |
| 2213 | | | | | Sold(part) | 08/10/2015 | J | C | |
| 2214 | | | | | Sold(part) | 08/10/2015 | J | C | |
| 2215 | | | | | Sold(part) | 08/11/2015 | K | E | |
| 2216 | | | | | Sold(part) | 08/12/2015 | M | E | |
| 2217 | | | | | Sold(part) | 08/12/2015 | J | C | |
| 2218 | | | | | Sold(part) | 09/2/2015 | K | | |
| 2219 | | | | | Sold(part) | 09/3/2015 | J | C | |
| 2220 | | | | | Sold(part) | 09/3/2015 | K | D | |
| 2221 | | | | | Sold(part) | 09/3/2015 | J | | |
| 2222 | | | | | Sold(part) | 09/4/2015 | K | D | |
| 2223 | | | | | Sold(part) | 09/4/2015 | J | C | |
| 2224   - BRITISH AMERICAN TOBACCO PLC | B | DIVIDEND | K | T | Buy | 08/13/2015 | J | | |
| 2225 | | | | | Buy additional | 08/13/2015 | K | | |
| 2226 | | | | | Buy additional | 08/14/2015 | J | | |
| 2227 | | | | | Buy additional | 08/18/2015 | J | | |
| 2228   - BROADCOM CORP | A | DIVIDEND | L | T | | | | | |
| 2229   - CAIXABANK SA | C | DIVIDEND | L | T | Buy additional | 02/11/2015 | K | | |
| 2230 | | | | | Sold(part) | 04/8/2015 | J | | |
| 2231 | | | | | Buy additional | 08/18/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 2232 | | | | | Buy additional | 08/18/2015 | J | | |
| 2233 | | | | | Buy additional | 08/19/2015 | K | | |
| 2234 | | | | | Buy additional | 08/19/2015 | J | | |
| 2235 | | | | | Buy additional | 08/20/2015 | J | | |
| 2236 | | | | | Sold(part) | 10/9/2015 | J | | |
| 2237 | | | | | Sold(part) | 10/15/2015 | J | | |
| 2238 | | | | | Sold(part) | 10/16/2015 | J | | |
| 2239 | | | | | Sold(part) | 10/16/2015 | K | | |
| 2240 | | | | | Sold(part) | 10/16/2015 | J | | |
| 2241   - CARLSBERG A/S B | A | DIVIDEND | J | T | Buy | 12/15/2015 | J | | |
| 2242 | | | | | Buy additional | 12/16/2015 | J | | |
| 2243   - CARNIVAL CORP COMMON PAIRED STOCK | | NONE | | | Sold | 02/11/2015 | K | D | |
| 2244   - CATERPILLAR INC | B | DIVIDEND | K | T | Sold(part) | 02/5/2015 | L | | |
| 2245   - CENOVUS ENERGY INC C$ | D | DIVIDEND | | | Buy | 02/4/2015 | L | | |
| 2246 | | | | | Buy additional | 02/5/2015 | L | | |
| 2247 | | | | | Buy additional | 02/6/2015 | M | | |
| 2248 | | | | | Buy additional | 02/9/2015 | K | | |
| 2249 | | | | | Buy additional | 02/25/2015 | K | | |
| 2250 | | | | | Sold (Part) | 07/9/2015 | J | | |
| 2251 | | | | | Sold (Part) | 07/10/2015 | K | | |
| 2252 | | | | | Sold (Part) | 07/13/2015 | L | | |
| 2253 | | | | | Sold (Part) | 07/14/2015 | K | | |
| 2254 | | | | | Sold (Part) | 07/14/2015 | K | | |
| 2255 | | | | | Sold (Part) | 07/14/2015 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2256 | | | | | Sold (Part) | 08/25/2015 | K | | |
| 2257 | | | | | Sold | 08/26/2015 | J | | |
| 2258   - CENTURYTEL INC | C | DIVIDEND | | | Buy | 02/11/2015 | J | | |
| 2259 | | | | | Buy additional | 02/11/2015 | K | | |
| 2260 | | | | | Buy additional | 02/11/2015 | K | | |
| 2261 | | | | | Buy additional | 02/12/2015 | J | | |
| 2262 | | | | | Buy additional | 02/12/2015 | J | | |
| 2263 | | | | | Sold | 09/24/2015 | K | | |
| 2264   - CERNER CORP | | NONE | M | T | Sold(part) | 02/17/2015 | K | E | |
| 2265 | | | | | Buy additional | 05/22/2015 | M | | |
| 2266   - CHARTER COMMUNICATIONS INC CL A | | NONE | K | T | Buy | 04/24/2015 | K | | |
| 2267 | | | | | Buy additional | 04/27/2015 | J | | |
| 2268   - CHEVRON CORP | D | DIVIDEND | M | T | Buy additional | 02/2/2015 | L | | |
| 2269 | | | | | Sold(part) | 08/14/2015 | K | | |
| 2270 | | | | | Sold(part) | 08/17/2015 | K | | |
| 2271 | | | | | Sold(part) | 08/18/2015 | J | | |
| 2272 | | | | | Sold(part) | 08/18/2015 | K | | |
| 2273 | | | | | Buy additional | 09/30/2015 | L | | |
| 2274   - CHINA EVERBRIGHT INTERNATIONAL LIMITED | B | DIVIDEND | M | T | Buy additional | 01/28/2015 | K | | |
| 2275 | | | | | Buy additional | 01/29/2015 | J | | |
| 2276 | | | | | Buy additional | 01/30/2015 | J | | |
| 2277 | | | | | Buy additional | 02/2/2015 | J | | |
| 2278 | | | | | Buy additional | 02/3/2015 | J | | |
| 2279 | | | | | Buy additional | 02/4/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 2280 | | | | | Buy additional | 02/5/2015 | K | | |
| 2281    - CME GROUP INC | D | DIVIDEND | M | T | | | | | |
| 2282    - COCA-COLA CO | C | DIVIDEND | M | T | Buy | 10/9/2015 | M | | |
| 2283 | | | | | Buy additional | 10/20/2015 | J | | |
| 2284 | | | | | Buy additional | 10/20/2015 | K | | |
| 2285    - COMCAST CORP CL A NEW | B | DIVIDEND | M | T | Sold(part) | 01/29/2015 | K | E | |
| 2286 | | | | | Sold(part) | 01/29/2015 | M | F | |
| 2287 | | | | | Sold(part) | 04/27/2015 | K | D | |
| 2288 | | | | | Sold(part) | 05/5/2015 | J | D | |
| 2289 | | | | | Sold(part) | 05/6/2015 | K | D | |
| 2290    - COMPAGNIE FINANCIERE RICHEMONT<br>SA REG | C | DIVIDEND | M | T | | | | | |
| 2291    - CONOCOPHILLIPS | C | DIVIDEND | L | T | Buy additional | 02/3/2015 | M | | |
| 2292 | | | | | Buy additional | 02/4/2015 | J | | |
| 2293 | | | | | Buy additional | 02/24/2015 | K | | |
| 2294 | | | | | Buy additional | 08/14/2015 | K | | |
| 2295 | | | | | Buy additional | 08/17/2015 | L | | |
| 2296 | | | | | Sold(part) | 09/23/2015 | J | | |
| 2297 | | | | | Sold(part) | 09/24/2015 | L | | |
| 2298 | | | | | Sold(part) | 09/24/2015 | K | | |
| 2299 | | | | | Sold(part) | 09/25/2015 | M | | |
| 2300 | | | | | Sold(part) | 09/28/2015 | J | | |
| 2301 | | | | | Sold(part) | 09/28/2015 | J | | |
| 2302 | | | | | Sold(part) | 09/28/2015 | K | | |
| 2303 | | | | | Sold(part) | 09/29/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2304    - CREDIT SUISSE GROUP REG | B | DIVIDEND | K | T | Buy | 05/4/2015 | K | | |
| 2305    - CREDIT SUISSE GROUP RTS EXP          (X) | | NONE | | | Sold | 11/25/2015 | J | A | |
| 2306    - CRESCENT POINT ENERGY CORP | D | DIVIDEND | | | Buy | 02/11/2015 | L | | |
| 2307 | | | | | Buy additional | 02/11/2015 | K | | |
| 2308 | | | | | Buy additional | 02/12/2015 | J | | |
| 2309 | | | | | Buy additional | 02/12/2015 | J | | |
| 2310 | | | | | Buy additional | 02/12/2015 | J | | |
| 2311 | | | | | Sold (Part) | 08/11/2015 | J | | |
| 2312 | | | | | Sold (Part) | 08/12/2015 | J | | |
| 2313 | | | | | Sold (Part) | 08/13/2015 | J | | |
| 2314 | | | | | Sold (Part) | 08/17/2015 | J | | |
| 2315 | | | | | Sold (Part) | 08/27/2015 | J | | |
| 2316 | | | | | Sold | 08/28/2015 | J | | |
| 2317    - CROWN CASTLE INTERNATIONAL CORP | C | DIVIDEND | L | T | Buy | 02/10/2015 | L | | |
| 2318    - CVS HEALTH CORPORATION | A | DIVIDEND | K | T | Buy | 10/19/2015 | K | | |
| 2319    - DAIMLER AG | C | DIVIDEND | | | Buy additional | 02/9/2015 | K | | |
| 2320 | | | | | Sold (Part) | 08/10/2015 | K | | |
| 2321 | | | | | Sold (Part) | 08/11/2015 | J | | |
| 2322 | | | | | Sold (Part) | 08/11/2015 | J | | |
| 2323 | | | | | Sold (Part) | 08/11/2015 | K | | |
| 2324 | | | | | Sold (Part) | 08/11/2015 | J | | |
| 2325 | | | | | Sold (Part) | 08/11/2015 | J | | |
| 2326 | | | | | Sold (Part) | 08/11/2015 | J | | |
| 2327 | | | | | Sold (Part) | 08/12/2015 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2328 | | | | | Sold (Part) | 08/12/2015 | K | B | |
| 2329 | | | | | Sold (Part) | 08/13/2015 | K | D | |
| 2330 | | | | | Sold (Part) | 08/14/2015 | J | A | |
| 2331 | | | | | Sold | 08/14/2015 | J | C | |
| 2332   - DANAHER CORP | A | DIVIDEND | M | T | Sold(part) | 01/28/2015 | K | D | |
| 2333 | | | | | Sold(part) | 01/29/2015 | K | D | |
| 2334   - DANONE | B | DIVIDEND | L | T | Buy | 02/9/2015 | K | | |
| 2335 | | | | | Sold(part) | 06/18/2015 | J | A | |
| 2336 | | | | | Sold(part) | 11/9/2015 | J | A | |
| 2337 | | | | | Sold(part) | 11/10/2015 | K | A | |
| 2338 | | | | | Sold(part) | 11/11/2015 | J | A | |
| 2339   - DAVITA HEALTHCARE PARTNERS INC | | NONE | K | T | Sold(part) | 02/12/2015 | K | D | |
| 2340 | | | | | Buy additional | 05/29/2015 | K | | |
| 2341 | | | | | Buy additional | 05/29/2015 | J | | |
| 2342 | | | | | Buy additional | 06/1/2015 | J | | |
| 2343 | | | | | Buy additional | 06/2/2015 | K | | |
| 2344   - DBS GROUP HOLDINGS LTD | C | DIVIDEND | L | T | Sold(part) | 02/3/2015 | K | D | |
| 2345   - DELPHI AUTOMOTIVE PLC | A | DIVIDEND | L | T | Sold(part) | 02/11/2015 | J | B | |
| 2346 | | | | | Sold(part) | 02/12/2015 | J | B | |
| 2347 | | | | | Sold(part) | 02/12/2015 | L | E | |
| 2348   - DENSO CORP | B | DIVIDEND | L | T | Sold(part) | 02/9/2015 | K | D | |
| 2349   - DEUTSCHE WOHNEN AG (BEARER) | B | DIVIDEND | M | T | | | | | |
| 2350   - DEUTSCHE WOHNEN AG RTS EXP | | NONE | | | Sold (Part) | 05/29/2015 | J | A | |
| 2351 | | | | | Sold | 05/29/2015 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2352    - DIAGEO PLC | A | DIVIDEND | K | T | Sold(part) | 02/3/2015 | L | D | |
| 2353 | | | | | Sold | 04/16/2015 | K | E | |
| 2354 | | | | | Buy | 07/21/2015 | K | | |
| 2355    - DIAGEO PLC SPONSORED ADR | A | DIVIDEND | | | Sold | 04/16/2015 | J | A | |
| 2356    - DISCOVER FINANCIAL SERVICES | C | DIVIDEND | | | Buy | 03/19/2015 | K | | |
| 2357 | | | | | Buy additional | 03/19/2015 | K | | |
| 2358 | | | | | Buy additional | 03/20/2015 | K | | |
| 2359 | | | | | Buy additional | 03/20/2015 | J | | |
| 2360 | | | | | Buy additional | 03/23/2015 | J | | |
| 2361 | | | | | Buy additional | 03/24/2015 | J | | |
| 2362 | | | | | Sold (Part) | 08/28/2015 | K | | |
| 2363 | | | | | Sold | 08/31/2015 | L | | |
| 2364    - DKSH HOLDING LTD | A | DIVIDEND | L | T | | | | | |
| 2365    - DNB ASA | B | DIVIDEND | K | T | Buy | 03/30/2015 | L | | |
| 2366    - DOW CHEMICAL CO | B | DIVIDEND | L | T | | | | | |
| 2367    - EATON CORP PLC | D | DIVIDEND | M | T | Sold(part) | 01/29/2015 | J | C | |
| 2368 | | | | | Sold(part) | 01/30/2015 | K | D | |
| 2369    - ECOLAB INC | | NONE | | | Sold | 02/11/2015 | K | E | |
| 2370    - ELECTROLUX AB SER B | B | DIVIDEND | L | T | Buy | 02/3/2015 | K | | |
| 2371 | | | | | Buy additional | 02/4/2015 | K | | |
| 2372 | | | | | Buy additional | 02/6/2015 | J | | |
| 2373 | | | | | Buy additional | 02/16/2015 | K | | |
| 2374 | | | | | Buy additional | 02/17/2015 | J | | |
| 2375 | | | | | Buy additional | 02/17/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

**VII. INVESTMENTS and TRUSTS** *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2376    - ELRINGKLINGER AG | A | DIVIDEND | | | Sold(part) | 09/25/2015 | J | | |
| 2377 | | | | | Sold(part) | 09/29/2015 | J | | |
| 2378 | | | | | Sold(part) | 09/30/2015 | J | | |
| 2379 | | | | | Sold (Part) | 10/2/2015 | J | | |
| 2380 | | | | | Sold (Part) | 10/5/2015 | J | | |
| 2381 | | | | | Sold (Part) | 10/6/2015 | J | | |
| 2382 | | | | | Sold (Part) | 10/6/2015 | J | | |
| 2383 | | | | | Sold | 10/7/2015 | J | | |
| 2384    - ENBRIDGE INC C$ | D | DIVIDEND | M | T | Buy additional | 10/19/2015 | K | | |
| 2385 | | | | | Buy additional | 10/20/2015 | K | | |
| 2386    - EOG RESOURCES INC | A | DIVIDEND | L | T | Buy | 04/27/2015 | K | | |
| 2387 | | | | | Buy additional | 09/24/2015 | K | | |
| 2388 | | | | | Buy additional | 09/25/2015 | K | | |
| 2389 | | | | | Buy additional | 11/6/2015 | L | | |
| 2390    - ESSILOR INTL | B | DIVIDEND | M | T | Buy additional | 02/10/2015 | K | | |
| 2391 | | | | | Buy additional | 02/11/2015 | J | | |
| 2392 | | | | | Buy additional | 02/13/2015 | J | | |
| 2393 | | | | | Buy additional | 02/16/2015 | K | | |
| 2394    - EXPRESS SCRIPTS HOLDING CO | | NONE | M | T | Sold(part) | 01/27/2015 | K | E | |
| 2395 | | | | | Sold(part) | 01/28/2015 | L | E | |
| 2396 | | | | | Sold(part) | 01/29/2015 | L | E | |
| 2397    - EXXON MOBIL CORP | C | DIVIDEND | M | T | Buy | 08/25/2015 | L | | |
| 2398 | | | | | Buy additional | 09/25/2015 | L | | |
| 2399 | | | | | Buy additional | 09/25/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2400    - FANUC CO | D | DIVIDEND | M | T | | | | | |
| 2401    - FEDEX CORP | A | DIVIDEND | L | T | Buy additional | 02/12/2015 | L | | |
| 2402    - FIRST QUANTUM MATERIALS LTD C $ | | NONE | | | Sold (Part) | 02/3/2015 | K | | |
| 2403 | | | | | Sold | 02/3/2015 | J | | |
| 2404    - GEMALTO NV | A | DIVIDEND | L | T | Buy additional | 02/10/2015 | L | | |
| 2405 | | | | | Buy additional | 02/10/2015 | J | | |
| 2406 | | | | | Sold(part) | 09/28/2015 | J | | |
| 2407 | | | | | Sold(part) | 09/29/2015 | J | | |
| 2408 | | | | | Sold(part) | 09/30/2015 | J | | |
| 2409 | | | | | Sold(part) | 10/1/2015 | J | | |
| 2410 | | | | | Sold(part) | 12/14/2015 | J | | |
| 2411 | | | | | Sold(part) | 12/15/2015 | J | | |
| 2412 | | | | | Sold(part) | 12/17/2015 | J | | |
| 2413 | | | | | Sold(part) | 12/22/2015 | J | | |
| 2414 | | | | | Sold(part) | 12/23/2015 | J | | |
| 2415 | | | | | Sold(part) | 12/23/2015 | J | | |
| 2416 | | | | | Sold(part) | 12/24/2015 | J | | |
| 2417 | | | | | Sold(part) | 12/28/2015 | J | | |
| 2418    - GILEAD SCIENCES INC | C | DIVIDEND | M | T | Buy additional | 07/1/2015 | M | | |
| 2419    - GIVAUDAN | B | DIVIDEND | K | T | Buy | 10/13/2015 | J | | |
| 2420 | | | | | Buy additional | 10/13/2015 | J | | |
| 2421 | | | | | Buy additional | 10/14/2015 | J | | |
| 2422 | | | | | Buy additional | 10/20/2015 | K | | |
| 2423 | | | | | Buy additional | 10/21/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2424 | | | | | Buy additional | 10/29/2015 | J | | |
| 2425   - GOLDMAN SACHS GROUP INC | C | DIVIDEND | M | T | Sold(part) | 02/9/2015 | L | C | |
| 2426   - GOOGLE INC CL A              (Y) | | NONE | | T | Sold(part) | 01/29/2015 | M | E | |
| 2427   - GOOGLE INC CL C              (Y) | | NONE | | T | Sold(part) | 01/29/2015 | L | E | |
| 2428 | | | | | Sold(part) | 05/4/2015 | J | A | |
| 2429   - GREENE KING PLC | C | DIVIDEND | M | T | Buy | 01/30/2015 | J | | |
| 2430 | | | | | Buy additional | 02/2/2015 | K | | |
| 2431 | | | | | Buy additional | 02/2/2015 | J | | |
| 2432 | | | | | Buy additional | 02/3/2015 | J | | |
| 2433 | | | | | Buy additional | 02/4/2015 | J | | |
| 2434 | | | | | Buy additional | 02/4/2015 | J | | |
| 2435 | | | | | Buy additional | 02/5/2015 | J | | |
| 2436 | | | | | Buy additional | 02/5/2015 | K | | |
| 2437 | | | | | Buy additional | 02/5/2015 | J | | |
| 2438 | | | | | Buy additional | 02/25/2015 | J | | |
| 2439 | | | | | Buy additional | 02/25/2015 | J | | |
| 2440 | | | | | Buy additional | 02/26/2015 | J | | |
| 2441 | | | | | Buy additional | 03/2/2015 | J | | |
| 2442 | | | | | Buy additional | 03/2/2015 | J | | |
| 2443   - HAMAMATSU PHOTONIC KK | B | DIVIDEND | M | T | | | | | |
| 2444   - HDFC BANK LTD | A | DIVIDEND | M | T | | | | | |
| 2445   - HEXCEL CORP | B | DIVIDEND | M | T | Buy additional | 06/17/2015 | J | | |
| 2446 | | | | | Buy additional | 06/18/2015 | J | | |
| 2447 | | | | | Buy additional | 06/18/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2448 | | | | | Buy additional | 06/19/2015 | K | | |
| 2449 | | | | | Buy additional | 06/19/2015 | J | | |
| 2450   - HITACHI | A | DIVIDEND | | | Sold | 09/30/2015 | K | | |
| 2451   - HOME DEPOT INC | A | DIVIDEND | K | T | Sold(part) | 02/17/2015 | K | E | |
| 2452 | | | | | Sold(part) | 05/1/2015 | L | F | |
| 2453 | | | | | Sold(part) | 05/4/2015 | K | E | |
| 2454   - HOME RETAIL GROUP | B | DIVIDEND | | | Sold (Part) | 10/1/2015 | J | | |
| 2455 | | | | | Sold (Part) | 10/1/2015 | J | | |
| 2456 | | | | | Sold (Part) | 10/5/2015 | J | | |
| 2457 | | | | | Sold (Part) | 10/6/2015 | J | | |
| 2458 | | | | | Sold (Part) | 10/7/2015 | J | | |
| 2459 | | | | | Sold | 10/7/2015 | J | | |
| 2460   - HSBC HOLDINGS PLC UKP | B | DIVIDEND | | | Sold(part) | 05/20/2015 | J | A | |
| 2461 | | | | | Sold (Part) | 10/16/2015 | J | | |
| 2462 | | | | | Sold | 10/16/2015 | K | | |
| 2463   - IDEX CORP | B | DIVIDEND | L | T | Sold(part) | 02/13/2015 | J | C | |
| 2464 | | | | | Sold(part) | 02/17/2015 | K | D | |
| 2465 | | | | | Sold(part) | 02/17/2015 | J | C | |
| 2466 | | | | | Sold(part) | 02/18/2015 | J | B | |
| 2467   - ILLINOIS TOOL WORKS INC | | NONE | | | Sold | 02/12/2015 | K | D | |
| 2468   - ILLUMINA INC | | NONE | M | T | Buy | 08/24/2015 | K | | |
| 2469 | | | | | Buy additional | 09/1/2015 | K | | |
| 2470 | | | | | Buy additional | 09/18/2015 | L | | |
| 2471   - IMPERIAL TOBACCO PLC | D | DIVIDEND | M | T | Buy additional | 01/19/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2472 | | | | | Buy additional | 01/21/2015 | L | | |
| 2473 | | | | | Buy additional | 01/22/2015 | J | | |
| 2474 | | | | | Buy additional | 01/27/2015 | K | | |
| 2475 | | | | | Buy additional | 01/30/2015 | L | | |
| 2476  - INCYTE CORP | | NONE | M | T | Buy additional | 01/8/2015 | J | | |
| 2477  - INDITEX                (Y) | | NONE | | | | | | | |
| 2478  - INDUSTRIA DE DISENO TEXTIL S A | | NONE | | | Sold (Part) | 01/28/2015 | K | C | |
| 2479 | | | | | Sold (Part) | 01/29/2015 | K | C | |
| 2480 | | | | | Sold | 01/29/2015 | J | A | |
| 2481  - INFOSYS TECHNOLOGIES ADR | B | DIVIDEND | | | Buy additional | 02/20/2015 | J | | |
| 2482 | | | | | Buy additional | 02/20/2015 | K | | |
| 2483 | | | | | Sold(part) | 03/31/2015 | J | | |
| 2484 | | | | | Sold (Part) | 04/1/2015 | J | A | |
| 2485 | | | | | Sold (Part) | 04/1/2015 | K | A | |
| 2486 | | | | | Sold (Part) | 04/2/2015 | J | A | |
| 2487 | | | | | Sold (Part) | 04/2/2015 | J | B | |
| 2488 | | | | | Sold (Part) | 04/6/2015 | J | A | |
| 2489 | | | | | Sold (Part) | 04/6/2015 | J | A | |
| 2490 | | | | | Sold (Part) | 04/6/2015 | J | A | |
| 2491 | | | | | Sold (Part) | 04/7/2015 | K | C | |
| 2492 | | | | | Sold | 04/7/2015 | K | C | |
| 2493  - INTERNATIONAL BUSINESS MACHINES CORP | B | DIVIDEND | L | T | Buy | 11/25/2015 | K | | |
| 2494 | | | | | Buy additional | 11/27/2015 | J | | |
| 2495 | | | | | Buy additional | 11/27/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2496    - IRON MOUNTAIN INCORPORATED | D | DIVIDEND | M | T | Sold(part) | 03/30/2015 | J | B | |
| 2497 | | | | | Sold(part) | 03/31/2015 | J | B | |
| 2498 | | | | | Sold(part) | 04/1/2015 | K | D | |
| 2499    - JABIL CIRCUIT INC | B | DIVIDEND | L | T | | | | | |
| 2500    - JACK HENRY & ASSOC INC | B | DIVIDEND | M | T | Sold(part) | 02/6/2015 | K | D | |
| 2501 | | | | | Sold(part) | 02/9/2015 | J | C | |
| 2502 | | | | | Sold(part) | 02/10/2015 | K | E | |
| 2503    - JARDINE MATHESON HLD | B | DIVIDEND | L | T | | | | | |
| 2504    - JPMORGAN CHASE & CO | C | DIVIDEND | M | T | | | | | |
| 2505    - JULIUS BAER GROUP LTD | B | DIVIDEND | | | Sold | 10/16/2015 | L | D | |
| 2506    - KEYENCE CORP | A | DIVIDEND | N | T | Sold(part) | 02/4/2015 | K | E | |
| 2507 | | | | | Buy additional | 05/25/2015 | L | | |
| 2508    - KINDER MORGAN INC | D | DIVIDEND | K | T | Buy | 04/28/2015 | L | | |
| 2509 | | | | | Buy additional | 04/28/2015 | K | | |
| 2510 | | | | | Buy additional | 07/30/2015 | L | | |
| 2511 | | | | | Buy additional | 08/10/2015 | J | | |
| 2512 | | | | | Buy additional | 08/11/2015 | J | | |
| 2513 | | | | | Sold(part) | 10/16/2015 | K | | |
| 2514 | | | | | Sold(part) | 10/19/2015 | K | | |
| 2515 | | | | | Sold(part) | 10/19/2015 | J | | |
| 2516    - KLA-TENCOR CORP | | NONE | | | Sold (Part) | 02/19/2015 | J | C | |
| 2517 | | | | | Sold | 02/20/2015 | J | B | |
| 2518    - KLX INC | | NONE | | | Sold (Part) | 02/11/2015 | J | | |
| 2519 | | | | | Sold (Part) | 02/11/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2520 | | | | | Sold (Part) | 02/12/2015 | J | | |
| 2521 | | | | | Sold (Part) | 02/12/2015 | J | | |
| 2522 | | | | | Sold | 02/13/2015 | J | A | |
| 2523   - KONINKLIJKE DSM NV | | NONE | | | Sold (Part) | 02/9/2015 | J | | |
| 2524 | | | | | Sold (Part) | 02/10/2015 | J | | |
| 2525 | | | | | Sold | 02/11/2015 | J | | |
| 2526   - L'AIR LIQUIDE | B | DIVIDEND | L | T | Sold(part) | 01/30/2015 | L | E | |
| 2527   - LAS VEGAS SANDS CORP | D | DIVIDEND | M | T | Buy | 04/15/2015 | K | | |
| 2528 | | | | | Buy additional | 04/16/2015 | L | | |
| 2529 | | | | | Buy additional | 04/16/2015 | L | | |
| 2530 | | | | | Buy additional | 04/17/2015 | J | | |
| 2531 | | | | | Buy additional | 04/17/2015 | K | | |
| 2532 | | | | | Buy additional | 10/20/2015 | L | | |
| 2533 | | | | | Sold(part) | 12/31/2015 | K | | |
| 2534   - LIBERTY GLOBAL PLC CL A | | NONE | M | T | | | | | |
| 2535   - LIBERTY GLOBAL PLC CL C          (Y) | | NONE | | | | | | | |
| 2536   - LIBERTY LILAC GROUP CL A          (Y) | | NONE | | | Sold (Part) | 07/2/2015 | J | A | |
| 2537 | | | | | Sold (Part) | 07/22/2015 | J | A | |
| 2538 | | | | | Sold (Part) | 07/22/2015 | J | A | |
| 2539 | | | | | Sold (Part) | 08/5/2015 | J | A | |
| 2540   - LIBERTY LILAC GROUP CL C          (Y) | | NONE | | | Sold (Part) | 07/2/2015 | J | A | |
| 2541 | | | | | Sold (Part) | 07/21/2015 | J | A | |
| 2542   - LILLY ELI & CO | C | DIVIDEND | M | T | Buy | 07/2/2015 | K | | |
| 2543 | | | | | Buy additional | 07/6/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2544 | | | | | Buy additional | 07/7/2015 | L | | |
| 2545 | | | | | Buy additional | 07/15/2015 | K | | |
| 2546 | | | | | Buy additional | 07/21/2015 | J | | |
| 2547 | | | | | Buy additional | 10/15/2015 | K | | |
| 2548    - LLOYDS TSB GROUP PLC | B | DIVIDEND | M | T | | | | | |
| 2549    - L'OREAL | C | DIVIDEND | M | T | Buy additional | 02/9/2015 | K | | |
| 2550    - LYONDELLBASELL INDUSTRIES NV | C | DIVIDEND | L | T | Buy | 02/9/2015 | L | | |
| 2551 | | | | | Buy additional | 02/9/2015 | L | | |
| 2552 | | | | | Sold(part) | 09/10/2015 | K | | |
| 2553 | | | | | Sold(part) | 09/11/2015 | J | | |
| 2554    - MARKS & SPENCER GROUP PLC | C | DIVIDEND | L | T | Buy | 02/4/2015 | K | | |
| 2555 | | | | | Buy additional | 02/5/2015 | K | | |
| 2556 | | | | | Buy additional | 02/9/2015 | J | | |
| 2557    - MARSH & MCLENNAN COS INC | C | DIVIDEND | M | T | Buy additional | 02/13/2015 | K | | |
| 2558    - MEDTRONIC PLC | A | DIVIDEND | K | T | Buy | 06/16/2015 | J | | |
| 2559 | | | | | Buy additional | 06/17/2015 | J | | |
| 2560 | | | | | Buy additional | 06/17/2015 | J | | |
| 2561 | | | | | Buy additional | 06/17/2015 | J | | |
| 2562 | | | | | Buy additional | 06/18/2015 | K | | |
| 2563 | | | | | Buy additional | 06/19/2015 | J | | |
| 2564    - MEGGITT PLC | A | DIVIDEND | K | T | Buy additional | 02/2/2015 | L | | |
| 2565 | | | | | Buy additional | 02/3/2015 | J | | |
| 2566 | | | | | Sold(part) | 12/2/2015 | J | | |
| 2567 | | | | | Sold(part) | 12/3/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2568 | | | | | Sold(part) | 12/3/2015 | J | | |
| 2569 | | | | | Sold(part) | 12/7/2015 | J | | |
| 2570 | | | | | Sold(part) | 12/14/2015 | K | | |
| 2571 | | | | | Sold(part) | 12/16/2015 | J | | |
| 2572 | | | | | Sold(part) | 12/17/2015 | J | | |
| 2573 | | | | | Sold(part) | 12/21/2015 | J | | |
| 2574 | | | | | Sold(part) | 12/21/2015 | K | | |
| 2575 | | | | | Sold(part) | 12/22/2015 | J | | |
| 2576 | | | | | Sold(part) | 12/23/2015 | J | | |
| 2577 | | | | | Sold(part) | 12/23/2015 | J | | |
| 2578 - MERCURY GENERAL CORP | C | DIVIDEND | L | T | Buy | 01/30/2015 | L | | |
| 2579 | | | | | Buy additional | 02/2/2015 | J | | |
| 2580 | | | | | Buy additional | 02/3/2015 | J | | |
| 2581 | | | | | Buy additional | 02/4/2015 | J | | |
| 2582 | | | | | Buy additional | 02/5/2015 | J | | |
| 2583 | | | | | Buy additional | 02/5/2015 | J | | |
| 2584 | | | | | Buy additional | 02/6/2015 | J | | |
| 2585 | | | | | Buy additional | 02/9/2015 | J | | |
| 2586 - MICROSOFT CORP | C | DIVIDEND | M | T | Buy additional | 08/27/2015 | L | | |
| 2587 - MONSANTO CO NEW COM | B | DIVIDEND | M | T | Sold(part) | 02/6/2015 | L | E | |
| 2588 | | | | | Sold(part) | 02/9/2015 | K | D | |
| 2589 - MOODYS CORP | B | DIVIDEND | M | T | Buy | 03/17/2015 | J | | |
| 2590 | | | | | Buy additional | 03/17/2015 | J | | |
| 2591 | | | | | Buy additional | 03/18/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2592 | | | | | Buy additional | 03/18/2015 | K | | |
| 2593 | | | | | Buy additional | 03/19/2015 | J | | |
| 2594 | | | | | Buy additional | 03/19/2015 | J | | |
| 2595 | | | | | Buy additional | 03/23/2015 | J | | |
| 2596 | | | | | Buy additional | 03/25/2015 | J | | |
| 2597 | | | | | Buy additional | 03/27/2015 | K | | |
| 2598 | | | | | Buy additional | 03/30/2015 | K | | |
| 2599 | | | | | Buy additional | 03/31/2015 | J | | |
| 2600 | | | | | Buy additional | 05/15/2015 | K | | |
| 2601 | | | | | Buy additional | 05/15/2015 | K | | |
| 2602    - MOSAIC CO/THE | B | DIVIDEND | | | Buy | 03/2/2015 | K | | |
| 2603 | | | | | Buy additional | 03/3/2015 | K | | |
| 2604 | | | | | Sold | 09/24/2015 | K | | |
| 2605    - MURATA MANUFACTURING CO LTD | B | DIVIDEND | M | T | Buy additional | 03/3/2015 | K | | |
| 2606 | | | | | Buy additional | 03/4/2015 | L | | |
| 2607 | | | | | Buy additional | 05/25/2015 | K | | |
| 2608    - NATIONAL GRID PLC | D | DIVIDEND | M | T | Buy additional | 02/5/2015 | L | | |
| 2609 | | | | | Sold(part) | 07/1/2015 | J | | |
| 2610 | | | | | Sold(part) | 07/1/2015 | K | | |
| 2611 | | | | | Sold(part) | 10/13/2015 | K | | |
| 2612    - NESTLE SA REG | D | DIVIDEND | N | T | Buy additional | 04/29/2015 | K | | |
| 2613 | | | | | Buy additional | 09/11/2015 | L | | |
| 2614 | | | | | Buy additional | 10/14/2015 | K | | |
| 2615    - NEWELL RUBBERMAID INC | C | DIVIDEND | M | T | Sold(part) | 02/9/2015 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

**VII. INVESTMENTS and TRUSTS** —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2616 | | | | | Sold(part) | 02/10/2015 | K | E | |
| 2617 | | | | | Sold(part) | 04/14/2015 | J | C | |
| 2618 | | | | | Sold(part) | 04/15/2015 | J | B | |
| 2619 | | | | | Sold(part) | 04/28/2015 | K | D | |
| 2620 | | | | | Sold(part) | 04/29/2015 | J | D | |
| 2621 | | | | | Sold(part) | 04/30/2015 | J | B | |
| 2622 | | | | | Sold(part) | 04/30/2015 | J | B | |
| 2623 | | | | | Sold(part) | 05/1/2015 | J | D | |
| 2624 | | | | | Sold(part) | 05/1/2015 | K | D | |
| 2625 | | | | | Sold(part) | 05/4/2015 | J | B | |
| 2626 | | | | | Sold(part) | 05/4/2015 | K | D | |
| 2627 - NIELSEN HOLDINGS PLC (FORMERLY NIELSEN HOLDINGS NV US$) | C | DIVIDEND | M | T | Sold(part) | 02/12/2015 | J | B | |
| 2628 | | | | | Sold(part) | 02/12/2015 | K | D | |
| 2629 - NOBLE ENERGY INC | A | DIVIDEND | | | Sold(part) | 02/5/2015 | L | D | |
| 2630 | | | | | Sold(part) | 02/6/2015 | K | C | |
| 2631 | | | | | Sold(part) | 05/14/2015 | K | C | |
| 2632 | | | | | Sold(part) | 05/14/2015 | J | B | |
| 2633 | | | | | Sold(part) | 05/15/2015 | J | A | |
| 2634 | | | | | Sold | 08/27/2015 | K | | |
| 2635 - NORDSTROM INC | | NONE | | | Sold | 02/10/2015 | K | E | |
| 2636 - NORFOLK SOUTHERN CORP | C | DIVIDEND | L | T | Sold(part) | 02/6/2015 | K | D | |
| 2637 | | | | | Buy additional | 06/30/2015 | J | | |
| 2638 | | | | | Buy additional | 07/1/2015 | L | | |
| 2639 | | | | | Sold(part) | 10/5/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2640 | | | | | Sold(part) | 10/6/2015 | L | | |
| 2641 | | | | | Sold(part) | 10/6/2015 | J | | |
| 2642     - NOVARTIS AG NAMEN | D | DIVIDEND | N | T | Buy additional | 02/3/2015 | M | | |
| 2643     - NOVO NORDISK A/S CL B | C | DIVIDEND | N | T | Buy | 05/26/2015 | L | | |
| 2644     - NTT DOCOMO | B | DIVIDEND | K | T | Buy | 07/27/2015 | J | | |
| 2645 | | | | | Buy additional | 07/28/2015 | K | | |
| 2646 | | | | | Buy additional | 07/29/2015 | K | | |
| 2647     - NUCOR CORP | B | DIVIDEND | L | T | Buy | 02/11/2015 | J | | |
| 2648 | | | | | Buy additional | 02/11/2015 | L | | |
| 2649 | | | | | Buy additional | 02/11/2015 | J | | |
| 2650     - OCCIDENTAL PETROLEUM CORP | D | DIVIDEND | M | T | Buy | 09/25/2015 | L | | |
| 2651 | | | | | Buy additional | 09/28/2015 | K | | |
| 2652 | | | | | Buy additional | 12/3/2015 | K | | |
| 2653     - ORACLE CORP | A | DIVIDEND | K | T | Sold(part) | 08/28/2015 | K | D | |
| 2654     - ORACLE CORP JAPAN | A | DIVIDEND | K | T | | | | | |
| 2655     - PACWEST BANCORP | C | DIVIDEND | L | T | Buy additional | 02/6/2015 | J | | |
| 2656 | | | | | Buy additional | 02/9/2015 | K | | |
| 2657 | | | | | Buy additional | 02/10/2015 | J | | |
| 2658 | | | | | Buy additional | 02/11/2015 | K | | |
| 2659 | | | | | Buy additional | 02/24/2015 | J | | |
| 2660 | | | | | Buy additional | 02/25/2015 | K | | |
| 2661     - PANERA BREAD CO CL A | | NONE | K | T | Buy | 12/4/2015 | K | | |
| 2662     - PAYCHEX INC | C | DIVIDEND | M | T | Buy | 02/5/2015 | K | | |
| 2663 | | | | | Buy additional | 02/6/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2664 | | | | | Buy additional | 02/9/2015 | K | | |
| 2665 | | | | | Buy additional | 02/25/2015 | J | | |
| 2666 | | | | | Buy additional | 02/27/2015 | J | | |
| 2667    - PERNOD RICARD SA | C | DIVIDEND | M | T | Buy additional | 02/9/2015 | K | | |
| 2668 | | | | | Buy additional | 02/11/2015 | K | | |
| 2669 | | | | | Buy additional | 02/12/2015 | K | | |
| 2670 | | | | | Buy additional | 05/25/2015 | K | | |
| 2671    - PFIZER INC | C | DIVIDEND | M | T | Buy | 02/4/2015 | J | | |
| 2672 | | | | | Buy additional | 02/4/2015 | M | | |
| 2673 | | | | | Buy additional | 02/5/2015 | J | | |
| 2674    - PHILIP MORRIS INTERNATIONAL INC | D | DIVIDEND | M | T | Buy additional | 02/13/2015 | K | | |
| 2675    - PNC FINANCIAL SERVICES GROUP INC | B | DIVIDEND | M | T | Buy additional | 02/17/2015 | K | | |
| 2676 | | | | | Buy additional | 03/19/2015 | K | | |
| 2677 | | | | | Buy additional | 03/23/2015 | K | | |
| 2678    - PRAXAIR INC | B | DIVIDEND | L | T | Sold(part) | 08/17/2015 | K | | |
| 2679 | | | | | Sold(part) | 08/18/2015 | L | | |
| 2680 | | | | | Buy additional | 09/29/2015 | L | | |
| 2681 | | | | | Buy additional | 09/30/2015 | K | | |
| 2682    - PRECISION CASTPARTS CORP | A | DIVIDEND | | | Buy | 05/20/2015 | L | | |
| 2683 | | | | | Buy additional | 05/26/2015 | J | | |
| 2684 | | | | | Sold | 08/28/2015 | L | C | |
| 2685    - PROCTER & GAMBLE CO | D | DIVIDEND | M | T | Buy | 08/11/2015 | K | | |
| 2686 | | | | | Buy additional | 08/11/2015 | L | | |
| 2687 | | | | | Buy additional | 08/12/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2688 | | | | | Buy additional | 08/24/2015 | K | | |
| 2689    - PROGRESSIVE CORP OHIO | | NONE | | | Sold | 02/12/2015 | K | D | |
| 2690    - PRUDENTIAL PLC | B | DIVIDEND | K | T | | | | | |
| 2691    - QUALCOMM INC | | NONE | | | Sold (Part) | 01/27/2015 | K | D | |
| 2692 | | | | | Sold (Part) | 03/19/2015 | K | E | |
| 2693 | | | | | Sold | 03/20/2015 | K | D | |
| 2694    - RIO TINTO PLC REG | C | DIVIDEND | K | T | Sold(part) | 09/2/2015 | K | | |
| 2695    - ROCHE HOLDING AG GENUSSCHEIN | D | DIVIDEND | M | T | | | | | |
| 2696    - ROYAL CARIBBEAN CRUISES | C | DIVIDEND | M | T | | | | | |
| 2697    - SAFRAN SA | C | DIVIDEND | M | T | Buy additional | 01/27/2015 | M | | |
| 2698 | | | | | Buy additional | 01/28/2015 | K | | |
| 2699 | | | | | Buy additional | 01/29/2015 | J | | |
| 2700 | | | | | Buy additional | 01/30/2015 | K | | |
| 2701 | | | | | Buy additional | 01/30/2015 | J | | |
| 2702 | | | | | Buy additional | 05/4/2015 | K | | |
| 2703    - SAMPO OYJ A SHS | D | DIVIDEND | N | T | Buy additional | 02/9/2015 | L | | |
| 2704    - SAMSONITE INTERNATIONAL SA | A | DIVIDEND | K | T | Buy | 09/29/2015 | J | | |
| 2705 | | | | | Buy additional | 09/30/2015 | J | | |
| 2706 | | | | | Buy additional | 10/5/2015 | J | | |
| 2707 | | | | | Buy additional | 10/6/2015 | J | | |
| 2708 | | | | | Buy additional | 10/7/2015 | J | | |
| 2709 | | | | | Buy additional | 10/7/2015 | J | | |
| 2710    - SAMSUNG ELEC GDS N/V PF | B | DIVIDEND | | | Sold | 06/10/2015 | M | F | |
| 2711    - SCHLUMBERGER LTD | C | DIVIDEND | M | T | Sold(part) | 02/4/2015 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2712    - SCHNEIDER ELECTRIC SA | B | DIVIDEND | | | Sold(part) | 07/16/2015 | K | | |
| 2713 | | | | | Sold(part) | 09/8/2015 | J | | |
| 2714 | | | | | Sold(part) | 09/9/2015 | J | A | |
| 2715 | | | | | Sold(part) | 09/9/2015 | J | A | |
| 2716 | | | | | Sold(part) | 09/16/2015 | J | A | |
| 2717 | | | | | Sold (Part) | 11/4/2015 | J | A | |
| 2718 | | | | | Sold (Part) | 12/11/2015 | J | A | |
| 2719 | | | | | Sold (Part) | 12/11/2015 | J | A | |
| 2720 | | | | | Sold (Part) | 12/14/2015 | K | A | |
| 2721 | | | | | Sold (Part) | 12/15/2015 | J | A | |
| 2722 | | | | | Sold | 12/16/2015 | J | A | |
| 2723    - SCHWAB CHARLES NEW | | NONE | | | Sold | 02/11/2015 | K | D | |
| 2724    - SCOTTISH & SOUTHERN ENERGY | D | DIVIDEND | M | T | Buy | 01/30/2015 | J | | |
| 2725 | | | | | Buy additional | 01/30/2015 | L | | |
| 2726 | | | | | Buy additional | 02/2/2015 | J | | |
| 2727 | | | | | Buy additional | 02/3/2015 | J | | |
| 2728 | | | | | Buy additional | 02/4/2015 | K | | |
| 2729 | | | | | Buy additional | 02/6/2015 | J | | |
| 2730 | | | | | Buy additional | 02/6/2015 | J | | |
| 2731 | | | | | Buy additional | 02/9/2015 | J | | |
| 2732    - SCRIPPS NETWORKS INTERACTIVE | B | DIVIDEND | L | T | Buy additional | 08/6/2015 | J | | |
| 2733 | | | | | Buy additional | 08/7/2015 | J | | |
| 2734 | | | | | Buy additional | 08/12/2015 | J | | |
| 2735 | | | | | Sold(part) | 09/22/2015 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2736 | | | | | Sold(part) | 09/23/2015 | J | | |
| 2737    - SEATTLE GENETICS INC | | NONE | | | Sold (Part) | 01/26/2015 | J | B | |
| 2738 | | | | | Sold (Part) | 01/26/2015 | J | B | |
| 2739 | | | | | Sold (Part) | 01/27/2015 | J | B | |
| 2740 | | | | | Sold (Part) | 01/27/2015 | K | D | |
| 2741 | | | | | Sold (Part) | 01/28/2015 | J | C | |
| 2742 | | | | | Sold (Part) | 01/29/2015 | J | B | |
| 2743 | | | | | Sold (Part) | 01/30/2015 | J | B | |
| 2744 | | | | | Sold (Part) | 02/2/2015 | J | B | |
| 2745 | | | | | Sold (Part) | 02/3/2015 | K | D | |
| 2746 | | | | | Sold (Part) | 02/4/2015 | J | B | |
| 2747 | | | | | Sold (Part) | 02/4/2015 | K | D | |
| 2748 | | | | | Sold (Part) | 02/5/2015 | J | B | |
| 2749 | | | | | Sold (Part) | 02/5/2015 | J | D | |
| 2750 | | | | | Sold | 02/6/2015 | J | C | |
| 2751    - SEMPRA ENERGY | B | DIVIDEND | L | T | Buy | 09/10/2015 | K | | |
| 2752 | | | | | Buy additional | 09/11/2015 | K | | |
| 2753    - SES FDR CL A (PARIS) | B | DIVIDEND | L | T | Sold(part) | 01/29/2015 | K | C | |
| 2754 | | | | | Sold(part) | 01/29/2015 | J | C | |
| 2755 | | | | | Sold(part) | 01/30/2015 | K | D | |
| 2756 | | | | | Sold(part) | 01/30/2015 | J | B | |
| 2757 | | | | | Sold(part) | 09/11/2015 | J | B | |
| 2758 | | | | | Sold(part) | 09/11/2015 | K | B | |
| 2759    - SIEMENS AG NAMEN | C | DIVIDEND | L | T | Sold(part) | 02/9/2015 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2760 | | | | | Sold(part) | 07/10/2015 | L | | |
| 2761 - SIGNET JEWELERS LTD | | NONE | | | Sold | 02/10/2015 | K | E | |
| 2762 - SINGAPORE TELECOMM | D | DIVIDEND | M | T | Buy additional | 04/29/2015 | L | | |
| 2763 - SIRIUS XM HOLDINGS INC | | NONE | L | T | Sold(part) | 02/9/2015 | L | C | |
| 2764 | | | | | Sold(part) | 02/9/2015 | J | A | |
| 2765 | | | | | Sold(part) | 02/9/2015 | J | B | |
| 2766 - SMC CORP | B | DIVIDEND | M | T | Sold(part) | 02/9/2015 | L | E | |
| 2767 - SOFTBANK CORP | B | DIVIDEND | M | T | Buy additional | 02/9/2015 | L | | |
| 2768 - SSGA US MONTY MARKET FUND | | NONE | O | T | | | | | |
| 2769 - ST JUDE MEDICAL | A | DIVIDEND | L | T | Sold(part) | 03/3/2015 | K | | |
| 2770 | | | | | Sold(part) | 03/4/2015 | L | A | |
| 2771 - STARBUCKS CORP | B | DIVIDEND | M | T | Buy additional | 01/28/2015 | K | | |
| 2772 - SUN HUNG KAI PROP | | NONE | | | Sold | 02/9/2015 | J | B | |
| 2773 - SVENSKA HANDELSBKEN A | C | DIVIDEND | L | T | Buy additional | 02/9/2015 | L | | |
| 2774 - SYDNEY AIRPORT STAPLED SECURITY | B | DIVIDEND | K | T | Buy | 10/14/2015 | J | | |
| 2775 | | | | | Buy additional | 10/15/2015 | J | | |
| 2776 | | | | | Buy additional | 10/20/2015 | J | | |
| 2777 | | | | | Buy additional | 10/22/2015 | J | | |
| 2778 | | | | | Buy additional | 10/26/2015 | J | | |
| 2779 | | | | | Buy additional | 10/28/2015 | J | | |
| 2780 | | | | | Buy additional | 10/29/2015 | J | | |
| 2781 | | | | | Buy additional | 11/3/2015 | J | | |
| 2782 | | | | | Buy additional | 11/4/2015 | J | | |
| 2783 - SYSMEX CORP | B | DIVIDEND | M | T | Sold(part) | 02/6/2015 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2784 | | | | | Sold(part) | 02/9/2015 | J | C | |
| 2785 | | | | | Sold(part) | 02/10/2015 | J | D | |
| 2786 | | | | | Sold(part) | 02/12/2015 | J | D | |
| 2787  - TAIWAN SEMICONDUCTOR SPONS ADR | C | DIVIDEND | M | T | Buy additional | 02/5/2015 | L | | |
| 2788 | | | | | Buy additional | 02/6/2015 | J | | |
| 2789 | | | | | Buy additional | 08/12/2015 | K | | |
| 2790 | | | | | Buy additional | 08/12/2015 | K | | |
| 2791  - TATE & LYLE PLC | C | DIVIDEND | L | T | Buy | 01/29/2015 | J | | |
| 2792 | | | | | Buy additional | 01/29/2015 | J | | |
| 2793 | | | | | Buy additional | 01/30/2015 | K | | |
| 2794 | | | | | Buy additional | 02/2/2015 | J | | |
| 2795 | | | | | Buy additional | 02/2/2015 | K | | |
| 2796 | | | | | Buy additional | 02/3/2015 | K | | |
| 2797 | | | | | Buy additional | 03/2/2015 | J | | |
| 2798 | | | | | Buy additional | 03/3/2015 | J | | |
| 2799  - TEXAS INSTRUMENTS INC | C | DIVIDEND | M | T | | | | | |
| 2800  - THE WALT DISNEY CO | | NONE | | | Sold | 02/11/2015 | K | E | |
| 2801  - TOTAL SA (FR) | D | DIVIDEND | M | T | Buy additional | 10/12/2015 | K | | |
| 2802 | | | | | Buy additional | 10/13/2015 | J | | |
| 2803 | | | | | Buy additional | 10/14/2015 | K | | |
| 2804 | | | | | Sold(part) | 11/10/2015 | J | | |
| 2805  - TOWERS WATSON & COMPANY CL | A | DIVIDEND | L | T | Sold (Part) | 02/2/2015 | J | A | |
| 2806 | | | | | Sold (Part) | 02/2/2015 | J | A | |
| 2807 | | | | | Sold (Part) | 02/3/2015 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS —*income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2808   - TREND MICRO INC | B | DIVIDEND | L | T | Sold(part) | 02/5/2015 | K | | |
| 2809   - UBS GROUP AG | B | DIVIDEND | K | T | | | | | |
| 2810   - UNILEVER PLC | D | DIVIDEND | N | T | Buy additional | 02/11/2015 | K | | |
| 2811   - UNITED TECHNOLOGIES CORP | B | DIVIDEND | K | T | Sold(part) | 02/13/2015 | M | F | |
| 2812   - UNITEDHEALTH GROUP INC | | NONE | | | Sold | 02/4/2015 | M | F | |
| 2813   - VERISIGN INC | | NONE | M | T | Sold(part) | 02/3/2015 | K | D | |
| 2814 | | | | | Sold(part) | 02/3/2015 | K | C | |
| 2815 | | | | | Sold(part) | 02/4/2015 | L | E | |
| 2816 | | | | | Sold(part) | 02/5/2015 | L | D | |
| 2817 | | | | | Sold(part) | 02/6/2015 | J | | |
| 2818 | | | | | Sold(part) | 04/15/2015 | J | B | |
| 2819 | | | | | Sold(part) | 04/15/2015 | J | C | |
| 2820 | | | | | Sold(part) | 04/16/2015 | J | B | |
| 2821 | | | | | Sold(part) | 04/17/2015 | J | B | |
| 2822 | | | | | Sold(part) | 04/17/2015 | J | B | |
| 2823 | | | | | Sold(part) | 04/20/2015 | J | A | |
| 2824   - VERIZON COMMUNICATIONS | D | DIVIDEND | M | T | Buy additional | 02/12/2015 | K | | |
| 2825   - VIACOM INC CLASS B | C | DIVIDEND | M | T | Buy | 08/11/2015 | K | | |
| 2826 | | | | | Buy additional | 08/12/2015 | L | | |
| 2827 | | | | | Buy additional | 08/13/2015 | L | | |
| 2828 | | | | | Buy additional | 08/14/2015 | J | | |
| 2829   - VISA INC CL A | B | DIVIDEND | M | T | Buy additional | 05/22/2015 | L | | |
| 2830   - VODAFONE GROUP PLC | D | DIVIDEND | M | T | Buy additional | 09/2/2015 | K | | |
| 2831   - VTECH HOLDINGS LTD | D | DIVIDEND | L | T | Buy | 01/28/2015 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2832 | | | | | Buy additional | 01/28/2015 | J | | |
| 2833 | | | | | Buy additional | 01/29/2015 | J | | |
| 2834 | | | | | Buy additional | 01/30/2015 | J | | |
| 2835 | | | | | Buy additional | 02/2/2015 | J | | |
| 2836 | | | | | Buy additional | 02/3/2015 | J | | |
| 2837 | | | | | Buy additional | 02/4/2015 | J | | |
| 2838 | | | | | Buy additional | 02/9/2015 | J | | |
| 2839 | | | | | Buy additional | 02/10/2015 | K | | |
| 2840 | | | | | Buy additional | 02/10/2015 | J | | |
| 2841 | | | | | Buy additional | 02/11/2015 | J | | |
| 2842 - WASTE CONNECTIONS INC | | NONE | | | Sold (Part) | 02/6/2015 | L | C | |
| 2843 | | | | | Sold (Part) | 02/9/2015 | J | B | |
| 2844 | | | | | Sold | 02/9/2015 | K | B | |
| 2845 - WASTE MANAGEMENT INC | A | DIVIDEND | K | T | Buy | 10/20/2015 | J | | |
| 2846 | | | | | Buy additional | 10/21/2015 | K | | |
| 2847 - WELLS FARGO & CO (NEW) | C | DIVIDEND | M | T | | | | | |
| 2848 - WYNN MACAU LTD | B | DIVIDEND | K | T | Buy additional | 02/6/2015 | K | | |
| 2849 | | | | | Buy additional | 08/14/2015 | J | | |
| 2850 | | | | | Buy additional | 08/17/2015 | J | | |
| 2851 | | | | | Buy additional | 08/19/2015 | J | | |
| 2852 | | | | | Buy additional | 08/21/2015 | J | | |
| 2853 | | | | | Buy additional | 08/25/2015 | J | | |
| 2854 | | | | | Buy additional | 08/27/2015 | J | | |
| 2855 | | | | | Buy additional | 08/28/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 1/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2856 | | | | | Sold(part) | 10/2/2015 | J | | |
| 2857 | | | | | Sold(part) | 10/5/2015 | J | | |
| 2858  - WYNN RESORTS LTD | A | DIVIDEND | | | Buy | 05/8/2015 | J | | |
| 2859 | | | | | Buy additional | 05/11/2015 | J | | |
| 2860 | | | | | Buy additional | 08/13/2015 | K | | |
| 2861 | | | | | Sold (Part) | 09/21/2015 | J | | |
| 2862 | | | | | Sold | 09/22/2015 | K | | |
| 2863  - XILINX INC | C | DIVIDEND | M | T | Buy additional | 02/12/2015 | J | | |
| 2864 | | | | | Buy additional | 02/12/2015 | J | | |
| 2865 | | | | | Buy additional | 02/12/2015 | J | | |
| 2866 | | | | | Buy additional | 02/13/2015 | J | | |
| 2867 | | | | | Buy additional | 02/13/2015 | K | | |
| 2868 | | | | | Buy additional | 02/17/2015 | J | | |
| 2869 | | | | | Buy additional | 12/4/2015 | K | | |
| 2870  - YUM BRANDS INC | C | DIVIDEND | M | T | Buy | 09/16/2015 | K | | |
| 2871 | | | | | Buy additional | 09/17/2015 | K | | |
| 2872 | | | | | Buy additional | 10/6/2015 | J | | |
| 2873 | | | | | Buy additional | 10/7/2015 | J | | |
| 2874 | | | | | Buy additional | 10/19/2015 | K | | |
| 2875 | | | | | Buy additional | 10/20/2015 | K | | |
| 2876 | | | | | Buy additional | 10/20/2015 | K | | |
| 2877  - ZODIAC AEROSPACE | B | DIVIDEND | M | T | Sold(part) | 05/22/2015 | K | A | |
| 2878 | | | | | Sold(part) | 05/26/2015 | J | A | |
| 2879 | | | | | Sold(part) | 05/27/2015 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

**Name of Person Reporting**
Barry, Maryanne T.

**Date of Report**
1/16/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2880 | | | | | Sold(part) | 05/28/2015 | J | A | |
| 2881 | | | | | Sold(part) | 06/3/2015 | J | A | |
| 2882 | | | | | Sold(part) | 06/4/2015 | J | A | |
| 2883 | | | | | Sold(part) | 06/18/2015 | J | | |
| 2884 | | | | | Sold(part) | 06/19/2015 | J | | |
| 2885 | | | | | Sold(part) | 10/1/2015 | J | | |
| 2886 | | | | | Sold(part) | 10/1/2015 | K | | |
| 2887 | | | | | Buy additional | 11/9/2015 | J | | |
| 2888 | | | | | Buy additional | 11/9/2015 | J | | |
| 2889 | | | | | Buy additional | 11/10/2015 | J | | |
| 2890 | | | | | Buy additional | 11/10/2015 | J | | |
| 2891 | | | | | Buy additional | 11/10/2015 | K | | |
| 2892 | | | | | Buy additional | 11/11/2015 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barry, Maryanne T.** | 1/16/2017 |

## VIII. Additional Information or Explanations

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names (i.e. Rental Property #1).
These entities will eventually be liquidated as they wind up their affairs:


Rental Property #2
Rental Property #16
Rental Property #17
Rental Property #21
Rental Property #22
Rental Property #24

(X) Denotes items held within account that resulted from non-reportable transactions (such as exchanges or transfers-in from other accounts).

(Y) Denotes items which are no longer held within account resulting from non-reportable transactions (such as transfers-out to other accounts). Any reportable transactions that occurred prior to item being removed from list have been reported in columns D(1)-D(5).


Part VII: As of December 2015, no assets were held in Family Trust #30. Section VII includes activity for the period January 2015 through February 2015. By February 2015, all assets were either sold, closed, or transferred to other accounts.

FAMILY TRUST # 36 HAS BEEN REMOVED FROM PARTS I AND VII OF THE 2015 DISCLOSURE REPORT. PER REVIEW OF THE TRUST AGREEMENT, THE REPORTING INDIVIDUAL'S APPOINTMENT AS TRUSTEE WAS TERMINATED EFFECTIVE AUGUST 2013.

THE POSITION OF TRUSTEE REPORTED IN PART I OF THE 2014 DISCLOSURE REPORT FOR FAMILY TRUST # 36 SHOULD BE REMOVED. ACTIVITY REPORTED IN PART VII OF THE 2014 DISCLOSURE REPORT FOR FAMILY TRUST # 36 SHOULD BE REMOVED.

A CO-TRUSTEE POSITION HAS BEEN REPORTED IN PART I FOR FAMILY TRUSTS 37, 38, AND 39. THESE TRUSTS WERE NOT CREATED DIRECTLY BY THE REPORTING INDIVIDUAL, HER SPOUSE, OR HER DEPENDENT CHILDREN. FURTHERMORE, THE REPORTING INDIVIDUAL DOES NOT RECEIVE INCOME FROM THESE TRUSTS AND DOES NOT HAVE A BENEFICIAL INTEREST IN PRINCIPAL OR

| Name of Person Reporting | Date of Report |
|---|---|
| **Barry, Maryanne T.** | 1/16/2017 |

**IX. CERTIFICATION.**

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:    s/ Maryanne T. Barry

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544